Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-..., Petition for Amerasian, Widow(er) or Special Immigrant

## START HERE - Please type or print in black ink.

| | For USCIS Use Only |
|---|---|

**Part 1. Information about person or organization filing this petition.** (Individuals should use the top name line; organizations should use the second line.) If you are a self-petitioning spouse or child and do not want INS to send notices about this petition to your home, you may show an alternate mailing address here. If you are filing for yourself and do not want to use an alternate mailing address, skip to part 2.

| Family Name | Given Name | Middle |
|---|---|---|
| | | |

Company or Organization Name   SHIA ASSOCIATION OF BAY AREA INC. (SABA)

Address - C/O
VAHID SEYED HOSSEINI

| Street Number and Name   4415 Fortran Ct. | Apt. # |
|---|---|

| City   San Jose | State or Province   CA |
|---|---|

| Country   USA | ZIP /Postal Code   95134 |
|---|---|

| U.S. Social Security #   N/A | A #   N/A | IRS Tax # (if any)   77-0050810 |
|---|---|---|

**For USCIS Use Only:**

Returned | Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Petitioner/ Applicant Interviewed
☐ Beneficiary Interviewed
☐ I-485 Filed Concurrently
☐ Bene "A" File Reviewed
Classification
Consulate
Priority Date
Remarks:

## Part 2. Classification Requested (check one):

a. ☐ Amerasian
b. ☐ Widow(er) of a U.S. citizen who died within the past (2) years
c. ☐ Special Immigrant Juvenile
d. ☒ Special Immigrant Religious Worker
e. ☐ Special Immigrant based on employment with the Panama Canal Company, Canal Zone Government or U.S. Government in the Canal Zone
f. ☐ Special Immigrant Physician
g. ☐ Special Immigrant International Organization Employee or family member
h. ☐ Special Immigrant Armed Forces Member
i. ☐ Self-Petitioning Spouse of Abusive U.S. Citizen or Lawful Permanent Resident
j. ☐ Self-Petitioning Child of Abusive U.S. Citizen or Lawful Permanent Resident
k. ☐ Other, explain: _____

## Part 3. Information about the person this petition is for.

| Family Name   MIR | Given Name   Nabi | Middle   Raza |
|---|---|---|

Address - C/O

| Street Number and Name   94 Southgate Ct. | Apt. # |
|---|---|

| City   San Jose | State or Province   California |
|---|---|

| Country   USA | ZIP /Postal Code   95138 |
|---|---|

| Date of Birth (Month/Day/Year)   07/10/1970 | Country of Birth   India |
|---|---|

| U.S. Social Security #   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 | A# (if any)   None |
|---|---|

Marital Status: ☐ Single   ☒ Married   ☐ Divorced   ☐ Widowed

Complete the items below if this person is in the United States:

| Date of Arrival (Month/Day/Year)   02/20/2004 | I-94 #   07185970011 |
|---|---|

| Current Nonimmigrant Status   R-1 | Expires on (mm/dd/yyyy)   01/01/2007 |
|---|---|

Action Block

**To Be Completed by Attorney or Representative, if any**
☒ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #
184749

## Part 4. Processing Information.

Below give the United States Consulate you want notified if this petition is approved and if any requested adjustment of status cannot be granted.

| American Consulate: City | Country |
|---|---|
| Chennai | India |

If you gave a United States address in Part 3, print the person's foreign address below. If his/her native alphabet does not use Roman letters, print his/her name and foreign address in the native alphabet.

| Name | Address |
|---|---|
| | |

| | | |
|---|---|---|
| Gender of the person this petition is for. | ☒ Male | ☐ Female |
| Are you filing any other petitions or applications with this one? | ☐ No | ☒ Yes (How many?  4 (I-485s &I-765s)  ) |
| Is the person this petition is for in deportation or removal proceedings? | ☒ No | ☐ Yes (Explain on a separate sheet of paper) |
| Has the person this petition is for ever worked in the U.S. without permission? | ☐ No | ☒ Yes (Explain on a separate sheet of paper) |
| Is an application for adjustment of status attached to this petition? | ☐ No | ☒ Yes |

## Part 5. Complete only if filing for an Amerasian.

### Section A. Information about the mother of the Amerasian

| Family Name | Given Name | Middle |
|---|---|---|
| | | |

Living? ☐ No (Give date of death _____ ) ☐ Yes (complete address line below) ☐ Unknown (attach a full explanation)
Address

### Section B. Information about the father of the Amerasian: If possible, attach a notarized statement from the father regarding parentage. Explain on separate paper any question you cannot fully answer in the space provided on this form.

| Family Name | Given Name | Middle |
|---|---|---|
| | | |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth |
|---|---|
| | |

Living? ☐ No (Give date of death _____ ) ☐ Yes (complete address line below) ☐ Unknown (attach a full explanation)
Home Address

| Home Phone # | Work Phone # |
|---|---|
| | |

At the time the Amerasian was conceived:

☐ The father was in the military (indicate branch of service below - and give service number here): _____

    ☐ Army    ☐ Air Force    ☐ Navy    ☐ Marine Corps    ☐ Coast Guard

☐ The father was a civilian employed abroad. Attach a list of names and addresses of organizations which employed him at that time.
☐ If the father was not in the military, and was not a civilian employed abroad. (Attach a full explanation of the circumstances.)

## Part 6. Complete only if filing for a Special Immigrant Juvenile Court Dependent.

### Section A. Information about the Juvenile

List any other names used.

Answer the following questions regarding the person this petition is for. If you answer "no" explain on a separate sheet of paper.

Is he or she still dependent upon the juvenile court or still legally committed to or under the custody of an agency or department of a state? ☐ No ☐ Yes

Does he/she continue to be eligible for long term foster care? ☐ No ☐ Yes

**I-360 Petition of SABA, Inc.**
**Part 4, question regarding beneficiary and unauthorized employment:**

Dr. Mir has served as our minister from his authorized R-1 entry in 2002, throughout the extension of that status which expired 1/1/2007, through to this filing date.

## Part 7. Complete only if filing as a Widow/Widower, a Self-petitioning Spouse of an Abuser, or as a Self-petitioning Child of an Abuser

**Section A.** Information about the U.S. citizen husband or wife who died or about the U.S. citizen or lawful permanent resident abuser.

| Family Name | | Given Name | | Middle |
|---|---|---|---|---|

| Date of Birth *(mm/dd/yyyy)* | Country of Birth | Date of Death *(mm/dd/yyyy)* |
|---|---|---|

He or she is now, or was at time of death on *(check one)*

☐ U.S. Citizen born in the United states.
☐ U.S. Citizen born abroad to U.S. citizen parents.
☐ U.S. Citizen through Naturalization *(Show A #)* _____
☐ U.S. lawful permanent resident *(Show A #)* _____
☐ Other, explain _____

**Section B.** Additional Information about you.

| How many times have you been married? | How many times was the person in Section A married? | Give the date and place you and the person in Section A were married. *(If you are a self-petitioning child, write: "N/A")* |
|---|---|---|

When did you live with the person named in **Section A?** From *(Month/Year)* _____ until *(Month/Year)* _____

If you are filing as a widow/widower, were you legally separated at the time of the U.S citizens's death?   ☐ No   ☐ Yes, *(attach explanation)*.

Give the last address at which you lived together with the person named in Section A, and show the last date you lived together with that person at that address:

If you are filing as a self-petitioning spouse, have any of your children filed separate self-petitions?   ☐ No   ☐ Yes *(show child(ren)'s full names)*:

## Part 8. Information about the spouse and children of the person this petition is for.

A widow/widower or a self-petitioning spouse of an abusive citizen or lawful permanent resident should also list the children of the deceased spouse or of the abuser.

| | Family Name | Given Name | | Middle | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|---|---|
| A. | ZAHERA | Syeda | | G | 12/18/1970 |
| | Country of Birth India | Relationship  ☒ Spouse  ☐ Child | | | A # N/A |
| B. | MIR | Ahmed | | R | 04/29/1993 |
| | Country of Birth India | Relationship  ☒ Child | | | A # N/A |
| C. | MIR | Ali | | R | 10/14/1994 |
| | Country of Birth Iran | Relationship  ☒ Child | | | A # N/A |
| D. | MIR | Abid | | R | 08/23/2003 |
| | Country of Birth USA | Relationship  ☒ Child | | | A # N/A |
| E. | MIR | Abbas | | R | 09/12/2005 |
| | Country of Birth USA | Relationship  ☒ Child | | | A # N/A |
| F. | Family Name | Given Name | | Middle | Date of Birth *(mm/dd/yyyy)* |
| | Country of Birth | Relationship  ☐ Child | | | A # |

Form I-360 (Rev. 10/26/05) Y P

## Part 8. Information about the spouse and children of the person this petition is for. (Continued.)

| G. Family Name | Given Name | Middle | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Country of Birth | Relationship ☐ Child | | A # |
| H. Family Name | Given Name | Middle | Date of Birth (mm/dd/yyyy) |
| Country of Birth | Relationship ☐ Child | | A # |

## Part 9. Signature.

*Read the information on penalties in the instructions before completing this part. If you are going to file this petition at a USCIS office in the United States, sign below. If you are going to file it at a U.S. consulate or USCIS office overseas, sign in front of a USCIS or consular official.*

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America, that this petition and the evidence submitted with it is all true and correct. If filing this on behalf at an organization, I certify that I am empowered to do so by that organization. I authorize the release of any information from my records, or from the petitioning organization's records, that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit being sought.

| Signature | Vahid Seled Hossein Prsident of SABA Board of Directors | Date 04/24/2007 |
|---|---|---|
| Signature of INS or Consular Official | Print Name | Date |

NOTE: If you do not completely fill out this petition or fail to submit required documents listed in the instructions, the person(s) filed for may not be found eligible for a requested benefit and the petition may be denied.

## Part 10. Signature of person preparing form if other than above. (sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name Zaheer Zaidi | Date 04/24/2007 |
|---|---|---|

Firm Name and Address   Elia Law Firm

4423 Fortran Ct.. Suite 200A San Jose CA 95134

5677

**SABA**
4415 FORTRAN COURT
SAN JOSE, CA 95134

**FREMONT BANK**
39150 FREMONT BLVD., FREMONT, CA 94538

90-788/1211

04/26/2007

PAY
TO THE
ORDER OF     Department of Homeland Security ........................

One Hundred and Ninety Only.......................................................     $190.00

DOLLARS

S. Rizvi

AUTHORIZED SIGNATURE

MEMO I-360 fee for Dr. Nabi Raza Mir

⑈"005677⑈" ⑆:121107882⑆: 02⑈95256⑈4⑈"

🄬 Security features. Details on back.

**U.S. Department of Justice**
Immigration and Naturalization Service

**ice of Entry of Appearance**
**Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: I-360 Petition of Shia Association of Bay Area, Inc. on behalf of : Mir Nabi Raza | Date: 04/25/2007 |
| | File No. None |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Nabi Raza MIR | ☐ Petitioner ☒ Beneficiary | ☐ Applicant |
| Address: (Apt. No.)     (Number & Street) | (City) | (State) | (Zip Code) |
| 94 Southgate Ct. | San Jose | California | 95138 |

| Name: Shia Association of Bay Area, Inc. | ☒ Petitioner ☐ Beneficiary | ☐ Applicant |
| Address: (Apt. No.)     (Number & Street) | (City) | (State) | (Zip Code) |
| 4415 Fortran Ct., | San Jose | CA | 95134 |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____California_____ _____Supreme Court of California_____ and am not under a court or administrative agency
                                                Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS LAW OFFICES OF JILL STANTON 400 MONTGOMERY, STE 810 SAN FRANCISCO, CA 94104 |
| NAME (Type or Print)     JILL STANTON | TELEPHONE NUMBER (415) 392-6161 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

_____JILL STANTON_____
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
(AS IN "IN RE:" COLUMN ABOVE)

| Name of Person Consenting VAHID HOSSEINI, President, SABA, Inc. | Signature of Person Consenting | Date 4/26/07 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8 CFR 103.10 and 103.20 ET.SEQ.

7

Form G-28 (09/26/00)Y

U.S. Department of Justice
Immigration and Naturalization Service

# ce of Entry of Appearance
# a. Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt forsuch copies and pledging that it will be surrendered upon final disposition of he case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: Petition for Amerasian, Widow(er) or Special Immigrant for Beneficiary Nabi Raza Mir | Date: 04/24/2007 |
|---|---|
| | File No. None |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Nabi Raza MIR | ☐ Petitioner ☒ Beneficiary | ☐ Applicant |
|---|---|---|

| Address: (Apt. No.) (Number & Street) 94 Southgate Ct. | (City) San Jose | (State) California | (Zip Code) 95138 |
|---|---|---|---|

| Name: SHIA ASSOCIATION OF BAY AREA INC. (SABA) | ☒ Petitioner ☐ Beneficiary | ☐ Applicant |
|---|---|---|

| Address: (Apt. No.) (Number & Street) 4415 Fortran Ct. San Jose CA 95134 USA | (City) | (State) | (Zip Code) |
|---|---|---|---|

Check Applicable Item (s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

California      Supreme Court of California      and am not under a court or administrative agency
Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Elia Law Firm 4423 Fortran Ct.. Suite 200A San Jose CA 95134 |
|---|---|
| NAME (Type or Print) Zaheer Zaidi | TELEPHONE NUMBER (408) 942-0320 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Zaheer Zaidi
(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
As in "In re:" column above

| Name of Person Consenting VAHID HOSSEINI (President, SABA, Inc.) | Signature of Person Consenting | Date 4/24/07 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 EL.SEQ.

# DOCUMENTATION IN SUPPORT OF SABA, INC.'S I-360 PETITION
## EXHIBIT LIST

**EXHIBIT**      **DESCRIPTION**

1.              **Petitioner's letter in support of the I-360 petition** describing how the
                beneficiary, Dr. Nabi Raza Mir, fulfills all of the requirements for the "special
                immigrant" status of minister and additionally describing the core beliefs of their
                Shia Muslim faith, the nature of their congregation and services, the ministerial
                duties performed by Dr, Mir, and the compensation for his employment.

                **Appendix A - Schedule of Job Duties:** Attestation of SABA Board of Director
                President verifying Dr. Mir's past and intended employment and the job duties for
                his job as minister He explains why the total hours of regularly scheduled and
                irregularly scheduled employment in any given week may range between 37 and
                50 hours.

                **Appendix B - Excerpts of Congregant Statements** from more than 100
                members of SABA each expressing how their minister, Dr. Mir, has personally
                touched their lives. [The 100 + statements are included in their entirety as Exhibit
                21].

2.              **Articles of Incorporation and endorsement by California Secretary of State**
                certified on May 15, 2000. States the Shia Association of Bay Area, Inc. is a
                California Nonprofit Religious Corporation whose specific purposes is "to
                establish and maintain a place of religious worship and education." **State of
                California Certificate of Status**, issued December 14, 2006, indicates SABA's
                continued status as a religious corporation in good standing.

3.              **IRS grant of section 501(c)(3) status to the Shia Association of Bay Area Inc.**
                Department of Treasure letter of May 15, 2001 states determination that petitioner
                is tax-exempt.

4.              **State of California Franchise Tax Board granting tax-exempt status to
                petitioner as a religious corporation.**

5.              **2005 Grant Deed & current property bill for SABA mosque & center at
                4415/4423 Fortran Dr.**

6.              **SABA Donors List for 2005 & 2006 includes approximately 300 members of
                the congregation and benefactors.**

7.              **SABA Mailing List** sends the Association's newsletter to requesting Shia

Muslims throughout California , and even to Muslims residing in other states.

8. **School of Ahlul'Bait, SABA's Sunday School**. Brochure describes school goals, registration procedure, tuition, & parent & student responsibilities.

9. **Beneficiary's Doctorate Degree from Imam Sadegh Institute, Qom Science Complex** and English translation verifies receipt of Ph.D. following dissertation completion and approval in 1995 and provides transcript of academic coursework in theology.

10. **Letter of Dr. Hamid Mavani, Shia Muslim minister and Assistant Professor at Claremont Graduate University, Claremont, California.** Dr. Mavani, affirms that both he, and Dr. Mir are graduates of the Qom Islamic Sciences Seminary which provides training and authorization for the Shia ministry, and that both men then received doctorate degrees in theology. He also discusses Dr. Mir's daily schedule and job duties which he recognizes from his own experience as a minister, to be full-time employment.

11. **Letter of Imam Tahir Anwar, Minister of South Bay Islamic Association in San Jose California,** certifying that he knows Dr. Mir to be a qualified Imam (minister) and a "great leader...who understands American values and preaches...the same."

12. **Letter of Dr. Sayyed Hejazi, Director of Imam Mehdi Seminary, Woodside, N.Y.** certifies that beneficiary "has all the qualifications required by Islamic law to be Imam of any Islamic Center, lead congregational prayers, and offer religious services to Muslim communities."

13. **Letter of Sayyed Abidi, Minister (Aalim), of the Islamic Education Center of Greater Chicago, Illinois** knows Dr. Mir personally having met him and heard his sermon at SABA three years ago. Mr. Abidi is a U.S. citizen originally from India, as is Dr. Mir, "where, in the small Shia Muslim community, Dr. Mir is well known ad respected as an Islamic scholar and cleric." Acquainted with the Qom seminaries from which Dr. Mir graduated, he states that "Dr. Mir is fully acknowledged as a cleric authorized to perform ministerial duties..." Having reviewed Dr. Mir's schedule, and compared to his own, he concludes that "with a congregation as large as SABA Inc., a minister would have to work full-time to provide all the services.

14. **Letter of Associate Professor of Religious Studies, David Pinault, Santa Clara University, Santa Clara, California** who has brought his university students to hear Dr. Mir at the SABA mosque to help them to better understand Islam. He affirms that Dr. Mir is an imam,

15. **SABA Treasurer's statements recording Dr. Mir's compensation and**

**benefits for 2005 and 2006.** Letter states that in 2006, salary provided was $29,000, and SABA paid an additional $20,580 for Dr. Mir's residence, & $8,499 in medical insurance for a total salary and benefit package of $58,079.

16. **Check copies of SABA salary payments to Dr. Mir, as well as SABA payments of Dr. Mir's rent and health insurance.** Copies of SABA checks for the past two years for salary payments (currently $2500/month), Kaiser Permanente Insurance, and monthy rent to Mr. Ali Khan, landlord of property rented by SABA for its minister.

17. **Federal Income Tax Returns filed by Dr. Mir.** Included are 2004, when Dr. Mir reported his salary of $20,000, and 2005, when he was paid $24,000 by SABA. Dr. Mir filed for an extension of time on his 2006 taxes, when he was paid $24,000 by SABA on a salary of $29,000.

18. **SABA Balance Sheets for 2005 & 2006** indicate net equity in 2005 of $2,310,231, and in 2006 of $3,079,192 including cash, property, and cemetery plots.

19. **Lease between SABA and Mr. Ali Khan, landlord of residence provided by SABA for its minister, Dr. Mir.** The monthly rent of $1715 is paid by SABA; Dr. Mir has resided at the 94 Southgate Court residence since 2002.

20. **Recent bank statements of SABA, Inc. verifying continuing positive cash flow & solvency.** 2007 bank statements from both Bank of America and Fremont Bank are provided.

21. **Petition of support for Dr. Mir signed by SABA congregants.** Approximately 120 members have signed this petition verifying Dr. Mir's ministerial services at SABA since 2002, and stating that they "need his services and would like him to lead & service this community as he has been doing for the last five years."

22. **Letters of support for Dr. Mir from more than 100 congregants** expressing the ways in which their lives were personally touched by the ministering of Dr. Mir. [A sample of excerpted statements is found at **Appendix B**.]

23. **SABA Board of Directors unanimous resolution in support of this I-360 petition for Dr. Mir.**

24. **Photographs of Dr. Mir leading prayers and giving a sermon during an October, 2006 holiday service.**

25. **Verification of USCIS and Department of State recognition of R-1 status & I-94 of last R-1 U.S. entry.** Includes I-129 USCIS approval for R-1 status & visa issued by State Department.



SHIA ASSOCIATION OF BAᶜ REA, Inc.

4415/4423 Fortran Court          A non-profit religious corporation
San Jose, CA 95134               U.S. Federal EIN: 77-0050810
408.946.5700                     State of California Corp: 2080477
saba@saba-igc.org, www.saba-igc.org

May 26, 2007

U.S. Department of Homeland Security
Citizenship & Immigration Services
Nebraska Service Center
P.O. Box 87360
Lincoln, NE 68501-7360

RE: I-360 Petition for Special Immigrant
    Petitioner: Shia Association of Bay Area, Inc.
    Beneficiary: Dr. Nabi Raza Mir

Dear Sir or Madam:

The Shia Association of Bay Area, Inc., or simply "SABA", respectfully requests favorable
adjudication of their I-360 for their minister, Dr. Nabi Raza Mir. Dr. Mir has been serving our
congregation as its minister since February, 2002 following CIS approval of our first R-1 petition
on his behalf; now we seek to make his employment with SABA permanent. We explain below
how Dr. Mir fulfills all of the requirements for "special immigrant" status.

### THE PETITIONER, SABA, INC.

SABA is the largest Shia Muslim mosque and religious center in Santa Clara county, California..
Originally founded in 1979 to serve the needs of a growing community of Shia Muslims in the
San Francisco Bay Area, SABA was incorporated by the State of California on May 15, 2000.
**Exhibit 2.** It was subsequently recognized as a non-profit religious corporation by the Internal
Revenue Service on May 15, 2001, and granted Section 501(c)(3) status. **Exhibit 3.** SABA, Inc
has also been recognized as a tax-exempt religious organization by the California's Franchise
Tax Board. **Exhibit 4.** In 2005, SABA purchased our new home, the properties at 4415/4423
Fortran Court, San Jose, which houses our mosque and center. **Exhibit 5.** Prior to that, our
mosque was located at 2725 South White Road, in San Jose. See, **Exhibits 2-4.**

### OUR RELIGION IS SHIA MUSLIM

Our religious denomination at SABA is Shia Ithna-Ashari Jafari Muslim, more commonly known
simply as Shia Muslim or Shia Islam. The Shia faith has been recognized internationally as one
of two major branches of Islam worldwide–the other major branch being Sunni Islam. SABA,
Inc. shares the same fundamental Shia beliefs with congregations here in the United States and
throughout the world. These include the belief in One God (Allah), and His messengers,
Prophets Adam, Noah, Ibrahim, Moses, Jesus Christ and Muhammad. We believe that after this
series of prophets, Allah created a chain of 12 Imams or leaders, of which Imam Ali foremost.

Prayers are said by the Shia faithful five times daily: Friday is our Sabbath day. While in English we call the leading cleric of our mosque a minister, we also call our clerics "Imams", "Aalims" or "Moulana" from the original Arabic. Members of our religious denomination are obliged to fast during the month of Ramadan, to make a pilgrimage, if possible, to the Holy City of Mecca, and to strive to lead a moral life.

Shia Islam is a non-hierarchical denomination, and therefore does not have the equivalent of Catholic or Orthodox Christian archbishops or bishops; in this respect it is closer to Evangelical Christianity, which shares a similar non-hierarchical structure. However, Shia ministers perform the same clerical duties generally performed by authorized members of the clergy of any religious faith. Our ministers perform religious marriages and divorces, provide funeral rites and prayers, conduct initiation rites (e.g. the Islamic equivalent of baptism). Shia ministers conduct prayer services, preparing and delivering sermons to their congregations. They provide pastoral counseling including marriage counseling both prior to, and subsequent to marriages, counsel our youth, and provide spiritual counseling to our congregants. Dr. Nabi Raza Mir, our current minister and the beneficiary of this petition, has been performing all these diverse ministerial duties on a full-time continuous basis not only during the last two years, but since he was granted R-1 status as a minister more than five years ago.

While we share the same religious beliefs with other Shia Moslem congregations worldwide, and conduct conferences, seminars, and services with other Shia Muslim congregations in the United States, there is no formal affiliation between SABA, Inc and any other religious organization either here, or abroad.

## OUR CONGREGATION AND SERVICES

The basic reason for SABA's existence is to provide the Shia Muslim community with a place for prayers and learning. Among SABA's primary goals are to increase knowledge of the Islamic teachings in the community, and to educate our children about Islam. We hope to spread the message of Islam as we understand it: a religion of peace, brotherhood, responsibility, and respect for others. We aim to teach our youth to observe moral values, to be role models to others, and, through our interfaith activities, to create harmony among different cultures and faiths. We believe in charity, and raise funds and collect goods to provide support to victims of disasters, such as the victims of hurricane Katrina.

Our congregants, both U.S. citizens and immigrants, are of diverse backgrounds. They include the CEOs of Silicon Valley corporations, a large number of engineers, doctors, teachers, accountants, small businessman, and more humble workers. We currently have an active congregation and membership of more than 300 families, who contribute sliding scale dues of $150 to $360, or choose to make larger donations. Our mailings go out to approximately 650 people. **Exhibits 6 & 7.** Services are conducted in English, and prayers in Arabic.

We encourage family and youth participation and provide activities for all ages, as well as a Sunday School for children. All religious activities, including the Sunday School, are held at our mosque and center at 441523 Fortran Drive, San Jose, CA.

$\tau$13

## A SAMPLING OF RELIGIOUS ACTIVITY CONDUCTED BY SABA

In addition to daily prayer services conducted by our minister during a typical week, SABA holds a special Friday morning prayer program for our Sabbath. This is followed by a sermon and congregational noon prayers. A special service is also held following the evening prayers on Tuesday and Thursday evenings: after the supplications to Allah (God) are recited, the service is concluded with a sermon by our minister. At Saturday evening prayers, a sermon by our minister is also provided. Sunday services, again conducted by our minister, are normally attended by our Sunday School students and their families.

Additionally, special prayer services are held on the birthdays and death anniversaries of the twelve *Imams,* the Prophet Muhammad and his holy family. During the months of *Ramadan, Moharram,* and *Safar*, and the first part of the month of *Rabbi-ul-awal–* four of the months of the 12 month Islamic Lunar Calendar, our minister conducts other special services. For instance, during the holy month of Ramadan, there are daily prayer services, an *iftar* meal at the end of a fasting day, sermons, and congregational recitations of the Quran every night during the entire 30 days of the month: an additional 3-4 hours of work daily.

Following is our best estimate of the size of the congregation at SABA during different types of religious services:

| | |
|---|---|
| Daily prayers (informal): Monday, Wednesday | About 10-15 congregants per day |
| Saturday evening prayer service | About 50-75 congregants |
| Tuesday evening prayer service | About 50 to 75 congregants |
| Thursday evening prayer service | About 70 to 130 congregants |
| Friday midday prayer service | About 45 to 65 congregants |
| Sunday midday prayer service | About 150 to 250 congregants |
| Every evening during the 30 days of *Ramadan* | About 300 to 500 congregants |
| *Ramadan Eid* and *Eid Al Adha* Prayer Services | More than 500 congregants |
| During the first ten days of *Moharram* | About 500 to 700 congregants |
| Tenth Day of *Moharram* | About 700 congregants |
| Four days of every week of *Moharram* | |
| *Safar*, and for ten days of *Rabbi-Al Awwal* | About 250 to 500 congregants |
| Death anniversary and birthdays of the 12 *Imams* | About 300 to 600 congregants. |

SABA's Sunday School conducts classes for some 170 students from pre-kindergarten through the ninth grade, and also holds adult classes between the hours of 10:30 to 1:30 PM each Sunday. Our minister is in charge of this religious education and teaches classes on the Quran, and on Ethics. The balance of the fourteen classes are all taught by volunteers. **Exhibit 8.**

### THE BENEFICIARY: OUR MINISTER, DR. NABI RAZA MIR

Dr. Mir has been a member of the Shia Islam faith since his birth in India in 1970. He is also recognized as a minister throughout the Shia Islamic world because of his graduation from seminaries that prepare their students to be clerics. Dr. Mir is a particularly qualified minister as he has received the highest degree possible from a Shia Muslim institute/seminary—a doctorate in Islamic Theology from the Imam-e-Sadiq Institute in Qom, Iran in 1995. **Exhibit 9.** [Note: Qom is also translated as "Ghom"] Prior to earning his doctorate, he had already earned two earlier degrees from the Islamic Sciences Seminary in the Qom Seminary Complex, one of the most renowned spiritual & religious centers of Shia Islam worldwide. These earlier degrees, awarded in 1991 and 1993, alone would have been sufficient to authorize him to conduct religious worship and perform clerical duties. Graduation from these esteemed religious institutions is the Shia equivalent to Christian ordination in that graduates are authorized to conduct the religious duties of a minister (e.g. religious marriages & divorces, funerals, rites of initiation, pastoral counseling, conducting prayer services, etc). **Exhibits 10-13.**

Dr. Mavani, Assistant Professor of Islamic Studies at Claremont Graduate University, Claremont, California, and a Shia Muslim minister, confirms Dr. Mir's credentials and authority to perform ministerial duties. As the former minister of the Islamic Cultural Center of Northern California (ICCNC) in Oakland, California, Dr. Mavani states:

> I am personally acquainted with Dr. Mir because of our close collaboration on various issues and projects during my ministry service at ICCNC... I am also acquainted with the seminaries he attended in the city Qom, Iran as I also received my seminary training from the same institutes... In the Shia Muslim faith, graduation from the Islamic Sciences Seminary in the Qom Seminary Complex is sufficient to authorize the recipient to perform ministerial duties such as religious marriages and divorces, initiation and last rites, conducting prayer services etc. In the case of Imam Mir, he undertook to enhance his credentials by joining the academic institution titled Imam Sadiq University from where he obtained a doctorate degree in Islamic Theology. I followed a very similar path in the sense that I obtained my seminary credentials from Qom and my academic credentials from McGill University in Montreal, Canada. **Exhibit 10.**

**See also, Exhibits 11-13,** letters of ministers Tahir Anwar, Imam & Director of Religious Services, South Bay Islamic Association, San Jose, California), Sayyed Abidi, Minister (Aalim) of the Islamic Education Center, Glendale Heights, Illinois), and Dr. Sayyed Hejazi, Director of the Imam Mehdi Seminary, all who confirm Dr. Mir's qualifications to perform the duties of a Shia Muslim minister.

SABA's congregation is an educated and informed group, largely professionals, who have needed a minister who not only is spiritually awakened, but intellectually and academically prepared to assist them in their spiritual paths. Prior to his employment with SABA, Dr. Mir had already established a reputation for himself as an Islamic scholar and minister as principal cleric to the Imam Bagher Center, a Shi'a Muslim seminary in India, and had lectured widely and internationally on topics in Islamic theology as well as written religious treatises in two languages. Significantly, he shares our congregant's view of Islam as a religion of peace and brotherhood. We feel exceedingly lucky that we were able to recruit Dr. Mir to come to California to serve as our minister on a full-time continuous basis.

15

In the more than five years since Dr. Mir was initially employed by SABA as its minister, he has performed the full range of ministerial duties. He has officiated at marriages, conducted daily, weekly, and special holiday religious services, taught classes & given seminars in Quranic exegesis, ethics, and belief systems, conducted funeral prayers and rites of burial, and performed initiation ceremonies, rites of passage, and last rites in the Islamic faith. He has additionally provided guidance through pastoral counseling (e.g. pre- and post-marriage counseling, youth counseling), responded to queries from community members on religious issues, given guest lectures on Shia Islam at other religious and educational institutions to promote understanding and harmony, and provided spiritual guidance to congregants participating in religious pilgrimages, such as to Mecca.

Dr. Mir is in charge of our Sunday School where he guides the religious education of our youth, as well as teaching classes on the Quran and Islamic Ethics. He meets regularly with our volunteer teachers and school committee to discuss curriculum & educational practice, and presides over school assemblies which are integrated into our Sunday prayer service. SABA also holds a yearly youth camp and youth conference, and a yearly family camp during which Dr. Mir conducts services and offers discussions and lectures on religious topics. In addition to these duties, Dr. Mir must attend meetings of SABA's Board of Directors and Board of Trustees.

The greater Bay Area and Sacramento include a population of at least 5000 Shia Muslims. Dr. Mir also partners with other Islamic centers & mosques to provide guest lectures and religious services.

The performance of this range of ministerial duties is a <u>full-time</u> job and as SABA's <u>sole cleric</u> to more than 200 congregant families, Dr. Mir has worked <u>continuously</u> for SABA well beyond the required two years of continuous clerical employment. He has resided continuously in the United States since his last entry in January, 2004; although his employment contract with SABA provides him with one month of vacation each year, he rarely chooses to use his vacation time!

Although we have attached a schedule of Dr. Mir's regular hours, these do not tell the whole story. It is in the nature of his clerical employment that Dr. Mir has particular weeks, such as those during the months of *Ramadan* and *Moharram*, when he must work many more hours because of required extra services and sermons. **Appendix A.** Dr. Mir's schedule of regular activities also cannot take into account the travel time required on occasions for home & hospital visits to ill congregants, and services at funeral homes and cemeteries over a broad geographical area of more than seven counties. Nor can it account for the irregularly scheduled marriage ceremonies, divorces, and funerals, or rites of initiation, or the middle-of-the-night calls to come to the bedside of a dying congregant to give last rites. Indeed during the last five years, Dr Mir has:

- Delivered 975 sermons and speeches
- Performed 87 marriage ceremonies
- Conducted 55 divorces as per religious code
- Conducted funeral rites for 75 burials

Additionally, as part of his ministerial mission to foster inter-faith understanding and tolerance, Dr. Mir is a frequent speaker at local universities (e.g. University of California at Berkeley, Cal State Hayward, University of Santa Clara, San Jose State University), where he is invited to lecture on and discuss topics such as Islamic theology and history, and in turn has invited university students to visit SABA. **Exhibit 14.**

We would estimate that in addition to the Dr. Mir's regularly scheduled office hours & prayer services, Dr. Mir's irregular duties add approximately 10-25 more hours to Dr. Mir's regular workweek.

Dr. Hamid Mavani, Claremont Graduate University Islamic Studies Professor, reviewed Dr. Mir's daily schedule and duties and states that:

> ...as a fellow minister having performed very similar duties, [Dr. Mir's] employment is full-time. A very large part of our duties as clerics are unpredictable...or irregularly scheduled... As Dr. Mir is the sole cleric to a congregation of more than 200 families, there is no question that his position requires a full-time minister. **Exhibit 10.**

**See also, Exhibit 13** ("with a congregation as large as SABA, Inc., a minister would have to work full-time to provide all the services.

## RENUMERATION FOR DR. MIR: SALARY & OTHER COMPENSATION

Dr. Mir has been renumerated for his employment ever since he began as our minister on an R-1 visa. In past years he has been paid an annual salary as follows:

2004: $20,000        2005: $24,000        2006: $29,000

His current salary (since January 1, 2007) has been $2500 monthly. His current and past salary are documented by Dr. Mir's income taxes, the paychecks issued to him by SABA, Inc.., and the letters of SABA's Treasurer. **Exhibits 16, 17, 18.** (As a tax-exempt religious organization SABA, Inc is neither required to or expected to file their own income tax forms.) In addition, SABA, Inc. has provided housing for Dr. Mir and his family for which SABA directly pays the owner of the ministerial residence the amount of $1715 monthly. **Exhibits 18 & 19.** Health insurance is also provided by SABA, Inc. to Dr. Mir, but his wife, and three children through Kaiser Insurance. **Exhibit 18.**

Evidence of SABA, Inc.'s ability to continue to pay Dr. Mir's salary is clearly demonstrated by SABA's 2005 & 2006 balance sheets: currently SABA has roughly $1,000,000 annually in cash flow in addition to $3,000,000+ in assets (land and building). **Exhibits 5, 19, 20.**

## CONCLUSION

It would be a great loss to SABA if we were unable to retain our minister. As a scholar and cleric, Dr. Mir presents a progressive and multi-cultural vision of Islam which is consistent with the best of American culture and values. In the five plus years that he has served as our minister, our congregants have developed a close relationship with Dr. Mir that would be exceedingly

difficult to re-establish with a new minister—even if it were possible to find another cleric with Dr. Mir's exceptional credentials.

As evidence of our concern that Dr. Mir be granted USCIS permission to continue ministering to our congregation, we have enclosed a petition of support for our minister signed by approximately 120 of our congregants, and have also included more than 100 congregant statements in which our members express the ways that Dr. Mir has personally touched their lives. **Exhibits 21, 22.** Excerpts from this compendium are attached as **Appendix B.** Perhaps the following comments by two of our congregants, Ali and Uzma Hasan, best express all our sentiments: "Dr. Mir has been a beacon of light for us..."

SABA, Inc.'s Board of Directors was unanimous in its vote to retain Dr. Mir as our minister, and we urge your favorable and expeditious adjudication of our petition. **Exhibit 23.**

Yours truly,

Vahid Hosseini
President, SABA Inc.
Board of Directors



SHIA ASSOCIATION OF BA\       EA, Inc.

4415/4423 Fortran Court          A non-profit religious corporation
San Jose, CA 95134               U.S. Federal EIN: 77-0050810
408.946.5700                     State of California Corp: 2080477
saba@saba-igc.org, www.saba-igc.org

## APPENDIX A

### ADDITIONAL ATTESTATION OF VAHID HOSSEINI, PRESIDENT OF SABA, INC. BOARD OF DIRECTORS

I, Vahid Hosseini, hereby declare:

1. As President of SABA, Inc.'s Board of Directors and a founding member of our organization, I can verify that Dr. Nabi Raza Mir was employed as SABA's minister on a full-time basis pursuant to his approved R-1 petition. As SABA's only cleric, Dr. Mir has been discharging his ministerial duties on a continuous basis, and has been solely carrying on the vocation of minister for more than the past two years. It is SABA's intent that with the approval of the petition on his behalf, Dr. Mir will continue his full-time employment at SABA.

2. Dr. Nabi Raza Mir has both regularly scheduled ministerial duties, and irregularly scheduled duties (e.g. home & hospital counseling & visits, marriage ceremonies, religious divorces, funerals, guest appearances before other congregations and at universities) which vary from week to week. We estimate that these duties range from 8-15 hours weekly, especially since they involve transportation time to congregant homes & hospitals, cemeteries, funeral homes, etc.). Additionally, on certain religious holidays, and particularly during the entire month of Ramadan and the 10-12 days of Moharram, there are approximately three hours of extra services & programs per day (21 + extra hours per week). All of these special events may replace regularly scheduled activities, particularly office hours.

3. I certify that the weekly schedule below reflects the customary hours of Dr. Mir's regularly scheduled job duties for a total of 37 hours. Because irregularly scheduled job duties (see #2 above) may replace regular duties, or be added to them, the total hours of regularly scheduled and irregularly scheduled employment in any given week may range between 37 to 50 hours.

Duties Performed at the Shia Association of Bay Area, Inc.

| | |
|---|---|
| Monday | 10 AM - 1PM |
| | Office hours for research, preparation for sermons, congregant counseling and consultations, midday prayer service. |
| Tuesday | 10 AM - 1 PM |
| | Office hours for congregant counseling & consultations, midday prayer service. |
| | 7 PM - 10 PM |
| | Evening prayer service, Q & A on Islam, congregant socializing |
| Wednesday | 10 AM - 1 PM |
| | Office hours for research, preparation for sermons, congregant counseling & consultations, midday prayer service. |

19

| Thursday | 10 AM - 1PM |
| | Office hours for congregant counseling & consultations, midday prayers |
| | 5 AM - 7 PM |
| | Office hours for congregant counseling & consultations |
| | 7 PM - 10 PM |
| | Evening service with sermon, Q & A on Islam, congregant socializing |
| Friday | 10 AM - 12 PM |
| | Office hours for congregant counseling & consultations. |
| | 12 PM - 3 PM |
| | Midday prayer service and sermon, Q & A on Islam |
| | 3 PM - 5 PM |
| | Office hours for preparation of Quran & Ethics courses, congregant counseling, Committee meetings. |
| Saturday | 10 AM - 1 PM |
| | Scheduled meetings & conferences (e.g. Board of Directors, Board of Trustees) Midday prayer service with sermon |
| | 3 PM - 5 PM |
| | Religious Instruction: classes on the Quran |
| Sunday | 10 AM - 3 PM |
| | Supervision of Sunday School of 170 students |
| | Teaching of advanced classes/curriculum guidance to 14 volunteer teachers |
| | Noon prayer service/Sunday School Assembly with sermon |

Dated: _5/30/07_

Vahid Hosseini
President
Board of Directors

**EXPRESSIONS OF HOW DR. MIR HAS PERSONALLY TOUCHED & AFFECTED OUR LIVES: A SMALL SAMPLING OF STATEMENTS FROM MORE THAN 100 CONGREGANT LETTERS RECEIVED:**

1) **Ali & Uzma Hasan:** "Dr Mir has been a beacon of light for us...his lectures, sermons and addresses...have made us better citizens of the community, Along with Islamic jurisprudence, Dr. Mir has taught us so many Islamic virtues..."

2) **Mazhar Khan, MD:** "Dr. Mir helped me in resolving lots of family problems in a peaceful way. He helped me in coping with the loss of my mother and a teenager nephew who died in a car accident tragically. He performed the funeral rites and prayers...He helped me and my spouse with our conflicts & anger problems. He visited my sick mother in the hospital and prayed for her..."

3) **Akber Kazmi:** "Dr. Mir is an inspiration for all of us....[he] led many spiritual exercises for cleansing of mind and soul...visited my home to console me on loss in the family..."

4) **Aryeba Mazhari:** "He helped me and my family when we lost my mother-in-law...He conducted prayers while she was in the hospital and also performed the funeral and helped in dealing with the loss...Dr. Nabi Raza helped me cope with my depression problem through counseling and spiritual enlightenment."

5) **Samina Baqar:** " We have a severely handicapped child and have gone through "life & death" situations where we needed religious guidance that was provided by Dr. Nabi Raza..."

6) **Masooma Haider:** "help through a death in my family"

7) **Sabeeja Begum:** "provided family/marriage counseling to me and my spouse"

8) **Syed Haider:** "helped me to become a better human being"

9) **Mike Zandi:** "taught many good things about peaceful teachings of Islam"

10) **Nazer Haider:** "organized youth group for our kids to learn Islamic teachings and be productive members of this society"

11) **Mustafa Hussain:** provided "counseling to my daughter" & "taught me many positive things about Islam that I was not aware of"

12) **Ambreen Hussain:** "related Islamic teaching to becoming a good human being" .

13) **Anjum Khan:** "was a source of continuous guidance in day to day affairs"

**14) Masooma Sheikh:** "visited my sick father at the hospital and recited prayers for his health" and "conducted Islamic funeral rituals for my father-in-law"

**15) T. Attari:** "My wife went missing on 11/7/05. [He] worked shoulder to shoulder with all the search volunteers for 1 ½ months until my wife's body was found in her car drowned..."

**16) Fatima Ruhi:** "conducted Islamic funeral rituals for my father and mother"

**17) Samina Azi:** "visited my newborn daughter at home & blessed her with prayers" and "is the integral part of our Sunday School and is a role model for our kids,"

**18) Amina Khan:** "conducted Islamic wedding/marriage rituals for my daughter" (Amina Khan)

**19) Hassan Jamal:** "a great Islamic role model"

**20) Idris Attarwala:** "conducted Islamic funeral rituals for my aunt"

**21) Ali Hasan:** "visited my residence for lectures and sermons to myself, family and friends" & "led a host of spiritual exercises (rituals and prayers) for cleansing of mind, body and soul"

**22) Mairaj Fahim:** "helped me to become a pious and good human being like himself"

**19) Hossein Falahati:** "Conducted marriage services for my son"

**20) Hossein Hansouri:** "helped me to be a better person."



## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

MAY 1 5 2000

Secretary of State

Sec/State Form CE-108 (rev. 6/98)

98 10617

ENDORSED - FILED
IN THE OFFICE OF THE
SECRETARY OF STATE
OF THE STATE OF CALIFORNIA

MAY 15 2000

BILL JONES, SECRETARY OF STATE

## ARTICLES OF INCORPORATION

### OF

## SHIA ASSOCIATION OF BAY AREA, INC.

### A CALIFORNIA RELIGIOUS CORPORATION

ONE: The name of this corporation is Shia Association of Bay Area, Inc.

TWO: This corporation is a nonprofit religious corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Religious Corporation Law exclusively for religious purposes. The specific purposes for which this corporation is organized are to establish and maintain a place for religious worship and education.

THREE: The name and address in the State of California of this corporation's initial agent for service of process is Lynnette Ariathurai, Law Office of Lynnette Ariathurai, 39159 Paseo Padre Parkway, Suite 247, Fremont, California 94538.

FOUR:    (a) This corporation is organized and operated exclusively for religious purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code (or the corresponding section of any future federal internal revenue code).

(b) Notwithstanding any other provision of these Articles, the corporation shall not, except to an insubstantial degree, engage in any activities or exercise any powers that are not in furtherance of the purposes of this corporation, and the corporation shall not carry on any other activities not permitted to be carried on (1) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code or (2) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code.

(c) No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation except as permitted under section 501(h) of the Internal Revenue Code, and the corporation shall not participate or intervene in (including the publishing or distribution of statements) any political campaign on behalf of, or in opposition to, any candidate for public office.

FIVE: The names and addresses of the persons appointed to act as the initial directors of this corporation are:

| Name | Address |
| --- | --- |
| Fareed Himmati | 2725 S. White Road, San Jose, CA 95148 |
| Muzaffer Ali Khan | 2725 S. White Road, San Jose, CA 95148 |
| Asad Mahani | 2725 S. White Road, San Jose, CA 95148 |
| Sajjad H. Mir | 2725 S. White Road, San Jose, CA 95148 |
| Vahid Seyyed | 2725 S. White Road, San Jose, CA 95148 |
| Akber Kazmi | 2725 S. White Road, San Jose, CA 95148 |
| Agha Ahsan | 2725 S. White Road, San Jose, CA 95148 |

24

SIX: The property of this corporation is irrevocably dedicated to religious purposes and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any individual.

On the dissolution or winding up of the corporation, its assets remaining after payment of, or provision for payment of, all debts and liabilities of this corporation, shall be distributed to a members based Shia Muslim organization (or organizations), with the permission of Wali-e-fagih, Marja-e-taqleed or his representative, which has established its tax-exempt status under Section 501(c)(3) of the Internal Revenue Code.

SEVEN: The name of the existing unincorporated association, now being incorporated by the filing of these Articles of Incorporation, is Shia (Muslim) Association of Bay Area.

Date: 4-2-5

Fareed Himmati, Director

Asad Mahani, Director

Sajjad H. Mir, Director

Akber Kazmi, Director

Muzaffer Ali Khan, Director

Agha Ahsan, Director

Vahid Seyyed, Director

We, the above-mentioned initial directors of this corporation, hereby declare that we are the persons who executed the foregoing Articles of Incorporation, which execution is our act and deed.

Fareed Himmati, Director

Asad Mahani, Director

Sajjad H. Mir, Director

Akber Kazmi, Director

Muzaffer Ali Khan, Director

Agha Ahsan, Director

Vahid Seyyed, Director

## DECLARATION

Akber Kazmi and Fareed Himmati declare under penalty of perjury under the laws of the State of California that they are the Trustees of Shia (Muslim) Association of the Bay Area, the unincorporated association referred to in the Articles of Incorporation to which this declaration is attached, and that said association has duly authorized its incorporation by means of said Articles of Incorporation.

Executed at Fremont, California, on April 22, 2000.

Akber Kazmi, Director

Fareed Himmati, Director

25

Approval of action by written ballot shall be valid only when the number of votes cast by ballot within the time period specified equals or exceeds the quorum required to be present at a meeting authorizing the action, and the number of approvals equals or exceeds the number of votes that would be required to approve the action at a meeting at which the total number of votes cast was the same as the number of votes cast by ballot.

Directors may be elected by written ballot. Such ballots for the election of directors shall list the persons nominated at the time the ballots are mailed or delivered. If any such ballots are marked "withhold" or otherwise marked in a manner indicating that the authority to vote for the election of directors is withheld, they shall not be counted as votes either for or against the election of a director.

A written ballot may not be revoked after its receipt by the corporation or its deposit in the mail, whichever occurs first.

Written ballots will be kept by the Secretary of the corporation for no less than ninety (90) days. If, within ninety (90) days of any election, a dispute arises with regards to the ballots, the Secretary to the corporation will keep such disputed ballots until the dispute has been resolved.

### SECTION 11. ACTION BY UNANIMOUS WRITTEN CONSENT WITHOUT MEETING

Except as otherwise provided in these Bylaws, any action required or permitted to be taken by the members may be taken without a meeting, if all members shall individually or collectively consent in writing to the action. The written consent or consents shall be filed with the minutes of the proceedings of the members. The action by written consent shall have the same force and effect as the unanimous vote of the members.

### WRITTEN CONSENT OF DIRECTORS ADOPTING BYLAWS

We, the undersigned, are all of the persons named as the initial directors in the Articles of Incorporation of Shia Religious Corporation of Bay Area, a California nonprofit corporation, and, pursuant to the authority granted to the directors by these Bylaws to take action by unanimous written consent without a meeting, consent to, and hereby do, adopt the foregoing Bylaws, consisting of 28 pages, as the Bylaws of this corporation.

Dated: 10-21-01

_____
Agha Yaqoob Ahsan, Director

_____
Assad Mahani, Director

_____
Muzaffer AN Khan, Director

_____
Vahid Seyed Hosseini, Director

_____
Akber Kazmi, Director

_____
Fareed Himmati, Director

_____
Sajjad H. Mir, Director

_____
, Director

## CERTIFICATE

This is to certify that the foregoing is a true and correct copy of the Bylaws of the corporation named in the title thereto and that such Bylaws were duly adopted by the Board of Directors of said corporation on the date set forth below.

Dated: 10-21-01

_____
Fareed Himmati, Temporary Secretary

_____
Muzaffer Ali Khan, Secretary

# State of California
## Secretary of State

## CERTIFICATE OF STATUS
## DOMESTIC CORPORATION

I, BRUCE McPHERSON, Secretary of State of the State of California, hereby certify:

That on the 15TH day of MAY, 2000, SHIA ASSOCIATION OF BAY AREA, INC. became incorporated under the laws of the State of California by filing its Articles of Incorporation in this office; and

That no record exists in this office of a certificate of dissolution of said corporation nor of a court order declaring dissolution thereof, nor of a merger or consolidation which terminated its existence; and

That said corporation's corporate powers, rights and privileges are not suspended on the records of this office; and

That according to the records of this office, the said corporation is authorized to exercise all its corporate powers, rights and privileges and is in good legal standing in the State of California; and

That no information is available in this office on the financial condition, business activity or practices of this corporation.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of December 14, 2006.

BRUCE McPHERSON
Secretary of State

28

OSP 05 94201

INTERNAL REVENUE SERVICE
P. O. BOX 2508
CINCINNATI, OH   45201

DEPARTMENT OF THE TREASURY

Date: **MAY 1 5 2001**

SHIA ASSOCIATION OF BAY AREA INC
2725 S WHITE RD
SAN JOSE, CA   95148

Employer Identification Number:
  77-0050810
DLN:
  17053058013011
Contact Person:
  GIL STOREY                           ID# 52603
Contact Telephone Number:
  (877) 829-5500
Accounting Period Ending:
  December 31 ,
Form 990 Required:
  No
Addendum Applies:
  , No

Dear Applicant:

Based on information supplied, and assuming your operations will be as
stated in your application for recognition of exemption, we have determined
you are exempt from federal income tax under section 501(a) of the Internal
Revenue Code as an organization described in section 501(c)(3).

We have further determined that you are not a private foundation within
the meaning of section 509(a) of the Code, because you are an organization
described in sections 509(a)(1) and 170(b)(1)(A)(i).

If your sources of support, or your purposes, character, or method of
operation change, please let us know so we can consider the effect of the
change on your exempt status and foundation status. In the case of an amend
ment to your organizational document or bylaws, please send us a copy of the
amended document or bylaws. Also, you should inform us of all changes in your
name or address.

As of January 1, 1984, you are liable for taxes under the Federal
Insurance Contributions Act (social security taxes) on remuneration of $100
or more you pay to each of your employees during a calendar year. This does
not apply, however, if you make or have made a timely election under section
3121(w) of the Code to be exempt from such tax. You are not liable for the tax
imposed under the Federal Unemployment Tax Act (FUTA).

Since you are not a private foundation, you are not subject to the excise
taxes under Chapter 42 of the Code. However, if you are involved in an excess
benefit transaction, that transaction might be subject to the excise taxes of
section 4958. Additionally, you are not automatically exempt from other
federal excise taxes. If you have any questions about excise, employment, or
other federal taxes, please contact your key district office.

Grantors and contributors may rely on this determination unless the
Internal Revenue Service publishes notice to the contrary. However, if you
lose your section 509(a)(1) status, a grantor or contributor may not rely

Letter  947 (DO/CG)

29

SHIA ASSOCIATION OF BAY AREA INC

on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he ... she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

Donors may deduct contributions to you as provided in section 170 of the Code. Bequests, legacies, devises, transfers, or gifts to you or for your use are deductible for federal estate and gift tax purposes if they meet the applicable provisions of Code sections 2055, 2106, and 2522.

Contribution deductions are allowable to donors only to the extent that their contributions are gifts, with no consideration received. Ticket purchases and similar payments in conjunction with fundraising events may not necessarily qualify as deductible contributions, depending on the circumstances. See Revenue Ruling 67-246, published in Cumulative Bulletin 1967-2, on page 104, which sets forth guidelines regarding the deductibility, as charitable contributions, of payments made by taxpayers for admission to or other participation in fundraising activities for charity.

In the heading of this letter we have indicated whether you must file For 990, Return of Organization Exempt From Income Tax. If Yes is indicated, you are required to file Form 990 only if your gross receipts each year are normally more than $25,000. However, if you receive a Form 990 package in the mail, please file the return even if you do not exceed the gross receipts test. If you are not required to file, simply attach the label provided, check the box in the heading to indicate that your annual gross receipts are normally $25,000 or less, and sign the return.

If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $20 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $10,000 or 5 percent of your gross receipts for the year, whichever is less. For organizations with gross receipts exceeding $1,000,000 in any year, the penalty is $100 per day per return, unless there is reasonable cause for the delay. The maximum penalty for an organization with gross receipts exceeding $1,000,000 shall not exceed $50,000. This penalty may also be charged if a return is not complete, so be sure your return is complete before you file it.

You are required to make your annual information return, Form 990 or Form 990-EZ, available for public inspection for three years after the later of the due date of the return or the date the return is filed. You are also required to make available for public inspection your exemption application, any supporting documents, and your exemption letter. Copies of these documents are also required to be provided to any individual upon written or in person request without charge other than reasonable fees for copying and postage. You may fulfill this requirement by placing these documents on the Internet. Penalties may be imposed for failure to comply with these requirements. Additional information is available in Publication 557, Tax-Exempt Status for Your Organization, or you may call our toll free

Letter 947 (DO/CG)

30

SHIA ASSOCIATION OF BAY AREA. INC

number shown above.

You are not required to file federal income tax returns unless you are subject to the tax on unrelated business income under section 511 of the Code. If you are subject to this tax, you must file an income tax return on Form 990-T, Exempt Organization Business Income Tax Return. In this letter we are not determining whether any of your present or proposed activities are unrelated trade or business as defined in section 513 of the Code.

You need an employer identification number even if you have no employees. If an employer identification number was not entered on your application, a number will be assigned to you and you will be advised of it. Please use that number on all returns you file and in all correspondence with the Internal Revenue Service.

If we have indicated in the heading of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

Because this letter could help resolve any questions about your exempt status and foundation status, you should keep it in your permanent records.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Sincerely yours,

Steven T. Miller
Director, Exempt Organizations

31



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 1286
RANCHO CORDOVA CA 95741-1286

In reply refer to
755:G    :JCA

November 6, 2003

SHIA ASSOCIATION OF BAY AREA INC
2725 S WHITE RD
SAN JOSE CA 95148-2063

Purpose                      :  RELIGIOUS
Code Section                 :  23701d
Form of Organization         :  Corporation
Accounting Period Ending:       December 31
Organization Number          :  2080477

You are exempt from state franchise or income tax under the section of
the Revenue and Taxation Code indicated above.

This decision is based on information you submitted and assumes that
your present operations continue unchanged or conform to those proposed
in your application. Any change in operation, character, or purpose of
the organization must be reported immediately to this office so that we
may determine the effect on your exempt status. Any change of name or
address must also be reported.

In the event of a change in relevant statutory, administrative, judicial
case law, a change in federal interpretation of federal law in cases
where our opinion is based upon such an interpretation, or a change in
the material facts or circumstances relating to your application upon
which this opinion is based, this opinion may no longer be applicable.
It is your responsibility to be aware of these changes should they occur.
This paragraph constitutes written advice, other than a chief counsel
ruling, within the meaning of Revenue and Taxation Code Section
21012(a)(2).

You may be required to file Form 199 (Exempt Organization Annual
Information Return) on or before the 15th day of the 5th month (4 1/2
months) after the close of your accounting period. Please see annual
instructions with forms for requirements.

32

You are not required to file state franchise or income tax returns
unless you have income subject to the unrelated business income tax
under Section 23731 of the Code. In this event, you are required to
file Form 109 (Exempt Organization Business Income Tax Return) by the
15th day of the 5th month (4 1/2 months) after the close of your annual
accounting period.

Please note that an exemption from federal income or other taxes and
other state taxes requires separate applications.

J AMAYA
EXEMPT ORGANIZATIONS
BUSINESS ENTITIES SECTION
TELEPHONE   (916) 845-6644

EO :
CC :AHSAN J ZAIDI

33

SEE REVERSE FOR
PAYMENT INSTRUCTIONS

# INSTALLMENT 2

2006-2007
015-30-103-00
#
$35,326.21

**DUE FEB. 1, 2007**
PENALTY AFTER APR 10, 2007

TO PAY BOTH INSTALLMENTS

20015301030008

3532621 D

SHIA ASSOCIATION OF BAY AREA INC

3887883 E

2025 RANDOLPH DR
SAN JOSE  CA        95128-2728

7775766 F

0038878830000035326100153010300000900353262214

SEE REVERSE FOR
PAYMENT INSTRUCTIONS

# INSTALLMENT 1

2006-2007
015-30-103-00
$35,326.21

**DUE NOV. 1, 2006**
PENALTY AFTER DEC 10, 2006

SEND BOTH STUBS WITH YOUR PAYMENT OF          $70,652.42

10015301030000

3532621

SHIA ASSOCIATION OF BAY AREA INC

353262 A

3887883 B

2025 RANDOLPH DR
SAN JOSE  CA        95128-2728

7420504 C

0038878830000035326100153010300000900353262214

---

DETACH HERE

| TAXING AGENCY | TAX RATE |
|---|---|
| 1% MAXIMUM TAX LEVY | 1.00000 |
| CO RETIREMENT LEVY | .03880 |
| ELEM OR UNIF SCH BONDS | .07970 |
| SAN JOSE CITY G O BONDS | .02930 |
| COMM COLLEGE BONDS | .01260 |
| TOT ASSESSED VAL RATE | 1.16040 |
| SCVWD-STATE WATER PROJ | .00700 |
| SCVWD-ZONE W-1 BOND | .00020 |
| TOT LAND & IMPR RATE | .00720 |

| | |
|---|---|
| 800 SJ SEWER SANI/STORM | $1,624.80 |
| 802 S.J. LIBRARY ASSMT | 291.30 |
| 820 SCVWD CLN SAFE CRKS | 1,601.16 |
| 847 SCCO VECTOR CONTRO | 6.70 |
| 848 MOSQUITO ASMT #2 | 96.14 |
| 882 SCVWD FLOOD CONTR | 1,046.04 |
| 990 OPENSPACE DISTRICTS | 600.68 |
| TOTAL SPECIAL ASSESSMENTS | $5,266.82 |

## COUNTY OF SANTA CLARA
### SECURED PROPERTY TAX BILL
FISCAL YEAR 2006-07
(JULY 1, 2006 TO JUNE 30, 2007)

COUNTY GOVERNMENT CENTER, EAST WING
70 W. HEDDING ST., SAN JOSE, CA 95110-1767
WWW.SCCTAX.ORG    (408) 808-7900

| TAX RATE AREA | PARCEL NUMBER |
|---|---|
| 17-120 | 015-30-103-00 |

M33      08/23/06

| | | |
|---|---|---|
| TAX ⟶ | | |
| 10% PENALTY | | |
| SECTION 906 | | |
| COST | | |
| RET. CK. CHG. | | |
| TOTAL ⟶ | | |

| 1st DUE NOV 1, 2006 | 2nd DUE FEB 1, 2007 | **TOTAL** |
|---|---|---|
| 10% PENALTY + $20 COST ADDED AFTER DEC 10, 2006 | 10% PENALTY + $20 COST ADDED AFTER APR 10, 2007 | |
| $35,326.21 | $35,326.21 | $70,652.42 |




---

DETACH HERE

SHIA ASSOCIATION OF BAY AREA INC

2025 RANDOLPH DR
SAN JOSE  CA        95128-2728

34

PROPERTY ADDRESS
4415              FORTRAN
SAN JOSE          95134

ASSESSEE  JANUARY 1, 2006
SHIA ASSOCIATION OF BAY AREA INC

DOCUMENT NO.    18687348

**IMPORTANT** – TO ENSURE PROPER CREDIT, RETURN THE APPROPRIATE PAYMENT STUB WITH YOUR PAYMENT. THE 1ST INSTALLMENT MUST BE PAID BEFORE OR WITH THE 2ND INSTALLMENT.

| DESCRIPTION | ASSESSED VALUE | TAX RATE PER $100 | TAX AMOUNTS |
|---|---|---|---|
| LAND | 3,800,000 | | |
| IMPROVEMENTS | 1,800,000 | | |
| TOTAL LAND & IMPROVEMENTS | 5,600,000 | .00720 | 403.20 |
| PERSONAL PROPERTY | | | |
| TOTAL ASSESSED VALUE | 5,600,000 | 1.16040 | 64,982.40 |
| LESS EXEMPTIONS | | | 5,266.82 |
| GROSS TAX | | | 70,652.42 |
| LESS: HOMEOWNER'S EXEMPTION | | | |
| OTHER EXEMPTION | | | |
| TOTAL TAXES | | | $70,652.42 |
| 0P003948 | | | |

PA    OUR TAXES ON-LINE AT WWW.SCCTAX.ORG USING e-CHECK OR
MAJOR CREDIT CARD. SEE REVERSE FOR PAYMENT INSTRUCTIONS.

**RECORDING REQUESTED BY:**
Chicago Title Company

**AND WHEN RECORDED MAIL TO**
Shia Association of Bay Area, Inc., a
California non profit corporation
2025 Randolph Dr.
San Jose, CA 95128

**Escrow No.:** 05-**98200618**-SM
**Locate No.:** CACTI7743-7743-2982-0098200618
**Title No.:** 05-**98200618**-MC

DOCUMENT: 18687348



Pages: 5

Fees.... · 49 00 ·
Taxes... ·· Conf ·+
Copies.. _____
AMT PAID 49.00

BRENDA DAVIS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Chicago Title

RDE # 012
11/22/2005
8:00 AM

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### GRANT DEED

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL
THIS GRANT DEED AND ALL
TAX STATEMENTS TO:

Shia Association of Bay Area, Inc.
2025 Randolph Drive
San Jose, California 95128

---

## **GRANT DEED**

The undersigned grantor declares:

Documentary transfer tax is shown by an unrecorded separate affidavit pursuant to R&T Code §
11932

(X)     computed on full value of property conveyed, or

( )     computed on full value, less value of liens and encumbrances remaining at time of sale.

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, CARLYLE
FORTRAN TRUST, a Maryland real estate investment trust ("Grantor"), hereby GRANTS to
SHIA ASSOCIATION OF BAY AREA, INC., a California non-profit corporation, the following
described real property (the "Property") located in the City of San Jose, County of Santa Clara,
State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED
HEREIN BY THIS REFERENCE

SUBJECT TO:

1.     Non-delinquent taxes and assessments.

2.     All other covenants, conditions, restrictions, reservations, rights, rights of way,
easements, encumbrances, liens and title matters of record, including but not limited to that
certain Declaration of Covenants, Conditions and Restrictions of North San Jose Technology
Park, and matters which an ALTA Survey of the Property would disclose.

Escrow No.: 05-**98200618**-SM
Locate No.: CACTI7743-7743-2982-0098200618
Title No.: 05-**98200618**-MC

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SAN JOSE , COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

Parcel 3, as shown on that certain Parcel Map filed for record on May 25, 2005 in Book 787 of Maps, at Pages 1 through 3, Santa Clara County Records.

Reserving from said Parcel 3, easements for ingress and egress and private storm drainage, over, under, through and upon that certain area shown as "I.E.E.", and P.S.D.E." on that certain Parcel Map filed for record on May 25, 2005 in Book 787 of Maps, at Pages 1 through 3, Santa Clara County Records.

Also reserving therefrom non-exclusive easements for drainage, ingress and egress for vehicular and pedestrian access, parking, support and accommodation of the natural settlement of structures, and for the continued occupation and use, after original construction, of roof and eave overhangs or similar projections and engineering or surveying errors, as described in that certain "Declaration of Covenants, Conditions and Restrictions The San Jose Technology Park" recorded October 17, 2005 as Instrument No. 18626114, Official Records.

PARCEL TWO:

Non-Exclusive easements for ingress and egress and private storm drainage, over, under, through and upon those certain areas of Parcels 1, 2 and 4, shown as "I.E.E.", and P.S.D.E." on that certain Parcel Map filed for record on May 25, 2005 in Book 787 of Maps, at Pages 1 through 3, Santa Clara County Records.

PARCEL THREE:

Non-exclusive easements for drainage, ingress and egress for vehicular and pedestrian access, parking, support and accommodation of the natural settlement of structures, and for the continued occupation and use, after original construction, of roof and eave overhangs or similar projections and engineering or surveying errors, as described in that certain "Declaration of Covenants, Conditions and Restrictions The San Jose Technology Park" recorded October 17, 2005 as Instrument No. 18626114, Official Records.

IN WITNESS WHEREOF, Grantor has caused this Grant Deed to be executed as of the ___18___ day of November, 2005.

CARLYLE FORTRAN TRUST,
a Maryland real estate investment trust

By _____

Name:  Gary Block
Title:    Vice President

900226 03-LA
C1159 059/11-13-05/MC Memos

14423 Fortran Sale;
Badiee/ Saba, Inc ]

STATE OF District of Columbia )
                                )
COUNTY OF _____ )

On November 18, 2005, before me, Lynn S. Carl, a Notary Public in and for said state, personally appeared Gary Block, personally known to me (or proved to me on the basis if satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authority capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary public in and for said State

Lynn S. Carl
Notary Public, District of Columbia
My Commission Expires 4-14-2006

700226.0 UCLA
C1139-05911-17-05 MCM/mcm

[4423 Fortran Sale;
Radice/Saba, Inc.]

**SHIA ASSOCIATION OF BAY AREA, Inc.**

4415/4423 Fortran Court · A non-profit religious corporation
San Jose, CA 95134 · U.S. Federal EIN: 77-0050810
408.946.5700 · State of California Corp: 2080477
saba@saba-igc.org, www.saba-igc.org

**Bismillah-hir-Rehman-nir-Raheem**
**In the name of Allah (God) the Beneficent and Merciful**

# School of Ahlul'Bait
# Islamic Sunday School

**Goals and Background:** School of Ahlul'Bait has operated regularly since 1990 with the following mission:

> *School of Ahlul'Bait seeks to fill the gap left by the absence of Islamic studies in the public school curriculums. It is intended to be a stress-free environment where students learn about basic Islamic rules (Ahkam), Ethics and Islamic Behavior (Akhlaq), the history of Islam (Tarikh), and Qur'anic Recitation and Arabic in a positive atmosphere.*

The school runs as an independent organization under the auspices of SABA. It is staffed by volunteers and headed by our resident Alim, Dr. Sayyid Nabi Raza Mir (Abidi).

Students, teachers, admin, and volunteers from the Fatimiyya Islamic Center in Hayward have also joined us in order to benefit and benefit from the larger Bay Area shi'a Muslim community.

**Grades & Ages:** The school is currently enrolling students who are in Pre-K and Kindergarten through Grade 12 in regular school.

**When:** Every Sunday beginning August 30th, 2005 (see the School Calendar for Dates). Assembly begins promptly at **10:45 AM** so please arrive at the parking lot by **10:30 AM** to allow ample time to arrive at the assembly on time. School will end at around **1:30 PM**. Please be punctual!

**How to Register:** Enroll online at http://www.saba-igc.org. Click on Sunday School/School Registration Form. Download and fill out the form, sign and submit a hard copy at the school office. New students should register as early as possible before the school session starts.

**Tuition:** The annual tuition is $226 / 1 student, $360 / 2 students, and $540 / 3 or more students per family. Tuition can also be paid in two installments in September 2003 and January 2004 of $113 / 1 student, $180 / 2 students, and $270 / 3 or more students per family. The tuition should be paid by Cash, Check (to a SABA, in memo write Sunday School) or Credit card (online only, type Sunday School in comments box). Those who cannot afford to pay the nominal fee will be given a concession depending upon their individual circumstances. Your generous donations are always welcomed to support our high rental fee and our various programs.

**Assembly:** School begins with an assembly that is an integral part of the school's schedule. It is a valuable tool for conveying information about the school, starting the day with a brief Islamic lesson, and putting the children in a spiritual, cheerful, and learning mindset.

**Salaat:** Salaat is a required part of the school schedule.
- Parents who come early to pick up their children are strongly encouraged to participate in the SAB salaat and can only take home their children the prayer is over.
- Parents who need to take their children out of school early on any given day must give a signed note to the volunteer who records attendance. These students will not be eligible for perfect attendance.
- All students are encouraged to perform wudhu before beginning classes.
- Students are not allowed to socialize or play between class and prayer and should instead get ready for Salaat by finding a place on the prayer mat and waiting for the adhan to begin.
- Talking and other disruptions during the prayer will be taken very seriously and dealt with immediately after the prayer.
- Students are required to remain on their prayer mats until the final *ziyarat* is complete.
- All female students who are unable to pray for a given Sunday should spend this time performing acts of worship such as du'a and tasbih, not talking or socializing on their own.

**Lunch:** Lunch will be provided to each student at no additional cost. Please contact school administration if interested in donating towards the school lunch.

**Books:** Books required for classes will be available for purchase at a nominal cost.

**Parent Responsibilities:** Parents are strongly requested to participate in the weekly assembly (beginning 10:45 AM) as well as salaat. Parents are required to attend the first assembly of the school year where rules and regulations of the School will be explained. Other responsibilities:
- Punctuality and good attendance is required. Your children will only learn if you are serious about School and the first step to being serious is attending school on time. In the case of an unavoidable absence, contact your child's teachers beforehand to obtain the necessary lessons and homework.
- Assist your students with their homework, exams, and other school activities. The primary responsibility for the Islamic education of children lies with the parents. SAB can only be effective if you actively participate in your child's Islamic learning experience at home. Regularly check with your students to see what handouts and homework they were given and whether that homework has been completed. Ask about the grades they are receiving on their homework and exams and show concern/appreciation according to their performance.
- Ensure that your children bring their books, paper, pencils, and other required material to class.
- Parents are welcome to stay at the school and help monitor the grounds and/or volunteer in some other capacity. Sign up with the school admin to volunteer with the school. If there is enough interest, the parents may wish to organize special adult classes.
- • Please pick up your children promptly at 1:30 pm. Volunteers will not monitor the grounds after this time.

- • Parents are not allowed in classrooms without prior authorization.
- Please review the Student responsibilities below with your children.

## Student Responsibilities:
- • Each week, bring with you a schoolbag that has pencils, eraser, paper, Qur'an, binder, books.
- • If possible, perform *wudhu* before assembly begins.
- All property should be treated with utmost care and caution. Please remember this is our center and we are responsible to take care of it.
- Do not move desks or chairs from their original positions unless instructed to do so by your teachers.
- No toys, game playing cards, magazines, or portable electronic games

## Dress Code:
All SAB participants are required to adhere to the SAB dress code. This dress code is based on the Islamic principles of modesty and *hijab*. General standards for dress are as follows:
- No tight or transparent clothes
- General appearance should be neat and clean, and should not distract or disrupt from the learning process.

Dress code specific to males:
- No shorts
- No shirts with pictures or lyrics

Dress code specific to females:
- Hair should be covered completely with a scarf that is *securely fastened.*
- Loose pants and tops, or long skirts and dresses (all down to the ankles) are acceptable. Tops must be long (at least 5 inches below the waist) and have full sleeves down to the wrist.
- Socks are required
- No tuck-in tops, short dresses with nylons, excessive jewelry, or nail polish

Parents and family members who enter the SAB premises to drop off or pick up their children, or to participate in SAB events, are also required to adhere to the dress code.

## Contact Information:
Resident Aalim:    Hojjatul Islam Dr. Nabi Raza Mir (Abidi)
SAB Admin:          Brother Mirza Aslam (510) 713-7317
Email:                   mab-admin@saba-igc.org
Please provide the SAB Administration with your feedback so we can improve.



## حوزهٔ علمیّهٔ قم
### مؤسّسه امام صادق علیه‌السلام
#### مرکز تحقیقات اسلامی

تاریخ: ۷۶/۱/۱۹
شماره: ۷۴۰۰/پ
پیوست:

بدین وسیله گواهی و تصدیق می‌شود:

جناب مستطاب آقای: میر نبی رضا    فرزند: میر نادر علی

تبعهٔ کشور: هندوستان    با شماره گذرنامهٔ: ۴۵۳۰۰۹    از طـــلاب موفق حوزهٔ علمیه قـم می‌باشد کـه پس از اتـمام دروس سطـح حـوزه، دوره تخصصی علم کلام اسلامی را در مؤسسه تعلیماتی و تحقیقاتی امام صادق(ع) زیر نظر مرکز مدیریت حوزه علمیه قم، با پروندهٔ تحصیلی گروه الف شماره ۵۸ در سال ۱۳۷۴ با معدّل کل ۱۷/۰۵ به پایان رسانده که کارنمای تـحصیلی آن، پیوست است و اینک در حال تنظیم رساله سطح چهار حوزه علمیه قم می‌باشد که با عنایت به مصوبه جلسه ۳۶۸ مورخ ۷۴/۱۱/۳ شورای عالی انقلاب فرهنگی جمهوری اسلامی ایران، مشارالیه پس از تدوین پایان‌نامه وکسب امتیاز لازم آن، موفق به اخذ مدرک دکترا می‌گردد.

امید است مراکز تحقیقاتی و تعلیماتی داخل و خارج از کشور، همکاری لازم را مبذول فرمایند.

والسّلام

مدیر مؤسسه و مسئول رشتهٔ تخصصی علم کلام اسلامی
حوزه علمیه قم
جعفر سبحانی

*جعفر سبحانی*



*(translation follows ....)*

In the name of Allah

Chom Science Complex

Imam Sadegh Institute ( P.B.U.H.)
Islamic Research Center

Date    : Dec.10.1997
Ref.no. : 721/1

Photo of the holder affixed and sealed

Respectfully, this is to certify that:

MR.MIR NABI RAZA   ABADI

S/o Mir Nader Ali
holder of Indian nationality with passport number 453009 is one of the
successfull scholar of Gho, science complex whose completed curriculum
of courses in bachelor degree's in the field of IslamicTheologySpecialized
in Imam Sadegh Research & Instructional complex under supervision of
Management center of Ghom complex with education file number 58 in A group
in the year 1995 with overall G.P.A. of 17/05 and transcript of his records
is enclosed and at present engage for completion of thesis in 4th level of
Ghom Institute and according to approval letter of dated Jan.23.1996 of
Islamic Rep. of Iran Higher Revolution council, the aforesaid after
completion of the said thesis and obtain necessary grade, successfully
achieve Doctorate Degree's.

We wish all research and instructional center in Internal and aborad cooperate
with him in best manner.

Manager and responsible of specialized field of Speech Islamic Science
Ghom Science Complex
SIGNED & SEALED

The authenticity of the seal
& signature of the official translator

ONLY TRUE TRANSLATION CERTIFIED.

SPEECH IN ALL SUBJECTS MEANS THEOLOGY

* WORDS '' THEOLOGY ''ARE CORRECT. *

OFFICIAL TRANSLATOR
P.M.MOAYED

Fee: Rials 45,000/=
Sl. No. 364/98 dated 06-09-98
Signature/Seal at 'A' attested
without any consideration to
the contents

Second Secretary(Cons.)
Embassy of India
Tehran

The authenticity of the
seal & signature marked(x)
is certified without any con-
sideration to the contents.

24 AUG 1998

45       A'

# QHOM SCIENCE COMPLEX
--------------------

Imam Sadegh Research & Instructioanl Institute ( P.B.U.H)
Specialized field : Eloquence      :   Science or Theology Sc.

Holder Name : MR. MIR NABI RAZA ABADI son of MIR NADER ALI
I.D.Card no.:453009        Place of Issue : India-EmbassyBirth date:  1970
Graduation Year :    1995                  Tehran

Date      : Dec/10/1997
Ref. No.  :  724/1

Overall G.P.A. : 17.05
FIRST YEAR  : First Semester
-------------------------

| SUBJECT | GRADE |
| ------- | ----- |
| Ultimate Judgement | 18 |
| Survey in History of TheologyScience | 17.5 |
| Unification in Koran | 19 |
| Suspicious of Materialists | 18 |
| Theory of wisdom ( Knowledge) | 13 |
| Speech Rule | 16.25 |
| Ratiocination Results | 17 |

G.P.A. :  16.96
****************

SECOND SEMESTER
-----------------------

| | |
| --- | --- |
| Ultimate Judgement | 17 |
| Survey in History of Theolog.Science | 17.25 |
| Unification in Koran | 17 |
| Suspicious of Materialists | 19 |
| Theory of Wisdoe( Knowledge) | 17 |
| Speech Rule | 18.5 |
| Ratiocination Resu̱lts | 18 |

G.P.A : 17.67
SECOND YEAR / Third Semester
----------------------------

| | |
| --- | --- |
| Ultimate Judgement | 15 |
| Knowledge of ethnic sign | 19 |
| Theory of Wisdom | 14 |
| Ratiocination Results | 15 |

G.P.A.:       15.75

Fourth Semester
---------------

| | |
| --- | --- |
| Ultimate Judgement | 17 |
| New problems in Theology | 17 |
| Theology in Particular meaning | 12 |
| Knowledge of ethnic sign | 17 |

G.P.A.:       15.75

۴۶


( 2 )

### THIRD YEAR / FIFTH SEM.

| | |
|---|---|
| Familiarity with Christianity | 18 |
| Knowledge of ethnic sign | 18.25 |
| Speech Rule ( Verbal) | 17.5 |
| Desire detection( Theology part) | 19 |
| G.P.A.:    18.18 | |

### THIRD YEAR/ SIXTH SEM.

| | |
|---|---|
| Asfar ( Vol.6) | 19 |
| Speech rule ( Verbal) | 17 |
| Desire detection( Theology part) | 18 |
| New problem in Theology( Verbal) | 18.25 |
| G.P.A.:  18.16 | |

### FOURTH GRADE/ SEVENTH SEM.

| | |
|---|---|
| New problem in Theology( Verbal) | 17.25 |
| Asfar ( Vol.7) | 13.5 |
| Theology (Nature principle) | 17 |
| Verbal Sects | 20 |
| G.P.A.:   16.93 | |

### FOURTH GRADE/EIGHT SEM.

| | |
|---|---|
| Theology in divine family race | 14 |
| Sabzevari  Poem ( Versified story) | 18.5 |
| Islamic Philosophy & 4 Dialactic Princile | 18.5 |

G.P.A.:  17

Total necessary teaching & Research in four year course of study : 1500 Hrs.

This certificate is issued for information about transcript of records and is of no other value.

Imam Sadegh Institute
Islamic Research Center
SIGNED & SEALED
-------------------------------------------
ONLY TRUE TRANSLATION CERTIFIED.
TEHRAN    AUG.18.1998          R.



رقم الصفحة: ٧٧٢٢١
رقم القيد: ٩٧٩-٩٩

محلة السكن الحالي ١٨٧٤



| الترتيب العام | | | | | |
|---|---|---|---|---|---|
| ١٧ | ١٤ | ١٧/٥ | ١٧/٢٥ | ١٧ / ٢٥ | نعم |
| | | | | | محل السكن الحالي |
| | | | | | نعم |

| ١٨/١٨ | ١٩ | ١٧/٥ | ١٩/١٨ | ١٥ / ١٩ | نعم |
| | | ١٦ / ١٨ | | | محل السكن الحالي |

| ١٨/٢٥ | ١٧ | ١٦ / ١٨ | ١٩/٨٨ | ١٥ / ١٦ | نعم |
| | | | | | محل السكن الحالي |

| ١٧/١٧ | ١٧ | ١٩ / ١٧/٢٥ | ١٧/٩٦ | ١٧ / ١٨ | نعم |
| ٩٨ | | | | | محل السكن الحالي |



**Claremont**
GRADUATE UNIVERSITY

School of Religion

May 24, 2007

To whom it may concern:

I am a minister (also known as "moulana", "aalim","imam", or rouhani) in the Shia Muslim faith and have served in this capacity at the Shiane Haidery Islamic Associaiton (SHIA) in Montreal, Quebec, Jaffery Union of NE Ohio in Akron, Ohio and the Islamic Cultural Center of Northern California (ICCNC) in Oakland, California. At present, I am a faculty member at Claremont Graduate University, School of Religion and also provide voluntary services to the various Muslim centers in Southern California.

I am personally acquainted with Dr. Mir because of our close collaboration on various issues and projects during my ministry service at ICCNC in Oakland from June 2001 to April 2004. I am also acquainted with the seminaries he attended in the city of Qom, Iran as I also received my seminary training from the same institutes. The seminaries in Qom are the only ones that are equipped to provide advanced studies in the areas of Shia law, ethics, theology, philosophy and mysticism. In the Shia Muslim faith, graduation from the Islamic Sciences Seminary in the Qom Seminary Complex is sufficient to authorize the recipient to perform ministerial duties such as religious marriage and divorces, initiation and last rites, conducting prayer services, etc. In the case of Imam Mir, he undertook to enhance his credentials by joining the academic institution titled Imam Sadiq University from where he obtained a doctorate degree in Islamic Theology. I followed a very similar path in the sense that I obtained my seminary credentials from Qum and my academic credentials from McGill University in Montreal, Canada.

Moreover, having reviewed Dr. Mir's daily schedule and job duties, it is clear to me as a fellow minister having performed very similar duties, that his employment is full-time. A very large part of our duties as clerics are unpredictable (e.g. funerals, family crises, hospital visits) or irregularly scheduled (marriages, arduous schedules for special holiday services, once a year family or youth camps). As Dr. Mir is the sole cleric to a congregation of more than 200 families, there is no question that his position requires a full-time minister.

I am confident that in light of the new information on his file, you will be able to expeditiously process his immigration papers.

831 North Dartmouth Avenue • Claremont, California 91711-3963

Tel: 909. 621. 8085 • Fax: 909 607 9587 • E-mail: religion@cgu.edu

A MEMBER OF THE CLAREMONT COLLEGES

ΦΦ

If you have any questions or queries, please do not hesitate to contact me.

Best regards,

Sincerely yours,

$\mathcal{H}\cdot\mathcal{H}\cdot$ Mavani

Dr. Hamid Mavani
Assistant Professor
Claremont Graduate University
School of Religion
(909) 607-0488

# From the desk of:

Tahir Anwar
325 N. 3rd Street
San Jose, Ca. 95112 - USA
(408) 768-4661 - imamtahir@imamtahir.com

May 2, 2007

To Whom It May Concern:

This is to certify that I have known Dr. Nabi Raza Mir for many years. Dr. Mir is a qualified Imam, and a person with great moral character. He has been serving his community very well. The Shia Association of the Bay Area (SABA), is honored to have a great leader like him, and it would be very hard to replace such a person, who understands American values and preaches his congregation the same. The importance of integration, and respect, derived from faith values.

I would urge you to look into this matter and grant him the necessary paperwork to stay in the United States. Please feel free to contact me if you need any further assistance.



Tahir Anwar
- Imam & Director of Religious Services – South Bay Islamic Association, San Jose, California
- Teacher, Granada Islamic School, Santa Clara, California
- Human Rights Commissioner, City of San Jose



# IMAM MAHDI SEMINARY



USCIS
California Service Center,
Laguna Niguel, CA

Subject: Qualifications of Dr. Nabi Raza Mir as Resident Aalim and Islamic
Preacher/Pastor/Leader (Imam)

This is to certify that Dr. Nabi Raza Mir has all the qualifications required by Islamic law to be
Imam of any Islamic Center, lead congregational prayers, and offer religious services to Muslim
communities.

According to Islamic law, in order to be an Imam of a congregation, one needs to be expert in the
areas of Islamic philosophy, Quran (holly book), Hadith (sayings and life of prophet), Islamic
history, and Islamic Jurisprudence.

Having a Ph.D. degree in Islamic Studies from Tehran University and more than 15 years of
research and study in Islamic seminary of Qom in Iran including the most advanced level in
Islamic Theology and Jurisprudence, Dr. Nabi Raza Mir not only meets but surpasses all the
requirements of being Imam of any Islamic Center.

Should you have any questions or need more information, please feel free to contact me. A copy
of my curriculum vitae is attached.

Best Regards,

Sayyed Mohammad Reza Hejazi, Ph.D.
Founder and Director
Imam Mehdi Seminary



*In the Name of God, the Beneficent, the Merciful.*
# ISLAMIC EDUCATION CENTER
HUSAINI ASSOCIATION OF GREATER CHICAGO, INC.
2N121 GOODRICH AVENUE ❖ GLENDALE HEIGHTS ❖ IL 60139-3371
Phone/Answering: **(630) 469-5533** ❖ Fax: **(630) 469-5598**
Web Site: www.iechusaini.org

May 30, 2007

To whom it may concern:

I am a minister (also known as *Moulana, Aalim, or an Imam*) in the Shia Muslim faith for the congregation at Islamic Education Center, and also serve as a Chairman of the Board of Directors of Hadi of Excellence, a full-time not-for-profit Elementary School serving the Muslim community in greater Chicago aria .

I have heard about Dr. Mir's scholarly work and academic achievements in the past and had an opportunity to meet him in person three years ago while I was giving five part lectures in a Shi'a congregation in San Jose, California. I also heard his lecture at the SABA Center.

Although I am a U.S. citizen, I too, am originally from India where, in the small Shia Muslim community, Dr. Mir is well known and respected as an Islamic scholar and cleric. I am also acquainted with the seminaries Dr. Mir attended in our holy city of Qom, Iran. I know that as a result of his graduation from the Islamic Sciences Seminary in the Qom Seminary Complex, as well as a doctorate degree from the Imam-e-Sadiq Institute in Islamic Theology, Dr. Mir is fully acknowledged as a cleric authorized to perform ministerial duties such as religious marriage and divorces, initiation and last rites, conducting prayer services, etc.

I have taken the time to review Dr. Mir's daily schedule and job duties and, it is absolutely evident that his employment is full-time. Apart from the full workweek of duties at SABA, Inc., ministers like Dr. Mir and I must perform additional irregular duties, such as counseling, marriages, hospital visits, last rites for the dying, and perform funerals rites. There are periods of intensive services and sermons during the months of religious observances and special lectures for interfaith forums and Shia conferences, etc. that forms a large part of our duty. With a congregation as large as SABA Inc., a minister would have to work full-time in order to provide all the services needed by his congregants. Apart from the regular working hours any congregant in emergencies may call any time during the hours of day or night and converse on phone in religious and personal matters.

Sincerely,

Saiyed Mehboob Mehdi Abidi
Resident Aalim ( Religious Minister )

| 'Aalim: | Hajjatul Islam Syed Mohammad Zaki Al-Swij | | | | Resident Moulana: | Moulana Syed Mehboob Mehdi Abidi Al-Najafi |
|---|---|---|---|---|---|---|
| | Ph:781-564-5755 • Fax: 281-564-5857 • E-mail: Mswij@hotmail.com | | | | | Ph: 630-871-5064 • Fax: 630-784-1766 |
| Trustees: | Moulana Syed Mohammad Zaki Al-Swij | Syed Asad Ali Rizvi | | Asad A. Khan | Syed Moosi Raza Rizvi | Syed Ali Yousuf |
| | | 815-578-0284 | | 847-541-1119 | Off: 630-889-0764/Res. 916-6924 | 630-830-6587 |
| Board of | Syed Ali Yousuf | Syed A. Kazmi | | Asghar Ali Khan | | Syed Saqib Raza Rizvi |
| Directors: | Chairman | Publications/Comm. Relations | | Property Maintenance/Audiovisual | | Office Manager |
| | 630-830-6587 | 630-268-8719 | | 847-541-2808 | | 630-942-8281 |
| | Mirza Mehdi Ali Khan | Shabbir A. Lakhani | Syed Riaz Naqvi | Kumail Razvi | Sajjad H. Syed | Syed Sammar Abbas |
| | Finance/Treasurer | Youth/Secretary | Communication Technology | Programs | Library/Special Projects | Principal, IEC Sunday School |
| | 847-991-1080 | 630-964-7298 | 630-529-5223 | (630) 673-3146 | (630) 853-9838 | 630-351-4783 |

53



**Santa Clara University**

USCIS
California Service Center
Laguna Niguel, CA

February 22, 2007

Dear USCIS Staff:

At the request of SABA (the Shia Association of the Bay Area), I am writing to affirm that I have met Dr. Nabi Raza Mir (also known as Maulana Abedi) in his capacity as the imam or religious minister of SABA.

In my own capacity as an associate professor of religious studies at Santa Clara University, I have taken students on field trips to SABA to acquaint them with forms of Islamic worship. He and the other members of SABA's congregation have been generous in the welcome they have offered us on our visits. He has been kind enough to welcome my students and me on our visits, and I have heard him preach sermons at the SABA mosque as part of his responsibilities as imam. I also encountered him recently at the Imam Husain Peace Day gathering in downtown San Jose, where, in his capacity as a Muslim religious leader, he attended the occasion together with a number of other Muslim imams.

Sincerely,

David Pinault
Associate Professor of Religious Studies
Tel.: 408 554 6987

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name AKBER KAZMI Ph #: 408-896-6659

Signature _____ Name Vahid Hosseini Ph #: 408-234-5751

Signature _____ Name AHMED MIRZA Ph #: 510 499 2800

Signature _____ Name HASAN MIRZA Ph #: 408 396-9361

Signature _____ Name SYED ) ALI Ph #: 408-836-7013

Signature Mohammed K Name MOHAMMAD KAZE Ph #: 408-410-2176

Signature _____ Name Mohammed Ali Ph #: (415) 771-8110

Signature _____ Name ZISHAN RIZVI Ph #: 650-714-1769

Signature _____ Name Zair Kassamali Ph #: (510) 209-7961

Signature _____ Name Qurratu Ain Ph #: (408)-270-9622

Signature Ali Agla Name SYED A. RIZVI Ph #: 408-334-4363

Signature _____ Name AGHA Z. AHSAN Ph #: 650-852-0240

Signature _____ Name BAQAR S. Rizvi Ph #: (510) 797-1292

Signature _____ Name Mustafa Agha Name Mustafa Agha Ph #: (650) 494-3488

Signature _____ Name Agha Ismail Ahsan Ph #: (650) 493-2621

'55'

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name ASSAD MAHAN i Ph #: (408)978-6306

Signature _____ Name Seyed Hossein i Ph #: (408)591-7067

Signature _____ Name Mehdi Jahanbakh Ph #: 650-799-4588

Signature _____ Name Yaser A. Tajerzadeh Ph #: 408-3685428

Signature _____ Name ZAHID PATEL Ph #: 408 315 4762

Signature _____ Name Zaheer Sheikh Ph #: 408 5056368

Signature _____ Name Syed-A iM Zaid Ph #: 408 727 7225

Signature _____ Name Asad Hussain Ph #: 408 3662025

Signature _____ Name Ghulam Mohammed Ph #: 510 791 9292

Signature _____ Name MuTAHL Ali Ph #: 408 489 6933

Signature _____ Name HASSAN NAQVI Ph #: 503-449-3020

Signature _____ Name Syed A Rizvi Ph #: 916 984 4774

Signature _____ Name A. ILYAS AHSAN Ph #: 650-856-1948

Signature _____ Name S A MUKHARRAM Ph #: 690-8814

Signature _____ Name Abid Mirza Ph #: 408-946-8468

56

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____  Name Syed Fida Hyder Ph #: 408-993-1900

Signature _____  Name Ahsan J. Zaidi Ph #: 510-552-0917

Signature _____  Name Zulfiquar Ali Ph #: 489-765-974

Signature _____  Name SYED I. Zaidi Ph #: 510 490-1538

Signature _____  Name SOHAIL SYED Ph #: (408) 531-1477

Signature _____  Name SAYEED HUMAT Ph #: 408-203-2567

Signature _____  Name ALI HASAN Ph #: 408 224 492

Signature _____  Name PARVIZ PARVIZ Ph #: (408) 489-8595

Signature _____  Name Hadi MIRZA Ph #: 408-835-1327

Signature _____  Name KHURSHEED M Ph #: 468-629-5215

Signature _____  Name Mehdi MIRZA Ph #: 408-393-2519

Signature _____  Name Syed Babu Ph #: 408-836-7379

Signature _____  Name Saba Safari Ph # 408 356-3811

Signature _____  Name Mohamad Jhankal Ph #: 650-799-4587

Signature _____  Name FARSHAD HEMMAT Ph #: 858-472-7017

                            MOHAMMAD ALI MIR    408-205-2301

                            57

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

| Signature | Name | Ph #: |
|---|---|---|
| _Asb & Mirz_ | ASKER MIRZA | 408-864-326 |
| _Mij mil_ | MIRZA Au | 510-336-4161 |
| _AV_ | AL. MO HD | 922 999 1261 |
| _N. Abbas_ | Syed Abbas | 650-362-7812 |
| _L. Syed_ | HILAL SYED | 408-406-4774 |
| Syed Abbas | Syed M Abbas | 408-251-2161 |
| _(signature)_ | JAVAID SAKEI (411) | 753-8738 |
| _(signature)_ | Ali Mohamed | 408 929 2297 |
| _(signature)_ | Sayd Ghulambu | (650) 269-6375 |
| _(signature)_ | Mustafa Rizvi | (415) 442-7844 |
| _(signature)_ | HASHEM KHAN | 408-422-5382 |
| _(signature)_ | JAVAD GOCJI | 949-295-5727 |
| _(signature)_ | SHUJA YAZDI | 408-691-5392 |
| S. M. Yousuf Zaidi | S. M. YOUSUF ZAIDI | 408-365-1530 |
| _(signature)_ | MAHDI ALI GOOHAR | 510 316 9555 |

58

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name _ALI HASAN_ Ph #: _925-681-234)_

Signature _____ Name _____ Ph #: _____

Signature _____ Name _Mustafa Khan_ Ph #: _408-813-816 3_

Signature _____ Name _AO_ Ph #: _(510)651-2877_

Signature _____ Name _Nazeer H_ Ph #: _(650)-380-30i_

Signature _Nazu ffort_ Name _NAZAR HAIDER_ Ph #: _510-897-8177_

Signature _M. Mid boot_ Name _Ahed Baig_ Ph #: _(408)245-2127_

Signature _Agha of Ahsen_ Name _AGHA Y AHSAN_ Ph #: _650 917-6196_

Signature _____ Name _Sayed Abbas_ Ph #: _408-661-7210_

Signature _____ Name _SYED SHAFI RAZA_ Ph #: _650 557 5750_

Signature _____ Name _SYED AKHTAR_ Ph #: _510-6450649_

Signature _Ku ju_ Name _Syed Ku h_ Ph #: _415-786-3664_

Signature _____ Name _Agha I Ahsan_ Ph #: _650 424 8682_

Signature _____ Name _Fareed Himmat_ Ph #: _510 440 96 02_

Signature _____ Name _Syed Athr Rizvi_ Ph #: _916-984-4174_

59.

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name _Zan Ahsan_ Ph #: _____

Signature _____ Name _Syed_ Ph #: _408-252-2232_

Signature _____ Name _Humayon Syed_ Ph #: _650-856-6402_

Signature _____ Name _MIRZA M. KASIM_ Ph #: _510 383 1680_

Signature _____ Name _Mohd Abbas_ Ph #: _510-299-9641_

Signature _____ Name _Muhammad_ Ph #: _(510) 278-3004_

Signature _____ Name _Mohammad Abid_ Ph #: _925-988-9296_

Signature _____ Name _Ali Husen_ Ph #: _510-393-3041_

Signature _____ Name _Murteza_ Ph #: _408-563-4700_

Signature _____ Name _Omar Al Saif_ Ph #: _650-714-1585_

Signature _____ Name _Zahraldin Abed_ Ph #: _408-970-4766_

Signature _____ Name _Khan_ Ph #: _408-247-7320_

Signature _____ Name _ALI FAWAZ_ Ph #: _510 745 8785_

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

60

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

| Signature | Name | Ph #: |
|---|---|---|
| | Kulsoom Ahsan | (650) 380 - 3753 |
| | Noor Ahsan | (650) 424-8682 |
| | Kulsoom Mirza | |
| | Urooj Kazmi | 510 - 770 - 1668 |
| | Kaukab Ahsan | (650) 804-6720 |
| | Kausar Ahsan | (650) 424-8682 |
| | Saher Himmat | (510) 400-9602 |
| | Nuzhat R Naqvi | (510) 651-2877 |
| | Asma Rizvi | 650-494-1672 |
| | Shahnaaz Zavdi | 408-607-9282 |
| | Saher Zaidi | 408-607-9252 |
| | Samana Aziz | (408) 313-0607 |
| | | |
| | | |
| | | |

62 ?

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

| Signature | Name | Ph # |
|---|---|---|
| | _Rasti_ | (510) 714-1929 |
| | _Syed Riz_ | 650-893-0703 |
| | HUMA REHMI | 408-216-7876 |
| | AYLIA RIZVI | 510 573-3172 |
| | MARYAM YELDI | (408) 998-1934 |
| | ZEHRA ZAIDI | (408) 455.0592 |
| | TAHSEEN BAIG | (408) 245-2127 |
| | MAQBOOL ZAIDI | (408) 689-2239 |
| Naseema Banu | NASEEMA PATEL | 408-481-4769 |
| | ZEHRA BANO | 510-441-3068 |
| | Alia H. Rizvi | (650) 796-5835 |
| | Asia Hussain | 408 667-7825 |
| | Kaneez Khatija | 408-239-0289 |
| | Fatima Hasan | (408) 476-6792 |
| | Farhan Himmati | (510) 440-9602 |

62

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name SAYED H. ABBAS Ph #: 408-328-7865

Signature _____ Name Mehdi Hasan Ph #: 408-476-4332

Signature _____ Name Ihsan Hussain Khan Ph #: (408)813-0012

Signature _____ Name Mujtum Tan Ph #: 408-813-8196

Signature _____ Name SYED Z. ALI Ph #: 510-520-2101

Signature _____ Name Leila Entezari Ph #: 408-297-7899

Signature _____ Name Taha Raza hshamzadoo Ph #: 408-981-4033

Signature _____ Name Saabirah Rasul Ph #: (510) 573-3005

Signature _____ Name IQBAL HAIDER Ph #: (408) 423-8458

Signature _____ Name Shafia Mir Ph #: 408-379-5786

Signature _____ Name TURAB MAZHR Ph #: 90-617-4737

Signature _____ Name Syeda Abida Jafari Ph #: 408-379-5786

Signature _____ Name FATIMA MIR Ph #: 408-379-5786

Signature _____ Name Mohammad Kaz Ph #: 408-729-4557

Signature _____ Name AMIR KAZEMI Ph #: 410-991-9000

63

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name Parisa Chavoshi Ph #: 909-380-3493

Signature Kristina N. Keller Name Kristina Keller Ph #: 267-421-3594

Signature Sakeena Ahsan Name Sakeena Ahsan Ph #: 650 804-6717

Signature _____ Name Zanub Rizvi Ph #: 650-796-5835

Signature _____ Name Zoha Khalili Ph #: 909-263-8015

Signature _____ Name Farha Rizvi Ph #: 408 893 8096

Signature Huma Attari Name Huma Attari Ph #:_____

Signature Sabeen Ahsan Name Sabeen Ahsan Ph #: (650) 636-3326

Signature _____ Name _____ Ph #:_____

Signature _____ Name _____ Ph #:_____

Signature _____ Name _____ Ph #:_____

Signature _____ Name _____ Ph #:_____

Signature _____ Name _____ Ph #:_____

Signature _____ Name _____ Ph #:_____

Signature _____ Name _____ Ph #:_____

64

USCIS
California Service Center,
Laguna Niguel, CA

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _____ Name _____ Ph #: 650 - 941 - 8599

Signature _____ Name _____ Ph #: 408 - 423 - 8530

Signature _____ Name SAMANA KAssimALi Ph #: 510 - 299 - 1998

Signature _____ Name Shumaila Tajri Ph #: 510 - 651 - 452.

Signature _____ Name Tabassum Naqvi Ph #: 408 - 469 - 4206

Signature _____ Name ZAREEN Hasan Ph #: 408 - 738 - 3495.

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

Signature _____ Name _____ Ph #: _____

65.

USCIS
California Service Center,
Laguna Niguel, CA         Scholarship letter

February 15, 2007

Subject: Dr. Nabi Raza Mir, Maulana and Resident Scholar (religious minister) of Shia
Association of Bay Area Islamic Center (SABA)

We solemnly affirm that Dr. Mir has been providing services as a religious minister at
SABA since early-2002. We recognize and acknowledge his credentials/qualifications
that empower him to lead Islamic prayers and provide other religious service.

We need his services and would like him to continue to lead and serve this community as
he has been doing for the last five years.

Signature _Agha Nabi Khan_ Name _Agha Nabi Abbas_ Ph#: _714-826-7292_

Signature _____ Name _Zain Khan_ Ph#: _1810 770 1668_

Signature _____ Name _Nazia Hyder_ Ph#: _650-380-3392_

Signature _Samera Zaidi_ Name _Samera Zaidi_ Ph#: _(408) 386-6405_

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____

Signature _____ Name _____ Ph#: _____



SHIA ASSOCIATION OF BAY AREA, Inc.

4415 Fortran Court
San Jose, CA 95134
408-946-5700

A non-profit religious corporation
U.S. Federal EIN: 77-0050810
State of California Corp: 2080477

saba@saba-igc.org, www.saba-igc.org

### Bismillah-hir-Rehman-nir-Raheem
### In the name of Allah (God) the beneficent and merciful

## MINUTES OF THE BOARD OF DIRECTOR'S MEETING

The Board of Directors (BOD) of Shia Association of Bay Area, Inc. (SABA Inc.), a California non-profit religious corporation, hereby adopt the following resolutions by written consent and direct that this consent be filed with the meeting minutes of the proceedings of the Board of Directors.

### Permanent Residence Status for Dr. Nabi Raza Mir, Resident Aalim (Religious Minister) of Shia Association of Bay Area, Inc. (SABA Inc.)

RESOLVED to proceed with the filing of I-360 Petition for Special Immigrant and I-485 Application to Adjust Status for Dr. Nabi Raza Mir, Resident Aalim (Religious Minister) or Head Priest of Shia Association of Bay Area, Inc.

RESOLVED, that Mr. Vahid Hosseini (President) will have the full signature authority in this matter from SABA Inc.

RESOLVED, that Mr. Zaheer Zaidi of Elia Law Firm and Ms. Jill Stanton of Law Offices of Jill Stanton have been authorized to prepare the petition and represent SABA in any future litigation related to all immigration matters of Dr. Nabi Raza Mir.

IN WITNESS WHEREOF, this consent has been executed as of the date below.

Date: 04/14/2007

| Name of Director | Signature |
|---|---|
| 1. Vahid Hosseini | |
| 2. Fareed Himmati | |
| 3. Ali Abbas | |
| 4. Jawad Almamori | |
| 5. Syed Murtuza Rizvi | |
| 6. Shireen Mirza | |
| 7. Leila Entezari | |
| 8. Hossein Zeytoun | |

63

Dr. Mir
giving sermon
and Reading
prayers
at SABA
(10/24/06)



64