

# START HERE - Please type or print in black ink.

## Part 1. Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| MIR | Nabi | Raza |

Address - C/O

| Street Number and Name | Apt. # |
|---|---|
| 94 Southgate Ct. | |

City
San Jose

| State | Zip Code |
|---|---|
| California | 95138 |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth: India |
|---|---|
| 07/10/1970 | Country of Citizenship/Nationality: India |

| U.S. Social Security # | A # *(if any)* |
|---|---|
| -8875 | None |

| Date of Last Arrival *(mm/dd/yyyy)* | I-94 # |
|---|---|
| 02/20/2004 | 07185970011 |

| Current USCIS Status | Expires on *(mm/dd/yyyy)* 01/01/2007 |
|---|---|
| R-1 | |

## Part 2. Application Type. *(check one)*

I am applying for an adjustment to permanent resident status because:

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

### FOR USCIS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

[ ] Applicant Interviewed

**Section of Law**
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[ ] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other_____

**Country Chargeable**

**Eligibility Under Sec. 245**
[ ] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other _____

**Preference**

**Action Block**

| To Be Completed by *Attorney or Representative,* if any |
|---|
| [X] Fill in box if G-28 is attached to represent the applicant |
| VOLAG# |
| ATTY State License # 184749 |

Form I-485 (Rev. 10/26/05)Y

# Part 3. Processing Information

A. City/Town/Village of Birth
Alipur

Current Occupation
Resident Aalim [Religious Minister]

Your Mother's First Name
Sayed U Nissa

Your Father's First name
Nader

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Mir, Nabi Raza

Place of Last Entry Into the United States *(City/State)*
San Francisco          CA

In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

Were you inspected by a U.S. Immigration Officer?  [X] Yes  [ ] No

Religious Worker (R-1)

Nonimmigrant Visa Number
44936872

Consulate Where Visa Was Issued
Tokyo, Japan

Date Visa was Issued
*(mm/dd/yyyy)*     01/03/2002

Gender: [X] Male [ ] Female

Marital Status:    [X] Married [ ] Single [ ] Divorced [ ] Widowed

Have you ever before applied for permanent resident status in the U.S.?   [X] No   [ ] Yes  If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle | Date of Birth |
|---|---|---|---|
| Zahera | Syeda | Gulshan | *(mm/dd/yyyy)* 12/18/1970 |
| Country of Birth | Relationship | A | Applying with you? |
| India | Wife | # None | [X] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth |
| Mir | Ahmed | Raza | *(mm/dd/yyyy)* 04/29/1993 |
| Country of Birth | Relationship | A | Applying with you? |
| India | Son | # None | [X] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth |
| Mir | Ali | Raza | *(mm/dd/yyyy)* 10/14/1994 |
| Country of Birth | Relationship | A | Applying with you? |
| India | Son | # None | [X] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth |
| Mir | Abid | Raza | *(mm/dd/yyyy)* 08/23/2003 |
| Country of Birth | Relationship | A | Applying with you? |
| USA | Son | # None | [ ] Yes [X] No |
| Family Name | Given Name | Middle | Date of Birth |
| Mir | Abbas | Raza | *(mm/dd/yyyy)* 09/12/2005 |
| Country of Birth | Relationship | A | Applying with you? |
| USA | Son | # None | [ ] Yes [X] No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

Please answer the following questions. (If your answer is **"Yes"** on any one of these questions, explain on a separate piece of paper. Answering **"Yes"** does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States?  ☐ Yes  ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally?  ☐ Yes  ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the United States in:
   a. espionage?  ☐ Yes  ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes  ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or rescission proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the United States?  ☐ Yes  ☒ No

2

**Part 4.** **Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**YOUR REGISTRATION WITH THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES.** "I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with the U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested by USCIS and removed from the United States."

**SELECTIVE SERVICE REGISTRATION.** The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: "I understand that my filing this adjustment of status application with the U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**APPLICANT'S CERTIFICATION.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| *Signature* | *Print Your Name* Nabi Raza MIR | *Date* 04/25/07 | *Daytime Phone Number* 408 205-3055 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.** **Signature of person preparing form if other than above. (Sign Below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* Zaheer Zaidi | *Date* 04/25/07 | *Day time Phone Number* (408) 942-0320 |
| *Firm Name and Address* Elia Law Firm | | | *E-mail Address (if any)* |

4423 Fortran Ct., Suite 200A, San Jose, CA 95134

3



ಕರ್ನಾಟಕ ಸರ್ಕಾರ
## Government of Karnataka



ಜನನ ಮತ್ತು ಮರಣಗಳ ಮುಖ್ಯ ರಿಜಿಸ್ಟ್ರಾರರು
### Chief Registrar of Births and Deaths

ನಮೂನೆ ನಂ. 5
(8ನೇ ನಿಯಮ ನೋಡಿ)
### FORM NO. 5
(See Rule 8)

ಜನನ ಪ್ರಮಾಣ ಪತ್ರ
(12/17 ನೆಯ ಪ್ರಕರಣ ಮೇಲೆಗೆ ಕೊಡಲಾದ)

## BIRTH CERTIFICATE
(Issued under Section 12/17)



ಈ ಕೆಳಕಂಡ ವಿವರಣೆಯನ್ನು ಕರ್ನಾಟಕ ರಾಜ್ಯದ ............................................................ ಜಿಲ್ಲೆಯ

................................................ ತಾಲ್ಲೂಕಿನ ...............................................(ಗ್ರಾಮ/ಪಟ್ಟಣ)ದ

ರಿಜಿಸ್ಟರಿನಲ್ಲಿರುವ ಜನನ ಸಂಬಂಧವಾದ ಮೂಲ ದಾಖಲೆಯಿಂದ ತೆಗೆದುಕೊಳ್ಳಲಾಗಿದೆಯೆಂದು ಪ್ರಮಾಣೀಕರಿಸಲಾಗಿದೆ.

This is to certify that the following information has been taken from the original record of birth which is the register for ........... Alipur ..................... (village/town) of Gaauribidamur. taluk of ............... Kolar ............. District of Karnataka State.

1) ಹೆಸರು
   Name ..Mir Nabi Raza

2) ತಂದೆಯ ಹೆಸರು
   Name of Father ......Mir Nader Ali

3) ಲಿಂಗ
   Sex .....Male...........................

4) ತಾಯಿಯ ಹೆಸರು
   Name of Mother.....Sayedunissa

5) ಜನನವಾದ ತಾರೀಖು
   Date of Birth ....10 – 07 – 70

6) ನೋಂದಣೆ ಸಂಖ್ಯೆ
   Registration No .....20...................

7) ಜನನವಾದ ಸ್ಥಳ
   Place of Birth ...Alipur......

8) ನೋಂದಣೆ ತಾರೀಖು
   Date of Registration..28–07–70

ದಿನಾಂಕ : 30/5/2004
Date :

ಪ್ರಮಾಣ ಪತ್ರ ಕೊಡುವ ಪ್ರಾಧಿಕಾರಿಯ ಸಹಿ
Signature of Issuing Authority

ಮೊಹರು
Seal :

4

ಶಿಕ್ಷಣ ಇಲಾಖೆ – ಕರ್ನಾಟಕ ರಾಜ್ಯ

# ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ

ಪ್ರಾಥಮಿಕ / ಮಾಧ್ಯಮಿಕ / ಪ್ರೌಢಶಾಲಾ / ವಿವಿಧೋದ್ದೇಶ ಶಾಲೆಗಳಿಗಾಗಿ)

ಸಂಖ್ಯೆ... 65/03-04

| | | |
|---|---|---|
| ೧. | ಶಾಲೆಯ ಹೆಸರು | Govt. Urdu Higher Primary Boys Schoo **ALIPUR** Gauribidanur Taluk  Kolar Dist. 22/5/04 |
| ೨. | ಪ್ರವೇಶ ಸಂಖ್ಯೆ | 38/76-77 |
| ೩. | ಸಂಚಿತ ದಾಖಲೆ ಸಂಖ್ಯೆ | — |
| ೪. | ವಿದ್ಯಾರ್ಥಿಯ ಪೂರ್ಣ ಹೆಸರು | MIR NABI RAZA |
| ೫. | ಲಿಂಗ    Male | (ಎ) ರಾಷ್ಟ್ರೀಯತೆ Indian    (ಬಿ) ಧರ್ಮ Islam - Muslim |
| ೬. | ತಂದೆಯ ಹೆಸರು | MIR NADER ALI |

| | | | |
|---|---|---|---|
| ೭. | ವಿದ್ಯಾರ್ಥಿಯ ಪರಿಶಿಷ್ಟ ಜಾತಿ ಅಥವಾ ಪರಿಶಿಷ್ಟ ವರ್ಗಕ್ಕೆ ಸೇರಿದವನಾಗಿದ್ದಾನೆಯೇ ? — NO — | ೧೦. | ಮುಂದಿನ ತರಗತಿಗೆ ಉತ್ತೀರ್ಣಗೊಳಿಸಲು ಅರ್ಹನಾಗಿದ್ದಾನೆಯೇ ? Yes Qualified. |
| ೧೧. | ಜನ್ಮ ದಿನಾಂಕ (ಅಕ್ಷರಗಳಲ್ಲಿ ಮತ್ತು ಅಂಕಿಗಳಲ್ಲಿ) | | 10-07-1970. (Ten-Seven- Nineteen. Seventy ) |
| ೧೨. | ಶಾಲೆಯನ್ನು ಬಿಡುವಾಗ ವಿದ್ಯಾರ್ಥಿಯು ಓದುತ್ತಿದ್ದ ದರ್ಜೆ : ತರಗತಿ (ಅಕ್ಷರಗಳಲ್ಲಿ) | | VII Seventh Standard Pass |
| ೧೩. | ಪ್ರೌಢ ತರಗತಿಯಲ್ಲಿ ವಿದ್ಯಾರ್ಥಿಗಳ ವಿಷಯದಲ್ಲಿ (ಎ) ಅಧ್ಯಯನ ಮಾಡಿ ಭಾಷೆ (ಬಿ) ಅಧ್ಯಯನ ಮಾಡಿದ ವಿಷಯಗಳು | ೧೫. | ವಿದ್ಯಾರ್ಥಿ ವೇತನ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದ್ದು) — NO — |
| | | ೧೬. | ವೈದ್ಯಕೀಯ ಪರೀಕ್ಷೆ ಮಾಡಲಾಗಿದೆಯೇ ಇಲ್ಲವೇ — NO — |
| | | ೧೭. | ಶಾಲೆಗೆ ವಿದ್ಯಾರ್ಥಿಯು ಕಡೆಯ ಬಾರಿ ಹಾಜರಿದ್ದ ದಿನಾಂಕ |
| ೧೪. | ಬೋಧನಾ ಮಾಧ್ಯಮ Urdu | ೧೮. | ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರಕ್ಕಾಗಿ ಅರ್ಜಿಯನ್ನು ಸ್ವೀಕರಿಸಿದ ದಿನಾಂಕ 21-5-04 |
| ೧೫. | ಆ ವರ್ಗಕ್ಕೆ ಅಥವಾ ತರಗತಿಗೆ ಪ್ರವೇಶ ಪಡೆದ ಅಥವಾ ಬಡ್ತಿ ಪಡೆದ ದಿನಾಂಕ 10-6-1976 | ೧೯. | ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ ನೀಡಿಕೆ ದಿನಾಂಕ 22.5-04 |
| ೧೬. | ಶಾಲೆಗೆ ಬಾಕಿಯಿರುವ ಎಲ್ಲಾಶುಲ್ಕಗಳನ್ನು ವಿದ್ಯಾರ್ಥಿಯು ಪಾವತಿ ಮಾಡಿದ್ದಾನೆಯೇ ? — Yes | ೨೦. | ಶಾಲೆ ಬಿಟ್ಟ ದಿನಾಂಕದವರೆಗಿನ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ |
| | | ೨೧. | ವಿದ್ಯಾರ್ಥಿಯು ಹಾಜರಾಗಿದ್ದ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ |
| ೧೭. | ಶುಲ್ಕ ವಿನಾಯಿತಿ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದ್ದು) — NO — | ೨೨. | ಶೀಲ ಮತ್ತು ಚಾರಿತ್ರ್ಯ Good. |

HEAD MASTER
Govt. Urdu Higher Primary Boys Scho
**ALIPUR**
Gauribidanur Taluk Kolar Dist. 22/5/04.

ಸೂಚನೆ : ಪ್ರತಿಯೊಂದು ಅಥವಾ ಪಾಲಕರ ಕೋರಿಕೆಯ ಮೇಲೆ ಈ ಪ್ರಮಾಣ ಪತ್ರವನ್ನು ನೀಡಲಾಗುವುದು. ಮೂಲಾಖಕಕಾಗಿ ಒಂದನೆಯ ಕಾರಣದ ಮೇಲೆ ನಕಲು ಪ್ರತಿಗಳಿಗಾಗಿ ಕೋರಿಕೆಯನ್ನು ನೀಡಿದ ಸಂದರ್ಭದಲ್ಲಿ ಪ್ರೌಢ ಮಾಧ್ಯಮಿಕ ಮತ್ತು ವಿವಿಧೋದ್ದೇಶ ಶಾಲೆಗಳಲ್ಲಿ ರೂ. ಹಾಗೂ ಮಾಧ್ಯಮಿಕ ಮತ್ತು ಪ್ರಾಥಮಿಕ ಶಾಲೆಗಳಲ್ಲಿ 25 ಪೈ ಗಳನ್ನು ದಂಡವಾಗಿ ಸಂಗ್ರಹಿಸತಕ್ಕದ್ದು (ಪ್ರೌಢ ಶಿಕ್ಷಣ ನಿಯಮ ಸಂ. 39)

5

**Transfer Certificate**

| 1. | Name of the School | Govt. Urdu Higher Primary Boys School Alipur Gauribidanur Taluk, Kolar Dist. |
|---|---|---|
| 2. | Admission No. | 38 / 76 - 77 |
| 3. | CR Card No. | ---------------- |
| 4. | Name of the Pupil | **MIR NABI RAZA** |
| 5. | Sex                6. Nationality Male                Indian | 7.    Religion        Islam  Muslim |
| 8. | Name of the Father | MIR NADER ALI |
| 9. | Whether the candidate belongs to Schedule Caste / Schedule Tribe - No - | 10. Whether Qualified for promotion to Higher Standard - Yes Qualified - |
| 11. | Date of Birth [in figures and words] | 10-07-1970 [Ten – Seven- Nineteen Seventy] |
| 12. | Standard in which the Pupil was reading at the time of leaving the School. In words | VII th Seventh Standard Pass |
| 13. | In the case pupil of Higher Standard  a.   Languages Studied --------------  b.   Elective Studied     ------------ | 18.   Scholarship if any [Nature and Period to be specified]        - No -  19.   Whether Medically Examined or Not        - No -  20.   Date of pupil last attendance at the School  ---------------------- |
| 14. | Medium of Instruction Urdu | 21.   Date on which the application for the Transfer Certificate was issued        21-05-2004 |
| 15. | Date of Admission or Promotion to the Class  10-06-1976 | 22.   Date of issued Transfer Certificate  22-05-2004 |
| 16. | Whether the pupil had paid all the fees due to the School        - Yes - | 23.   No. of School days up to the date of leaving  ----------------------  24.   No. of School days the pupil attended  --------------------- |
| 17. | Fee concession if [Nature and Period to be specified]        - No - | 25.   Character and Conduct  G o o d |

Sd/-

HEAD   MASTER
GOVT. URDU HIGHER PRIMARY BOYS SCHOOL
ALIPUR – GAURIBIDANUR TALUK
KOLAR DIST

... that the above is a true translation and transcription of the original in Kannada and English languages and the same is translated by me.

ATTESTED

S. A. RAZA, B.sc., LL.B.,
ADVOCATE
180, K.B.A.R. Road,
Austin Town, Bangalore-47

N. NARAYANA SWAMY. B.A., LL.B.,
Advocate and Notary
No. 17 Srigandh...

NOTARY
Govt of
Karnataka
Reg No. 236

Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I129 |
|---|---|---|
| WAC-05-021-52820 | PETITION FOR A NONIMMIGRANT WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| November 1, 2004 | | SHIA ASSN OF BAY AREA |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 15, 2004 | 1 of 1 | MIR, NABI R. |

ZAHEER ZAIDI
ELIA LAW FIRM
RE: SHIA ASSN OF BAY AREA
510 N FIRST ST STE 216
SAN JOSE CA 95112

Notice Type: Approval Notice
Class: R1
Valid from 01/02/2005 to 01/01/2007

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her form I-94, Arrival-Departure Record. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # WAC-05-021-52820

I-94# 071859700 11

NAME MIR, NABI R.

CLASS R1

VALID FROM 01/02/2005 UNTIL 01/01/2007

PETITIONER: SHIA ASSN OF BAY AREA
2725 S WHITE RD
SAN JOSE CA 95148

**071859700 11**

Receipt Number WAC-05-021-52820
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner: SHIA ASSN OF

| 14. Family Name | |
|---|---|
| MIR | |
| 15. First (Given) Name | 16. Date of Birth |
| NABI | 07/10/1970 |
| 17. Country of Citizenship | |
| INDIA | |

17

Form I797A (Rev. 09/07/93)N



इन्हें एतद् द्वारा, भारत सरकार के राष्ट्रपति के नाम पर, उन सब से जिनका इससे संबंध हो, यह प्रार्थना एवं अनुरोध की जाती है कि धारक को बिना किसी रोक-टोक, आजादी से आने-जाने दें, और उसे हर तरह की रक्षा व सहायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो ।

THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA, THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE, AND TO AFFORD HIM OR HER EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत गणराज्य के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE
REPUBLIC OF INDIA



**VIJAYAN MACHINGAL**
Vice Consul
Consulate General of India
San Francisco (USA)

## भारत गणराज्य REPUBLIC OF INDIA

| राष्ट्रीय /Type | राष्ट्रीय कोड /Country Code | पासपोर्ट नं. /Passport No. |
|---|---|---|
| | IND | F 1613343 |

उपनाम /Surname
**MIR**

दिये गये नाम /Given Names
**NABI RAZA**

| राष्ट्रीयता /Nationality | लिंग /Sex | जन्मतिथि /Date of Birth |
|---|---|---|
| **INDIAN** | **MALE** | **10 JULY 1970** |

जन्म स्थान /Place of Birth
**ALIPUR — Karnataka.**

| जारी करने का स्थान /Date of Issue | समाप्ति की तिथि /Date of Expiry |
|---|---|
| **C.G.I. SANFRANCISCO, U.S.A.** | |
| **09 NOV 2005** | **08 NOV 2015** |

**FINAL.**

8

AIRPORT
BANGALORE
★ 1 3 FEB 2002 ★
003 DEP
IMMIGRATION
U.S. IMMIGRATION
SFR 3018
ADMITTED
MAR 2 9 2002
CLASS
ENTI

000 AFR
★ 2 9 JAN 2002
BANGALORE
AIRPORT
U.S. IMMIGRATION
130 SFR 3071
ADMITTED
C - 3 1 5 2002
CLASS
ENTI



FINSH 1314083

# UNITED STATES
## OF AMERICA
### VISA

Issuing Post Name
TOKYO

Control Number
20013331690001

Surname
MIR

Given Name
NABIRAZA

Visa Type /Class
R    R1

Passport Number
A8367129

Sex
M

Birth Date
10JUL1970

Nationality
IND

Entries
M

Issue Date
03JAN2002

Expiration Date
01JAN2005

0100

Annotation
SHIA ASSOCIATION OF BAY AREA
SAN JOSE CA
VISAS SIX  STATE 222312   JAN 02

44936872

VNJPNMIR<<NABIRAZA<<<<<<<<<<<<<<<<<<<<<<<<
A8367129<2IND7007101M0201036R11044692081720<

9

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-765, Application for
# Employment Authorization

**Do not write in this block.**

| Remarks | Action Block | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended *(Circle One)*  until _____ (Date).
_____ (Date).

Subject to the following conditions: _____

☐ Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☒ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☐ Renewal of my permission to accept employment *(attach previous employment authorization document).*

| 1. Name (Family Name in CAPS) (First) (Middle) | 11. Have you ever before applied for employment authorization from USCIS? |
|---|---|
| MIR, Nabi Raza | ☐ Yes (If yes, complete below) ☒ No |
| 2. Other Names Used (Include Maiden Name) | Which USCIS Office? Date(s) |
| Mir Nabi Raza Abedi | N/A |
| 3. Address in the United States (Number and Street) (Apt. Number) | Results (Granted or Denied - attach all documentation) |
| 94 Southgate Ct. | N/A |

| (Town or City) | (State/Country) | (ZIP Code) | 12. Date of Last Entry into the U.S. (mm/dd/yyyy) |
|---|---|---|---|
| San Jose, | California | 95138 | 02/20/2004 |

| 4. Country of Citizenship/Nationality | 13. Place of Last Entry into the U.S. |
|---|---|
| India | San Francisco, California |

| 5. Place of Birth (Town or City) | (State/Province) | (Country) | 14. Manner of Last Entry (Visitor, Student, etc.) |
|---|---|---|---|
| Alipur, | Karnataka, | India | Religious Minister (R-1) |

| 6. Date of Birth (mm/dd/yyyy) | 7. Gender | 15. Current Immigration Status (Visitor, Student, etc.) |
|---|---|---|
| 10/07/1970 | ☒ Male ☐ Female | Religious Minister (R-1)/ Adjustment Applicant |

| 8. Marital Status | ☒ Married ☐ Single | 16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
|---|---|---|
| | ☐ Widowed ☐ Divorced | |
| 9. Social Security Number (Include all numbers you have ever used) (if any) | | Eligibility under 8 CFR 274a.12 |
| 8875 | | |

| 10. Alien Registration Number (A-Number) or I-94 Number (if any) | |
|---|---|
| 07185970011 | ( C ) ( 9 ) ( ) |

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16.**

| Signature | Telephone Number | Date |
|---|---|---|
| *Mir Nabi* | (408) 205-3055 | 04/25/2007 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Attorney Zaheer Zaidi | 4423 Fortran Ct. Suite 200A San Jose, CA 95134 | | 04/25/2007 |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

/0

Department of Homeland Security
U.S. Citizenship and Immigration Services

**'85, Application to Register
Permane... Residence or Adjust Status**

| | |
|---|---|
| **START HERE - Please type or print in black ink.** | **FOR USCIS USE ONLY** |

## Part 1.   Information about you.

| Family Name<br>ZAHERA | Given Name<br>Syeda | Middle Name<br>Gulshan |
|---|---|---|

Address - C/O

Street Number
and Name    94 Southgate Ct.                          Apt.
                                                       #

City
San Jose

State
California

Zip Code
95138

| Date of Birth *(mm/dd/yyyy)*<br>12/18/1970 | Country of Birth:   India |
|---|---|
| | Country of Citizenship/Nationality: India |

U.S. Social Security #
9144

A # *(if any)*
None

Date of Last Arrival *(mm/dd/yyyy)*
02/27/2003

I-94 #
32683362310

Current USCIS Status
R-2

Expires on
*(mm/dd/yyyy)* 01/01/2007

**FOR USCIS USE ONLY**

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant
   Interviewed

## Part 2.   Application Type.   *(check one)*

**I am applying for an adjustment to permanent resident status because:**

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been
       approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or
       special immigrant military visa petition filed with this application that will give you an
       immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent
       residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry,
       or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval
       notice and the marriage certificate.)

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted
       asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the United States after January 1,
       1959, and thereafter have been physically present in the United States for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am
       residing with that person, and was admitted or paroled into the United States after January 1,
       1959, and thereafter have been physically present in the United States for at least one year.

g. ☐ I have continuously resided in the United States since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of
       paper.)

**I am already a permanent resident and am applying to have the date I was granted
permanent residence adjusted to the date I originally arrived in the United States as a
nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in
       (f), above.

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by**
*Attorney or Representative,* **if any**
☒ Fill in box if G-28 is attached to represent
   the applicant.
VOLAG#

ATTY State License #
184749

## Part 3. Processing Information

A. City/Town/Village of Birth
Alipur

Current Occupation
Housewife

Your Mother's First Name
Syeda

Your Father's First name
Syed

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Zahera, SyedaGulshan

Place of Last Entry Into the United States *(City/State)*
Houston                           TX

In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

Were you inspected by a U.S. Immigration Officer?    ☒ Yes    ☐ No

R2

Nonimmigrant Visa Number
49913512

Consulate Where Visa Was Issued
Chennai, India

Date Visa was Issued
*(mm/dd/yyyy)*     01/23/2003

Gender: ☐ Male ☒ Female

Marital Status:    ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.?    ☒ No    ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle | Date of Birth |
|---|---|---|---|
| Mir | Nabi | Raza | *(mm/dd/yyyy)* 10/07/1970 |
| Country of Birth India | Relationship Husband | A # None | Applying with you? ☒ Yes ☐ No |
| Family Name Mir | Given Name Ahmed | Middle Raza | Date of Birth *(mm/dd/yyyy)* 04/29/1993 |
| Country of Birth India | Relationship Son | A # None | Applying with you? ☒ Yes ☐ No |
| Family Name Mir | Given Name Ali | Middle Raza | Date of Birth *(mm/dd/yyyy)* 10/14/1994 |
| Country of Birth India | Relationship Son | A # None | Applying with you? ☒ Yes ☐ No |
| Family Name Mir | Given Name Abid | Middle Raza | Date of Birth *(mm/dd/yyyy)* 08/23/2003 |
| Country of Birth USA | Relationship Son | A # None | Applying with you? ☐ Yes ☒ No |
| Family Name Mir | Given Name Abbas | Middle Raza | Date of Birth *(mm/dd/yyyy)* 09/12/2005 |
| Country of Birth USA | Relationship Son | A # None | Applying with you? ☐ Yes ☒ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing Information. (Continued)

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or rescission proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**Part 4.**   **Signature.**   *(Read the information on penalties in the instructions before completing ... section. You must file this application while in the United States.)*

**YOUR REGISTRATION WITH THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES.** "I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with the U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested by USCIS and removed from the United States."

**SELECTIVE SERVICE REGISTRATION.** The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: "I understand that my filing this adjustment of status application with the U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**APPLICANT'S CERTIFICATION.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *سيده كلشن زهرا* | Syeda Gulshan ZAHERA | 04/25/07 | 408 281-9325 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.**   **Signature of person preparing form if other than above. (Sign Below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Day time Phone Number |
|---|---|---|---|
| | Zaheer Zaidi | 04/25/07 | (408) 942-0320 |

| Firm Name and Address | Elia Law Firm | | E-mail Address (if any) |
|---|---|---|---|

4423 Fortran Ct., Suite 200A San Jose CA 95134



ಕರ್ನಾಟಕ ಸರ್ಕಾರ
## Government of Karnataka

ಜನನ ಮತ್ತು ಮರಣಗಳ ಮುಖ್ಯ ರಿಜಿಸ್ಟ್ರಾರರು
### Chief Registrar of Births and Deaths

ನಮೂನೆ ನಂ. 5
(8ನೇ ನಿಯಮ ನೋಡಿ)
**FORM NO. 5**
(See Rule 8)

ಜನನ ಪ್ರಮಾಣ ಪತ್ರ
(12/17 ನೆಯ ಪ್ರಕರಣ ಮೇರೆಗೆ ಕೊಡಲಾದದ)

## BIRTH CERTIFICATE

(Issued under Section 12/17)



ಈ ಕೆಳಕಂಡ ವಿವರಣೆಯನ್ನು ಕರ್ನಾಟಕ ರಾಜ್ಯದ ...................................................... ಜಿಲ್ಲೆಯ

............................................... ತಾಲ್ಲೂಕಿನ ................................................(ಗ್ರಾಮ/ಪಟ್ಟಣ)ದ

ರಿಜಿಸ್ಟರಿನಲ್ಲಿರುವ ಜನನ ಸಂಬಂಧವಾದ ಮೂಲ ದಾಖಲೆಯಿಂದ ತೆಗೆದುಕೊಳ್ಳಲಾಗಿದೆಯೆಂದು ಪ್ರಮಾಣೀಕರಿಸಲಾಗಿದೆ.

This is to certify that the following information has been taken from the original record of birth which is the register for ........ *Alipuo* ......................... (village/town) of *Gowribidanur* taluk of ............... *kolar* ............ District of Karnataka State.

1) ಹೆಸರು
   Name *Syeda Gulshan zaheva*

2) ತಂದೆಯ ಹೆಸರು
   Name of Father *Syed Najmul Hulsson*

3) ಲಿಂಗ
   Sex ........ *Female*

4) ತಾಯಿಯ ಹೆಸರು
   Name of Mother *Syeda Shamsa Begum*

5) ಜನನವಾದ ತಾರೀಖು
   Date of Birth ........ *18-12-70*

6) ನೋಂದಣೆ ಸಂಖ್ಯೆ
   Registration No .........................................

7) ಜನನವಾದ ಸ್ಥಳ
   Place of Birth ..... *Alipuo*

8) ನೋಂದಣೆ ತಾರೀಖು
   Date of Registration.... *30-12-70*

ದಿನಾಂಕ : *30/5/2004*
Date :

ಪ್ರಮಾಣ ಪತ್ರ ಕೊಡುವ ಪ್ರಾಧಿಕಾರಿಯ ಸಹಿ
Signature of Issuing Authority

ಮೊಹರು :
Seal :

ಮುದ್ರಕರು: ನಿರ್ದೇಶಕರು, ಮುದ್ರಣ, ಲೇಖನ ಸಾಮಗ್ರಿ ಮತ್ತು ಪ್ರಕಟಣೆಗಳು, ಸರ್ಕಾರ. ತುಮಕೂರು. ಕಾಸೂ. 33 - 15,80,000 ಪ್ರತಿಗಳು ದಿ: 9-10-2003.

ಶಿಕ್ಷಣ ಇಲಾಖೆ – ಕರ್ನಾಟಕ ರಾಜ್ಯ
## ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ
ಪ್ರಾಥಮಿಕ / ಮಾಧ್ಯಮಿಕ / ಪ್ರೌಢಶಾಲಾ / ಎಡ್ಯೋದ್ದೇಶ ಶಾಲೆಗಾಗಿ)     ಸಂಖ್ಯೆ: 66/03-04

|  |  |  |
|---|---|---|
| ೧. | ಶಾಲೆಯ ಹೆಸರು | **Govt. Urdu Higher Primary Boys Schoo**  **ALIPUR**  **Gaulbidanur Taluk    Kolar Dist.** 22/5/04 |
| ೨. | ಪ್ರವೇಶ ಸಂಖ್ಯೆ | 59/76-77 |
| ೩. | ಸಂಚಿತ ದಾಖಲೆ ಸಂಖ್ಯೆ | — |
| ೪. | ವಿದ್ಯಾರ್ಥಿಯ ಪೂರ್ಣ ಹೆಸರು | SYEDA GULSHAN ZAHERA |
| ೫. | ಲಿಂಗ | Female     (೬) ರಾಷ್ಟ್ರೀಯತೆ Indian     (೭) ಧರ್ಮ Islam – Muslim |
| ೮. | ತಂದೆಯ ಹೆಸರು | SYED NAJMUL HUSSAN |

| ೯. | ವಿದ್ಯಾರ್ಥಿಯು ಪರಿಶಿಷ್ಟ ಜಾತಿ ಅಥವಾ ಪರಿಶಿಷ್ಟ ವರ್ಗಕ್ಕೆ ಸೇರಿದವನಾಗಿದ್ದಾನೆಯೆ ? — No — | ೧೦. ಮುಂದಿನ ತರಗತಿಗೆ ಉತ್ತೀರ್ಣಗೊಳಿಸಲು ಅರ್ಹನಾಗಿದ್ದಾನೆಯೆ ? Not Qualified |
|---|---|---|
| ೧೧. | ಜನ್ಮ ದಿನಾಂಕ (ಅಕ್ಷರಗಳಲ್ಲಿ ಮತ್ತು ಅಂಕಗಳಲ್ಲಿ) | 18-12-1970. (Eighteen - Twelve Nineteen Seventy) |
| ೧೨. | ಶಾಲೆಯನ್ನು ಬಿಡುವಾಗ ವಿದ್ಯಾರ್ಥಿಯು ಓದುತ್ತಿದ್ದ ದರ್ಜೆ : ತರಗತಿ (ಅಕ್ಷರಗಳಲ್ಲಿ) | VII Seventh Standard |

| ೧೩. | ಪ್ರೌಢ ತರಗತಿಯಲ್ಲಿ ವಿದ್ಯಾರ್ಥಿಗಳ ವಿಷಯದಲ್ಲಿ | ೧೭. ವಿದ್ಯಾರ್ಥಿ ವೇತನ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದು) — No |
|---|---|---|
|  | (ಎ) ಅಧ್ಯಯನ ಮಾಡಿದ ಭಾಷೆ | ೧೮. ವೈದ್ಯಕೀಯ ಪರೀಕ್ಷೆ ಮಾಡಲಾಗಿದೆಯೆ ಇಲ್ಲವೆ — No |
|  | (ಬಿ) ಅಧ್ಯಯನ ಮಾಡಿದ ಐಚ್ಛಿಕ ವಿಷಯಗಳ | ೧೯. ಶಾಲೆಗೆ ವಿದ್ಯಾರ್ಥಿಯು ಕಡೆಯ ಬಾರಿ ಹಾಜರಿದ್ದ ದಿನಾಂಕ |
| ೧೪. | ಬೋಧನಾ ಮಾಧ್ಯಮ  Urdu | ೨೦. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರಕ್ಕಾಗಿ ಅರ್ಜಿಯನ್ನು ಸ್ವೀಕರಿಸಿದ ದಿನಾಂಕ 21-5-04 |
| ೧೫. | ಆ ವರ್ಗಕ್ಕೆ ಅಥವಾ ತರಗತಿಗೆ ಪ್ರವೇಶ ಪಡೆದ ಅಥವಾ ಬಡ್ತಿ ಪಡೆದ ದಿನಾಂಕ 10-6-1976 | ೨೧. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ ನೀಡಿಕೆ ದಿನಾಂಕ 22-5-04 |
| ೧೬. | ಶಾಲೆಗೆ ಬಾಕಿಯಿರುವ ಎಲ್ಲಾ ಶುಲ್ಕಗಳನ್ನು ವಿದ್ಯಾರ್ಥಿಯು ಪಾವತಿ ಮಾಡಿದ್ದಾನೆಯೆ ? — Yes — | ೨೨. ಶಾಲೆ ಬಿಟ್ಟ ದಿನಾಂಕದವರೆಗಿನ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ |
| ೧೭. | ಶುಲ್ಕ ವಿನಾಯಿತಿ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದು) — No — | ೨೩. ವಿದ್ಯಾರ್ಥಿಯು ಹಾಜರಾಗಿದ್ದ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ |
|  |  | ೨೪. ಶೀಲ ಮತ್ತು ಚಾರಿತ್ರ್ಯ Good |

**HEAD MASTER**
Govt. Urdu Higher Primary Boys Schoo                          22/5/04

ಸೂಚನೆ : ತಂದೆ ತಾಯಿಗಳ ಅಥವಾ ಪಾಲಕರ ಕೋರಿಕೆಯ ಮೇಲೆ ಈ ಪ್ರಮಾಣ ಪತ್ರವನ್ನು ಸಲ್ಲಿಸಿದ ಸಂದರ್ಭದಲ್ಲಿ ಪ್ರ........

TC No. 66/03-04    22.5.2004

| 1. | Name of the School | Govt. Urdu Higher Primary Boys School Alipur Gauribidanur Taluk, Kolar Dist. | | |
|---|---|---|---|---|
| 2. | Admission No. | 59 / 76 - 77 | | |
| 3. | C R Card No. | ----------------- | | |
| 4. | Name of the Pupil | **SYED GULSHAN ZAHERA** | | |
| 5. | Sex                    6. Nationality<br>Female                      Indian | 7.      Religion<br>Islam    Muslim | | |
| 8. | Name of the Father | SYED NAJMUL HUSSAN | | |
| 9. | Whether the candidate belongs to Schedule Caste / Schedule Tribe<br>- No - | 10. Whether Qualified for promotion to Higher Standard<br>- Not Qualified - | | |
| 11. | Date of Birth [in figures and words] | 18-12-1970 [Eighteen- Twelve- Nineteen Seventy] | | |
| 12. | Standard in which the Pupil was reading at the time of leaving the School. In words | VII th Seventh Standard | | |
| 13. | In the case pupil of Higher Standard<br><br>a.  Languages Studied -------------<br><br>b.  Elective Studied    ------------- | 18.    Scholarship if any [Nature and Period to be specified]       - No - | | |
| | | 19.    Whether Medically Examined or Not<br>- No - | | |
| | | 20.    Date of pupil last attendance at the School<br>----------------------- | | |
| 14. | Medium of Instruction<br>Urdu | 21.    Date on which the application for the Transfer Certificate was issued          21-05-2004 | | |
| 15. | Date of Admission or Promotion to the Class<br>10-06-1976 | 22.    Date of issued Transfer Certificate<br>22-05-2004 | | |
| 16. | Whether the pupil had paid all the fees due to the School<br>- Yes - | 23.    No. of School days up to the date of leaving<br>--------------------- | | |
| | | 24.    No. of School days the pupil attended<br>--------------------- | | |
| 17. | Fee concession if [Nature and Period to be specified]        - No - | 25.    Character and Conduct<br>G o o d | | |

Sd/-

HEAD  MASTER
GOVT. URDU HIGHER PRIMARY BOYS SCHOOL
ALIPUR – GAURIBIDANUR TALUK
KOLAR DIST.

Certified that the above is a true translation and transcription of the original in Kannada and English languages and the same is translated by me. ATTESTED

S. A. RAZA B.Sc., LL.B.,
ADVOCATE

N. NARAYANA SWAMY. B.A. LL.B.

ಕರ್ನಾಟಕ ಸರ್ಕಾರ

**Government of Karnataka**

ಜನನ ಮತ್ತು ಮರಣಗಳ ಮುಖ್ಯ ರಿಜಿಸ್ಟ್ರಾರರು

Chief Registrar of Birth and Deaths

083593



ನಮೂನೆ ನಂ. 5

(8 ನೇ ನಿಯಮ ನೋಡಿ)

FORM No. 5

(See Rule 8)

ಜನನ ಪ್ರಮಾಣ ಪತ್ರ

(12/17 ನೆಯ ಪ್ರಕರಣ ಮೇರೆಗೆ ಕೊಡಲಾದ)

**BIRTH CERTIFICATE**

(Issued Under Section 12/17)

ಈ ಕೆಳಕಂಡ ವಿವರಣೆಯನ್ನು ಕರ್ನಾಟಕ ರಾಜ್ಯದ .............................ಜಿಲ್ಲೆಯ

..................................... ತಾಲ್ಲೂಕಿನ ....................................(ಗ್ರಾಮ/ಪಟ್ಟಣ)

ರಿಜಿಸ್ಟರಿನಲ್ಲಿರುವ ಜನನ ಸಂಬಂಧವಾದ ಮೂಲ ದಾಖಲೆಯಿಂದ ತೆಗೆದುಕೊಳ್ಳಲಾಗಿದೆಯೆಂದು ಪ್ರಮಾಣೀಕರಿಸಲಾಗಿದೆ.

This is to certify that the following information has been taken from the original record of birth which is the register for ...Alipura... (village/town) of ...Gowribidanuru Taluk of ...Kolar.........district of Karnataka State.

(1) ಹೆಸರು
Name .Dharmed. Raja . M.

(2) ತಂದೆಯ ಹೆಸರು
Name of Father M.ra. Nabi Raja

(3) ಲಿಂಗ
Sex ...Male...

(4) ತಾಯಿಯ ಹೆಸರು
Name of mother Syeda Gulshan Zeh

(5) ಜನನವಾದ ತಾರೀಖು
Date of Birth .29-04-93

(6) ನೋಂದಣಿ ಸಂಖ್ಯೆ
Registration No. .......35|.93......

(7) ಜನನವಾದ ಸ್ಥಳ
Place of Birth .Alipura

(8) ನೋಂದಣಿ ತಾರೀಖು
Date of Registration ..29-04-93

ದಿನಾಂಕ : 21|5|02
Date:

ಪ್ರಮಾಣ ಪತ್ರ ಕೊಡುವ ಪ್ರಾಧಿಕಾರಿಯ ಸಹಿ
Signature of Issuing Authority

ಮೊಹರು :
Seal :

# Anjuman-E-Jafariya

Alipur - 561224, Gowribidnur Tq.
Kolar District,
Karnataka State
South India

ಅಂಜುಮನೇ ಜಾಫರಿಯ
ಅಲಿಪೂರ್ – 561224
ತಾ–ಗೌರಿಬಿದನೂರು
ಜಿಲ್ಲಾ–ಕೋಲಾರ
ಕರ್ನಾಟಕ–ದಕ್ಷಿಣ ಭಾರತ

Telephone : 08155 ( Code ) Local - 958155-89099

Ref. No.
Date

27-04-2002
Date:......................

## MARRIAGE CERTIFICATE

| | |
|---|---|
| Page No. | :335 |
| Date Of Nikah | :12Th December 1991. |
| Place | :Alipur-561224.<br>Kolar (Dist.), Karnataka, India. |
| Name Of The Bride Groom | :MIR NABI RAZA.<br>S/o MIR NADER ALI, ALIPUR. |
| Age And Signature Of Bride Groom | :22 Years. |
| Name Of Bride | :SYEDA GULSHAN ZEHRA.<br>D/o SYED NAJMUL HASSAN. |
| Age And Signature Of Bride | :21 Years. |
| Name Of Vakeel (From Groom) | :Moulana Syed Abbas Hussain.<br>Imam-E-Jumma-O-Jamath, Alipur. |
| Name Of Vakeel (From Bride) | :Syed Karrer Hussain. |
| Witness Of Marriage Ceremony | :1) Mir Sharik Ali.<br>S/o Mir Moheeb Hussain, Alipur.<br><br>2)Mir Ahmed Abbas.<br>S/o Mir Muktar Hussain, Alipur. |

SECRETARY
Anjuman-e–Jaffaria
Alipur–561224

President
Anjuman-e–Jafaria
ALIPUR-561 224

| President | Vice President | Secretary | Treasurer |
|---|---|---|---|
| Mir Iqbal Hussain | Mir Mohammed Raza | Mir Baker Ali | Syed Nabi |

# Anjuman-E-Jafariya

Alipur - 561224, Gowribidnur Tq.
Kolar District,
Karnataka State,
South India

ಅಂಜುಮನೇ ಜಾಫರಿಯ

ಅಲಿಫೂರ್ – 561224
ತಾ–ಗೌರಿಬಿದನೂರು
ಜಿಲ್ಲಾ–ಕೋಲಾರ
ಕರ್ನಾಟಕ–ದಕ್ಷಿಣ ಭಾರತ

Telephone : 08155 ( Code ) Local - 958155-89099

Ref. :-

Date: 19.06.02

THIS IS TO CERTIFY THAT as per the Register of Marriages
( Nikah)  maintained at our office the Nikah (Marriage) of
MIR NABI RAZA with SYEDA GULSHAN ZEHRA was performed as per
Shia rites on 12-12-1991 at Alipur.

The marriage is still in effect and two xx issues
(sons) are reportedly born from the wedlock.

MIR Baker Ali

SECRETARY
Anjuman-e-Jaffaria
Alipur-561224

इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सब से जिनका
इस बात से संबंधा हो, यह प्रार्थना एवं अपेक्षा की जाती है कि वे बाधक-तो बिना रोक-टोक,
आजादी से आने-जाने दें, और उसे हर तरह की ऐसी सहायता और सुरक्षा प्रदान करें
जिसकी उसे आवश्यकता हो ।

THERE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE
PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY
CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR
HINDRANCE, AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND
PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत सरकार के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE
REPUBLIC OF INDIA

एम. एस. विजयलक्ष्मी अम्म
M.S. VIJAYALAKSHMI-AMMA
प्रति पारपत्र अधिकारी, बैंगलूर.
For Passport Officer, Bangalore



---

## भारत गणराज्य REPUBLIC OF INDIA



| वर्गीं /Type | वर्गींन राष्ट्र /Country Code | पासपोर्ट सं. /Passport No. |
|---|---|---|
| | IND | E 1462915 |

उपनाम /Surname
SYEDA GULSHAN ZAHERA.
दिया गया नाम /Given Names

| राष्ट्रीयता /Nationality | लिंग /Sex | जन्मतिथि /Date of Birth |
|---|---|---|
| INDIAN | FEMALE | 18/12/1970 |

जन्म स्थान /Place of Birth
AJIPUR / KARNATAKA.

जारी करने का स्थान /Place of Issue
BANGALORE

| जारी करने की तिथि /Date of Issue | समाप्ति की तिथि /Date of Expiry |
|---|---|
| 14/3/2002 | 13/3/2012 |





U.S. IMMIGRATION (CBP)
380    IHOU
ADMITTED
FEB 27 2003
CLASS
UNTIL

**UNITED STATES OF AMERICA**    VISA

Issuing Post Name
CHENNAI (MADRAS)

Control Number
20030239290001

Surname
ZAHERA

Given Name
SYEDA GULSHAN

Visa Type/Class
R    R2

Passport Number
E1462915

Sex
F

Birth Date
18DEC1970

Nationality
IND

Entries
M

Issue Date
23JAN2003

Expiration Date
01JAN2005

1001

Annotation
SHIA ASSOCIATION OF BAY AREA
SANJOSE CA
PA: MIR NABIRAZA

49913512

VNINDZAHERA<<SYEDA<GULSHAN<<<<<<<<<<<<<<<<<<<
E1462915<4IND7012185F0301235R2402C593B352112

**US Consulate General, Chennai**
**Application Received**
**2 3 MAY 2002**

## REGISTRATION

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGIS-
TER THEMSELVES AT THE NEAREST INDIAN MISSION / POST.

## CAUTION

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF
INDIA. ANY COMMUNICATION RECEIVED BY HOLDER FROM THE
PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING
DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IM-
MEDIATELY.

PASSHOLDER SHOULD NOT BE MADE OUT OF ANY COUNTRY BY POST.
IT SHOULD NOT, IN ANY CASE, CONVEY EITHER OF THE HOLDER OR OF
A PERSON AUTHORISED BY THE HOLDER, IT MUST NOT BE ALTE-
RED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF PASSPORTS SHOULD BE ISSUE
DIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN
INDIA, OR (IF THE HOLDER IS ABROAD.) TO THE NEAREST INDIAN
MISSION AND TO THE LOCAL POLICE, ONLY AFTER EXHAUSTIVE
ENQUIRIES SHALL A REPLACEMENT PASSPORT BE ISSUED.

पिता एवं न्याय/कानूनी अभिभावक /Name of Father/Legal Guardian

$8457$  NAJMUL  HASSAN.

माता का नाम /Name of Mother

SYEDA  SHAMSAD BEGUM

पति या पत्नी का नाम /Name of Spouse

M/R  NAB/  RAZA.

पता /Address

I.K.  ROAD.  ALIPUR.

KOLAR  DIST.  561224

पुराने पासपोर्ट का नं. और इसके जारी होने का समय एवं स्थिति /Old Passport No. with date and Place of Issue

$A 3193605/$  $69 - 98/$  TEHRAN.

फाइल नं./File No.

$F/43/(07)$

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-765, Application for Employment Authorization

**Do not write in this block.**

| Remarks | Action Block | Fee Stamp |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 _____ | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)* until _____ (Date).
_____ (Date).

Subject to the following conditions: _____

☐ Application Denied.
☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☒ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☐ Renewal of my permission to accept employment *(attach previous employment authorization document)*.

| 1. Name (Family Name in CAPS) (First) (Middle) | 11. Have you ever before applied for employment authorization from USCIS? |
|---|---|
| ZAHERA, Syeda Gulshan | ☐ Yes (If yes, complete below)    ☒ No |
| 2. Other Names Used (Include Maiden Name) | Which USCIS Office?    Date(s) |
| Zehra | N/A |
| 3. Address in the United States (Number and Street) (Apt. Number) | Results (Granted or Denied - attach all documentation) |
| 94 Southgate Ct. | N/A |
| (Town or City) (State/Country) (ZIP Code) | 12. Date of Last Entry into the U.S. (mm/dd/yyyy) |
| San Jose, California 95138 | 02/27/2003 |
| 4. Country of Citizenship/Nationality | 13. Place of Last Entry into the U.S. |
| India | Houston, Texas |
| 5. Place of Birth (Town or City) (State/Province) (Country) | 14. Manner of Last Entry (Visitor, Student, etc.) |
| Alipur, India | R2 (Dependent of R1) |
| 6. Date of Birth (mm/dd/yyyy)    7. Gender | 15. Current Immigration Status (Visitor, Student, etc.) |
| 12/18/1970    ☐ Male ☒ Female | R2 (Dependent of R1) |
| 8. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced | 16. Go to Part 2 of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| 9. Social Security Number (Include all numbers you have ever used) (if any)    -9144 | Eligibility under 8 CFR 274a.12 |
| 10. Alien Registration Number (A-Number) or I-94 Number (if any)    32683362310 | ( C )  ( 9 )  (    ) |

**Certification.**

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16.**

| Signature | Telephone Number | Date |
|---|---|---|
| *O. P. Jilboru* | (408) 281-9325 | 04/25/2007 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Zaheer Zaidi | 4423 Fortran Ct. Suite 200A San Jose, CA 95134 | | 04/25/2007 |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 02/08/07)N

## START HERE - Please type or print in black ink.

### Part 1. Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| MIR | Ahmed | Raza |

Address - C/O

| Street Number and Name | Apt. # |
|---|---|
| 94 Southgate Ct. | |

City
San Jose

| State | Zip Code |
|---|---|
| California | 95138 |

| Date of Birth *(mm/dd/yyyy)* | Country of Birth: India |
|---|---|
| 04/29/1993 | Country of Citizenship/Nationality: India |

| U.S. Social Security # | A # *(if any)* |
|---|---|
| -9107 | None |

| Date of Last Arrival *(mm/dd/yyyy)* | I-94 # |
|---|---|
| 02/20/2004 | 07185971011 |

| Current USCIS Status | Expires on |
|---|---|
| R2 | *(mm/dd/yyyy)* 01/01/2007 |

### Part 2. Application Type. *(check one)*

**I am applying for an adjustment to permanent resident status because:**

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** *(Check one)*

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR USCIS USE ONLY**

| Returned | Receipt |
|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

[ ] Applicant Interviewed

**Section of Law**
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[ ] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other

**Country Chargeable**

**Eligibility Under Sec. 245**
[ ] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other

**Preference**

**Action Block**

**To Be Completed by**
*Attorney or Representative, if any*
[X] Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #
184749

Form I-485 (Rev. 10/26/05)Y

## Part 3. Processing Information

**A. City/Town/Village of Birth**
Alipur

**Current Occupation**
Student

**Your Mother's First Name**
Syeda

**Your Father's First name**
Nabi

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Mir, AhmedRaza

**Place of Last Entry Into the United States** *(City/State)*
San Francisco    CA

**In what status did you last enter?** *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

Were you inspected by a U.S. Immigration Officer?    [X] Yes    [ ] No

R2

**Nonimmigrant Visa Number**
49913513

**Consulate Where Visa Was Issued**
Chennai, Madras, India

**Date Visa was Issued** *(mm/dd/yyyy)*    01/23/2003

Gender: [X] Male [ ] Female

Marital Status:    [ ] Married [X] Single [ ] Divorced [ ] Widowed

Have you ever before applied for permanent resident status in the U.S.?    [X] No    [ ] Yes If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper.

| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| None | | | |
| **Country of Birth** | **Relationship** | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| **Country of Birth** | **Relationship** | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| **Country of Birth** | **Relationship** | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| **Country of Birth** | **Relationship** | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| **Country of Birth** | **Relationship** | A # | Applying with you? [ ] Yes [ ] No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing Information. (Continued)

Please answer the following questions. (If your answer is **"Yes"** on any one of these questions, explain on a separate piece of paper. Answering **"Yes"** does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or rescission proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**Part 4.** **Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**YOUR REGISTRATION WITH THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES.** "I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with the U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested by USCIS and removed from the United States."

**SELECTIVE SERVICE REGISTRATION.** The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: "I understand that my filing this adjustment of status application with the U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**APPLICANT'S CERTIFICATION.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | Ahmed Raza Mir | 04/25/07 | (408) 205-3055 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

## Part 5.    Signature of person preparing form if other than above.  (Sign Below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* | *Date* | *Day time Phone Number* |
|---|---|---|---|
| | Zaheer Zaidi | 04/25/07 | (408) 942-0320 |

*Firm Name and Address*    Elia Law Firm

4423 Fortran Ct.. Suite 200A San Jose CA 95134

*E-mail Address (if any)*

ಕರ್ನಾಟಕ ಸರ್ಕಾರ
Government of Karnataka
ಜನನ ಮತ್ತು ಮರಣಗಳ ಮುಖ್ಯ ರಿಜಿಸ್ಟ್ರಾರು
Chief Registrar of Birth and Deaths

083593



ನಮೂನೆ ನಂ. 5
(8 ನೇ ನಿಯಮ ನೋಡಿ)
FORM No. 5
(See Rule 8)
ಜನನ ಪ್ರಮಾಣ ಪತ್ರ
(12/17 ನೆಯ ಪ್ರಕರಣ ಮೇರೆಗೆ ಕೊಡಲಾದ)
BIRTH CERTIFICATE
(Issued Under Section 12/17)

ಈ        ಕೆಳಕಂಡ       ವಿವರಣೆಯನ್ನು       ಕರ್ನಾಟಕ       ರಾಜ್ಯದ  ...............................ಜಿಲ್ಲೆಯ

........................................ ತಾಲ್ಲೂಕ್ಕಿನ   .....................................(ಗ್ರಾಮ/ಪಟ್ಟಣ)

ರಿಜಿಸ್ಟರಿನಲ್ಲಿರುವ ಜನನ ಸಂಬಂಧವಾದ ಮೂಲ ದಾಖಲೆಯಿಂದ ತೆಗೆದುಕೊಳ್ಳಲಾಗಿದೆಯೆಂದು ಪ್ರಮಾಣೀಕರಿಸಲಾಗಿದೆ.

This is to certify that the following information has been taken from the
original record of birth which is the register for ...Alipura...... (village/town) of
...Gowribidanurtaluk of ......Kolara.........district of Karnataka State.

(1) ಹೆಸರು
Name .Ahamed..Raya .M.

(2) ತಂದೆಯ ಹೆಸರು
Name of Father Mrs. Nabi Raya

(3) ಲಿಂಗ
Sex ...Male...............

(4) ತಾಯಿಯ ಹೆಸರು
Name of Mother .Syeda Gulshan Zehra.

(5) ಜನನವಾದ ತಾರೀಖು
Date of Birth .29-04-93

(6) ನೋಂದಣೆ ಸಂಖ್ಯೆ
Registration No. .......35| 93.....

(7) ಜನನವಾದ ಸ್ಥಳ
Place of Birth ..Alipura

(8) ನೋಂದಣೆ ತಾರೀಖು
Date of Registration ..29-04-93

ದಿನಾಂಕ : 2|5|02
Date:

ಪ್ರಮಾಣ ಪತ್ರ ಕೊಡುವ ಪ್ರಾಧಿಕಾರಿಯ ಸಹಿ
Signature of Issuing Authority

ಮೊಹರು :
Seal    :

Translation from Kannada to English :-

No.1/2002-03

## EDUCATIONAL DEPARTMENT - KARNATAKA STATE

### TRANSFER CERTIFICATE

(For Primary/Medium/High School/various purposes)

1. Name of the School — Zainabiya Primary School,
Alipur-561 224
Gauribidanur (Tq.) Kolar Dist.)

2. Admission No. 52/99-2000     3. Cumulative Record No.

4. Name of the pupil in full     MIR AHMED RAZA

5. Place of Birth Alipur     7. District     Kolar

6. Taluk Gauribidanur     8. State     Karnataka

9. Sex  Male   10. Nationality     11. Religion  Islam

12. Caste Muslim   Indian     13. Sub-Caste  Shiya

14. Father's Name     MIR NABI RAZA

15. Whether the candidate belongs to Schecule Caste or Schedule Tribe ?  --

16. Whether qualified for promition to higher standard ?
Yes promoted to IIIrd Std

17. Date of Birth (in figures and words)     29/04/1993 Twenty nine-Four-Ninety Three

18. Standard in which the pupil was reading at the time of leaving the school (in words)
IInd Standard
Second Standard

19. Inthe case ofpupil of Higher Standards
a) Languages studied  ---
b) Elective studied   --

24. Scholarship if any(nature and period to be specified)  --

25. Whether medically examined or not
Yes

20. Medium of Instruction  Urdu

26. Date of pupils last attandance at the school : 11/04/2002

21. Date of admission or promotion to the class or standard
18/4/2002

27. Date on which the application for the Transfer Certificate was received :  30/4/2002

28. Date of Issue of Transfer Certificate.   2/5/2002

22. Whether the pupil had paid all the fees due to the School ?  Yes

29. Number of school days upto the date of leaving  243

23. Fee concessions, if any (nature and period to be specified) no

30. Number of school days the pupil attended   218

31. Character and conduct :  Good

'Counter Signed'
Sd/- 03/5/02
Block Education Officer
Gouribidanur-561 208

NOTARY

(N. Dorarah.
Mein

Sd/-
Head Mistress 2/5/02
Zainabiya Primary School,
Alipur-561 224
auribidanur (Tq) Kolar (Dist.)

..2

ಶಿಕ್ಷಣ ಇಲಾಖೆ – ಕರ್ನಾಟಕ ರಾಜ್ಯ

# ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ

(ಪ್ರಾಥಮಿಕ / ಮಾಧ್ಯಮಿಕ / ಪ್ರೌಢಶಾಲಾ / ವಿವಿಧೋದ್ದೇಶ ಶಾಲೆಗಳಾಗಿ)

ಸಂಖ್ಯೆ. 1/2002 - 03

| | | |
|---|---|---|
| ೧. | ಶಾಲೆಯ ಹೆಸರು | *Zainabiya Primary School* |
| ೨. | ಪ್ರವೇಶ ಸಂಖ್ಯೆ 52/99-2000 | ೩. ಸಂಚಿಕೆ ದಾಖಲಾತಿ ಸಂಖ್ಯೆ ALIPUR – 561 224, Gauribidanur (Tq.), Kolar (Dist.) |
| ೪. | ವಿದ್ಯಾರ್ಥಿಯ ಪೂರ್ಣ ಹೆಸರು | ಮೀನಾ ಅಹಮದ್ ರೈನ |
| ೫. | ಹುಟ್ಟಿದ ಸ್ಥಳ ೧೦೮ ಪ್ಟರ್ | ಪೆಟ್ ಎಲ್ ಎಲಿ. |
| ೬. | ತಾಲ್ಲೂಕು ಗೌರಿಬಿದನೂರ ತಾಲ್ಲೂ | ರಾಜ್ಯ ಕನ್ನೌಡೆ. |
| ೭. | ಲಿಂಗ ಗಂಡು | |
| ೧೩. | ಜಾತಿ ಮುಸ್ಲಿಂ | |
| ೧೪. | ತಂದೆಯ ಹೆಸರು | ಪೆಟ್ ಸೆಬೀ ರೈನ |
| ೧೫. | ವಿದ್ಯಾರ್ಥಿಯು ಪರಿಶಿಷ್ಟ ಜಾತಿ ಅಥವಾ ಪರಿಶಿಷ್ಟ ವರ್ಗಕ್ಕೆ ಸೇರಿದವನಾಗಿದ್ದಾನೆಯೇ? — | ೧೬. ಮುಂದಿನ ತರಗತಿಗೆ ಉತ್ತೀರ್ಣಗೊಳಿಸಲು ಅರ್ಹನಾಗಿದ್ದಾನೆಯೇ? ಹೌದು ೩ನೇ ತರಗತಿಗೆ |
| ೧೭. | ಜನ್ಮ ದಿನಾಂಕ (ಅಕ್ಷರಗಳಲ್ಲಿ ಮತ್ತು ಅಂಕಿಗಳಲ್ಲಿ) | 29/04/1993 ಇಪ್ಪತ್ತೊಂಬತ್ತು – ನಾಲ್ಕು – ತೊಂಬತ್ತು ಮೂರು. |
| ೧೮. | ಶಾಲೆಯನ್ನು ಬಿಡುವಾಗ ವಿದ್ಯಾರ್ಥಿಯು ಓದುತ್ತಿದ್ದ ದರ್ಜೆ: ತರಗತಿ (ಅಕ್ಷರಗಳಲ್ಲಿ) | ೨ನೇ ತರಗತಿ ಎರಡನೇ ತರಗತಿ. |

| | |
|---|---|
| ೧೯. ಪ್ರೌಢ ತರಗತಿಯ ವಿದ್ಯಾರ್ಥಿಗಳ ವಿಷಯದಲ್ಲಿ:<br>(ಎ) ಅಧ್ಯಯನ ಮಾಡಿದ ಭಾಷೆ<br>(ಬಿ) ಅಧ್ಯಯನ ಮಾಡಿದ ಐಚ್ಛಿಕ ವಿಷಯಗಳು — | ೨೪. ವಿದ್ಯಾರ್ಥಿವೇತನ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದ್ದು.) — |
| | ೨೫. ವೈದ್ಯಕೀಯ ಪರೀಕ್ಷೆ ಮಾಡಲಾಗಿದೆಯೇ ಇಲ್ಲವೇ ಮಾಡಿಗೆ. |
| ೨೦. ಬೋಧನಾ ಮಾಧ್ಯಮ ಉರ್ದು | ೨೬. ಶಾಲೆಗೆ ವಿದ್ಯಾರ್ಥಿಯು ಕಡೆಯ ಬಾರಿ ಹಾಜರಿದ್ದ ದಿನಾಂಕ 11/04/2002. |
| ೨೧. ಆ ವರ್ಗಕ್ಕೆ ಅಥವಾ ತರಗತಿಗೆ ಪ್ರವೇಶ ಪಡೆದ ಅಥವಾ ಬಡ್ತಿ ಪಡೆದ ದಿನಾಂಕ 18/4/2002. | ೨೭. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರಕ್ಕಾಗಿ ಅರ್ಜಿಯನ್ನು ಸೀಕರಿಸಿದ ದಿನಾಂಕ 30/4/2002 |
| | ೨೮. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ ನೀಡಿಕೆ ದಿನಾಂಕ 2/5/2002 |
| ೨೨. ಶಾಲೆಗೆ ಬಾಕಿಯಿರುವ ಎಲ್ಲಾ ಶುಲ್ಕಗಳನ್ನು ವಿದ್ಯಾರ್ಥಿಯು ಪಾವತಿ ಮಾಡಿದ್ದಾನೆಯೇ? ಹೌದು. | ೨೯. ಶಾಲೆ ಬಟ್ಟ ದಿನಾಂಕದವರೆಗಿನ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ 243 |
| | ೩೦. ವಿದ್ಯಾರ್ಥಿಯು ಹಾಜರಾಗಿದ್ದ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ 218 |
| ೨೩. ಶುಲ್ಕ ವಿನಾಯಿತಿ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದ್ದು) ಇಲ್ಲ. | ೩೧. ಶೀಲ ಮತ್ತು ಬಾರಿತ್ರ ಉತ್ತಮ. |

Countersign

ಕ್ಷೇತ್ರ ಶಿಕ್ಷಣಾಧಿಕಾರಿ
ಸಂಖ್ಯೆ-561208

HEAD MISTRESS
Zainabiya Higher Pri. School
ALIPUR - 561 224
Gauribidanur (Tq.), Kolar (Dist.)

ಸೂಚನೆ:– ತಂದೆ ಅಥವಾ ತಾಯಿ ಅಥವಾ ಪೋಷಕರ ಮೇಲೆ ಈ ಪ್ರಮಾಣ ಪತ್ರವನ್ನು ನೀಡತಕ್ಕದ್ದು. ಮೂಲವನ್ನು ಕಳೆದುಕೊಂಡಿದೆ ಎಂದು ಗ್ರೂ ಮೇಲೆ ನಕಲು ಪ್ರತಿಗಳಾಗಿ ಕೋರಲಾಯಿತು ಸಲ್ಲಿಸಿದ ಸಂದರ್ಭದಲ್ಲಿ ಪ್ರೌಢ / ಮಾಧ್ಯಮಿಕ / ವಿವಿಧೋದ್ದೇಶ ಶಾಲೆಗಳ ಮುಖ್ಯೋಪಾಧ್ಯಾಯರುಗಳು ದೃಢೀಕರಿಸತಕ್ಕದ್ದು.
ಪ್ರಥಮಿಕ ಮತ್ತು ಪ್ರಾಥಮಿಕ ಶಾಲೆಗಳಲ್ಲಿ ೨೫ ಪೈಸೆಗಳನ್ನು ದಂಡವಾಗಿ ಸಂಗ್ರಹಿಸತಕ್ಕದು (ನೋಡಿ ಶಿಕ್ಷಣ ನಿಯಮ ಸಂ.೨೬.)



एतैन् द्वारा, भारत सरकारम् के राष्ट्रपति के नाम पर, उन सब से निवेदन इस बात से सम्बन्धित है, यह प्रार्थना एवं अपेक्षा की जाती है कि वे बिना किसी रोक-टोक, आवागमन से आने-जाने दें, और उन्हें का साथ और ऐसी सहायता और सुरक्षा प्रदान करें जिसकी उसे आवश्यकता हो ।

THESE ARE TO REQUEST AND REQUIRE IN THE NAME OF THE PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR HINDRANCE, AND TO AFFORD HIM OR HER, EVERY ASSISTANCE AND PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत गणराज्य के राष्ट्रपति के आदेश से दिया गया
BY ORDER OF THE PRESIDENT OF THE
REPUBLIC OF INDIA

एम्.आर्. सासीकुमार
L. R. SASIKUMAR
प्रति पारपत्र अधिकारी, बेंगलूर.
For Passport Officer, Bangalore



## भारत गणराज्य REPUBLIC OF INDIA



| प्रार्थ /Type | राष्ट्रीय कोड /Country Code | पासपोर्ट सं. /Passport No. |
|---|---|---|
| | **IND** | E 1053800 |

उपनाम /Surname
MIR

दिये गये नाम /Given Names
AHMED RAZA

| राष्ट्रीयता /Nationality | लिंग /Sex | जन्मतिथि /Date of Birth |
|---|---|---|
| INDIAN | MALE | 29.04.1993 |

जन्म स्थान /Place of Birth
ANPUR K.S

जारी करने का स्थान /Place of Issue
BANGALORE

| जारी करने की तिथि /Date of Issue | समाप्ति की तिथि /Date of Expiry |
|---|---|
| 27.02.2002 | 26.02.2007 |



उद्घाटन टिप्पणी:
Emigration Status

बांग्लादेश, पाकिस्तान और भूटान के अलग सभी देश (राष्ट्रमंडल की भारत सरकार की उपकारा) और उसर प्रतिवेश, नेपाल, युनाईटेड और आस्ट्रेलिया को छोड़कर परदेशगमन के लिए जाँच आवश्यक
Emigration Check Required (ECR) except for Bangladesh, Pakistan and commonwealth in Europe (Excluding Commonwealth of Independent States (CIS), North America, Japan, New-Zealand and Australia."

Emigration Check Not Required ( ECNR )

पुल आर. आर. आर्मकुमार
L. R. SASIKUMAR
प्रति पारपत्र अधिकारी, बैंगलूर.
For Passport Officer, Bangalore.

इस पासपोर्ट में 36 पृष्ठ हैं / This passport contains 36 pages.



U.S. IMMIGRATION
HOU
ADMITTED
FEB 27 2003

U.S. IMMIGRATION                1236
HOU
380            ADMITTED
FEB 27 2003

CLASS
UNTIL

# UNITED STATES OF AMERICA

**VISA**



Issuing Post Name
CHENNAI ( MADRAS)

Control Number
20030239290002

Surname
MIR

Given name
AHMED RAZA

Visa Type /Class
R    R2

Passport Number
E1053800

Sex
M

Birth Date
29APR1993

Nationality
IND

Issue Date
23JAN2003

Expiration Date
01JAN2005

0110

Annotation
SHIA ASSOCIATION OF BAY AREA
SANJOSE CA
PA: MIR NABIRAZA

  49913513

```
VNINDMIR<<AHMED<RAZA<<<<<<<<<<<<<<<<<<<<<<<<<<<<
E1053800<3IND9304295M0301235R2402C59A2B04229
```

US Consulate General-Chennai

Application Received 2 0 MAY 2002

## REGISTRATION

INDIAN CITIZENS RESIDENT ABROAD ARE ADVISED TO REGIS-
TER THEMSELVES AT THE NEAREST INDIAN MISSION/POST.

## CAUTION

THIS PASSPORT IS THE PROPERTY OF THE GOVERNMENT OF
INDIA. ANY COMMUNICATION RECEIVED BY HOLDER FROM THE
PASSPORT AUTHORITY REGARDING THIS PASSPORT, INCLUDING
DEMAND FOR ITS SURRENDER, SHOULD BE COMPLIED WITH IM-
MEDIATELY.

THIS PASSPORT SHOULD NOT BE LENT OUT OF ANY COUNTRY BY POST.
IT SHOULD BE IN THE CUSTODY EITHER OF THE HOLDER OR OF
A PERSON AUTHORISED BY THE HOLDER. IT MUST NOT BE ALTE-
RED OR MUTILATED IN ANY WAY.

LOSS, THEFT OR DESTRUCTION OF PASSPORTS SHOULD BE IMME-
DIATELY REPORTED TO THE NEAREST PASSPORT AUTHORITY IN
INDIA (OR IF THE HOLDER IS ABROAD) TO THE NEAREST INDIAN
MISSION AND TO THE LOCAL POLICE. ONLY AFTER EXHAUSTIVE
ENQUIRIES SHALL A REPLACEMENT PASSPORT BE ISSUED.

---

पिता का नाम/कानूनी अभिभावक /Name of Father/Legal Guardian

MIR NABI RAZA

माता का नाम/Name of Mother

SYEDA GULSHAN ZEHRA

पति या पत्नी का नाम /Name of Spouse

पता /Address

I.K. ROAD ALIPUR

GAURI BIDANUR

KOLAR - 561224 K.S

पुराने पासपोर्ट का सं. तथा इसकी जारी होने का स्थान एवं तिथि /Old Passport No. with date and Place of issue

फाईल सं. /File No.

V326/02

**Do not write in this block.**

| Remarks | Action Block | Fee Stamp |
|---|---|---|
| A# | | |
| Applicant is filing under §274a.12 _____ | | |

☐ Application Approved. Employment Authorized / Extended *(Circle One)*   until _____ (Date).

      Subject to the following conditions: _____ (Date).

☐ Application Denied.
    ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
    ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:   ☒ Permission to accept employment.
                ☐ Replacement *(of lost employment authorization document)*
                ☐ Renewal of my permission to accept employment *(attach previous employment authorization document)*.

**1.** Name (Family Name in CAPS)  (First)  (Middle)
MIR,   Ahmed   Raza

**2.** Other Names Used (Include Maiden Name)
None

**3.** Address in the United States (Number and Street)  (Apt. Number)
94 Southgate Ct.

(Town or City)  (State/Country)  (ZIP Code)
San Jose,   California   95138

**4.** Country of Citizenship/Nationality
India

**5.** Place of Birth (Town or City)  (State/Province)  (Country)
Alipur,   Karnataka,   India

**6.** Date of Birth (mm/dd/yyyy)   **7.** Gender
04/29/1993   ☒ Male  ☐ Female

**8.** Marital Status   ☐ Married  ☒ Single
              ☐ Widowed  ☐ Divorced

**9.** Social Security Number (Include all numbers you have ever used) (if any)

**10.** Alien Registration Number (A-Number) or I-94 Number (if any)
07185971011

**11.** Have you ever before applied for employment authorization from USCIS?
☐ Yes (If yes, complete below).   ☒ No
Which USCIS Office?   Date(s)
N/A
Results (Granted or Denied - attach all documentation)
N/A

**12.** Date of Last Entry into the U.S.   (mm/dd/yyyy)
02/20/2004

**13.** Place of Last Entry into the U.S.
San Francisco, California

**14.** Manner of Last Entry (Visitor, Student, etc.)
R2

**15.** Current Immigration Status (Visitor, Student, etc.)
R2 (Dependent of R1)/Adjustment Applicant

**16.** Go to **Part 2** of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12

( C ) ( 9 ) ( )

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16.**

| *Signature* | Telephone Number | Date |
|---|---|---|
| | (408) 205-3055 | 04/25/2007 |

**Signature of Person Preparing Form, If Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | *Signature* | Date |
|---|---|---|---|
| Zaheer Zaidi | 4423 Fortran Ct. Suite 200A<br>San Jose, CA 95134 | | 04/25/2007 |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Department of Homeland Security
U.S. Citizenship and Immigration Services

**485, Application to Register
Permanent Residence or Adjust Status**

## START HERE - Please type or print in black ink.

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name<br>MIR | Given Name<br>Ali | Middle Name<br>Raza |

Address - C/O

Street Number and Name  94 Southgate Ct.   Apt. #

City
San Jose

| State<br>California | Zip Code<br>95138 |
|---|---|

| Date of Birth *(mm/dd/yyyy)*<br>10/14/1994 | Country of Birth:  Iran |
|---|---|
| | Country of Citizenship/Nationality:  India |

| U.S. Social Security #<br>-9095 | A # *(if any)*<br>None |
|---|---|

| Date of Last Arrival *(mm/dd/yyyy)*<br>02/20/2004 | I-94 #<br>07185972911 |
|---|---|

| Current USCIS Status<br>R2 | Expires on<br>*(mm/dd/yyyy)*  01/01/2007 |
|---|---|

### Part 2. Application Type. *(check one)*

**I am applying for an adjustment to permanent resident status because:**

a. [X] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

_____

_____

**I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** *(Check one)*

i. [ ] I am a native or citizen of Cuba and meet the description in (e), above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**FOR USCIS USE ONLY**

| Returned | Receipt |
|---|---|
| | |
| | |

Resubmitted

Reloc Sent

Reloc Rec'd

[ ] Applicant Interviewed

**Section of Law**
[ ] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[ ] Sec. 245, INA
[ ] Sec. 249, INA
[ ] Sec. 2 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other

**Country Chargeable**

**Eligibility Under Sec. 245**
[ ] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other

**Preference**

**Action Block**

**To Be Completed by**
*Attorney or Representative, if any*
[X] Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #
184749

## Part 3. Processing Information

| A. City/Town/Village of Birth | Current Occupation |
|---|---|
| Qum | Student |

| Your Mother's First Name | Your Father's First name |
|---|---|
| Syeda | Syed |

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

Mir, AliRaza

| Place of Last Entry Into the United States *(City/State)* | In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
|---|---|
| San Francisco                      CA | |
| Were you inspected by a U.S. Immigration Officer?    [X] Yes   [ ] No | R2 |

| Nonimmigrant Visa Number | Consulate Where Visa Was Issued |
|---|---|
| 49913514 | Chennai, India |

| Date Visa was Issued *(mm/dd/yyyy)*  01/23/2003 | Gender: [X]Male [ ] Female | Marital Status:   [ ]Married [X] Single [ ]Divorced [ ] Widowed |
|---|---|---|

Have you ever before applied for permanent resident status in the U.S.?    [X]No   [ ] Yes  If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper.

| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| None | | | |
| Country of Birth | Relationship | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| Country of Birth | Relationship | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| Country of Birth | Relationship | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| Country of Birth | Relationship | A # | Applying with you? [ ] Yes [ ] No |
| Family Name | Given Name | Middle | Date of Birth *(mm/dd/yyyy)* |
| Country of Birth | Relationship | A # | Applying with you? [ ] Yes [ ] No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.

None

## Part 3. Processing Information. (Continued)

Please answer the following questions. (If your answer is **"Yes"** on any one of these questions, explain on a separate piece of paper. Answering **"Yes"** does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☒ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☒ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☒ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☒ No

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☒ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☒ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☒ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☒ No

5. Do you intend to engage in the United States in:
   a. espionage? ☐ Yes ☒ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☒ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion? ☐ Yes ☒ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or rescission proceedings? ☐ Yes ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☐ Yes ☒ No

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☒ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☒ No

**Part 4.** **Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**YOUR REGISTRATION WITH THE U.S. CITIZENSHIP AND IMMIGRATION SERVICES.** "I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with the U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within ten days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested by USCIS and removed from the United States."

**SELECTIVE SERVICE REGISTRATION.** The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: "I understand that my filing this adjustment of status application with the U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**APPLICANT'S CERTIFICATION.** I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that the U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| *Signature* | *Print Your Name* | *Date* | *Daytime Phone Number* |
|---|---|---|---|
| | Ali Raza Mir | 04/25/2007 | (408) 205-3055 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.** **Signature of person preparing form if other than above. (Sign Below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| *Signature* | *Print Your Name* | *Date* | *Day time Phone Number* |
|---|---|---|---|
| | Zaheer Zaidi | 04/25/2007 | (408) 942-0320 |

*Firm Name and Address*    Elia Law Firm                                   *E-mail Address (if any)*

4423 Fortran Ct.. Suite 200A San Jose CA 95134

# ಗ್ರಾಮ ಪಂಚಾಯ್ತಿ ಕಾರ್ಯಾಲಯ
# ಅಲೀಪುರ

### ಗೌರಿಬಿದನೂರು ತಾಲ್ಲೂಕು, ಕೋಲಾರ ಜಿಲ್ಲೆ.

ನಂ. AGP/ల/1469/02　　　　　ದಿನಾಂಕ 11/6/02

### TO WHOMSOEVER IT MAY CONCERN

This is to state that as per records available
with us the mariage ( Nikah ) of MR. MIR NABI RAZA
with SYEDA GULSHAN ZEHRA was performed on at 12-12-91
at Alipur in accodance with Mohammadance ( Shia ) law
and they continue to be man and wife to date.

One son MIR AHMED RAZA was born to the couple at
Alipur on 29-04-1993 and one other son MIR ALI RAZA is
reported to have born at Qum, Iran on 14-10-1994
where  Mr. MIR NABI RAZA Was staying in connection with
his studies.

*Syed Gyas Ali*

ಪುಟ -80  संख्या 32/2004-05

| ೧. | ಶಾಲೆಯ ಹೆಸರು | ZAINABIYA PRIMARY SCHOOL ALIPUR |
| ೨. | ಪ್ರವೇಶ ಸಂಖ್ಯೆ 53/99-00 | ಸಂಚಿಕೆ ದಾಖಲಾತಿ ಸಂಖ್ಯೆ — |
| ೩. | ವಿದ್ಯಾರ್ಥಿಯ ಪೂರ್ಣ ಹೆಸರು | MIR ALI RAZA |
| ೪. | ಹುಟ್ಟಿದ ಸ್ಥಳ QIOM | QIOM CITY IRan |
| ೫. | ತಾಲ್ಲೂಕು — | |
| ೬. | ಲಿಂಗ Boy ೧೦. ರಾಷ್ಟ್ರೀಯ | BELAm |
| ೭. | ಜಾತಿ muslim India | Shia |
| ೧೪. | ತಂದೆಯ ಹೆಸರು | MIR NABI RAZA |
| ೧೩. | ವಿದ್ಯಾರ್ಥಿಯು ಪರಿಶಿಷ್ಟ ಜಾತಿ ಅಥವಾ ಪರಿಶಿಷ್ಟ ವರ್ಗಕ್ಕೆ ಸೇರಿದವನಾಗಿದ್ದಾನೆಯೇ? — | ೧೮. ಮುಂದಿನ ತರಗತಿಗೆ ಉತ್ತೀರ್ಣಗೊಳಿಸಲು Yes ಅರ್ಹನಾಗಿದ್ದಾನೆಯೇ? Promoted to III std. |
| ೧೨. | ಜನ್ಮ ದಿನಾಂಕ (ಅಕ್ಷರಗಳಲ್ಲಿ ಮತ್ತು ಅಂಕಿಗಳಲ್ಲಿ) | 14-10-94 Fourteenth. October Ninty Four. |
| ೧೪. | ಶಾಲೆಯನ್ನು ಬಿಡುವಾಗ ವಿದ್ಯಾರ್ಥಿಯು ಓದುತ್ತಿದ್ದ ದರ್ಜೆ: ತರಗತಿ (ಅಕ್ಷರಗಳಲ್ಲಿ) | II Std. Second Standard. |
| ೧೯. | ಪೌಢ ತರಗತಿಯ ವಿದ್ಯಾರ್ಥಿಗಳ ವಿಷಯದಲ್ಲಿ: (ಎ) ಅಧ್ಯಯನ urdu, English ಮಾಡಿದ ಭಾಷೆ Kamada, maths (ಬಿ) ಅಧ್ಯಯನ ಮಾಡಿದ Science ಐಚ್ಛಿಕ ವಿಷಯಗಳು Social | ೧೭. ವಿದ್ಯಾರ್ಥಿವೇತನ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದ್ದು.) — |
| | | ೨೩. ವೈದ್ಯಕೀಯ ಪರೀಕ್ಷೆ ಮಾಡಲಾಗಿದೆಯೇ ಇಲ್ಲವೇ – Yes – |
| | | ೨೬. ಶಾಲೆಗೆ ವಿದ್ಯಾರ್ಥಿಯು ಕಡೆಯ ಬಾರಿ ಹಾಜರಿದ್ದ ದಿನಾಂಕ 11-04-2002 |
| ೧೦. | ಬೋಧನಾ ಮಾಧ್ಯಮ urdu | |
| ೧೧. | ಆ ವರ್ಗಕ್ಕೆ ಅಥವಾ ತರಗತಿಗೆ ಪ್ರವೇಶ ಪಡೆದ ಅಥವಾ ಬಡ್ತಿ ಪಡೆದ ದಿನಾಂಕ 18/4/02 | ೨೨. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರಕ್ಕಾಗಿ 03-4-2002 ಅರ್ಜಿಯನ್ನು ಸೀಕರಿಸಿದ ದಿನಾಂಕ |
| | | ೨೩. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ ನೀಡಿಕೆ ದಿನಾಂಕ 07/06/04 |
| ೧೧. | ಶಾಲೆಗೆ ಬಾಕಿಯಿರುವ ಎಲ್ಲಾ ಶುಲ್ಕಗಳನ್ನು ವಿದ್ಯಾರ್ಥಿಯು ಪಾವತಿ ಮಾಡಿದ್ದಾನೆಯೇ? – Yes | ೨೪. ಶಾಲೆ ಬಿಟ್ಟ ದಿನಾಂಕದವರೆಗಿನ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ 243 days |
| | | ೨೦. ವಿದ್ಯಾರ್ಥಿಯು ಹಾಜರಾಗಿದ್ದ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ 218.5 (219 days) |
| ೧೨. | ಶುಲ್ಕ ವಿನಾಯಿತಿ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟಪಡಿಸತಕ್ಕದ್ದು) N 0 | ೨೧. ಶೀಲ ಮತ್ತು ಬಾರಿತ್ಕ good. |

HEAD-MISTRESS
Zainabiya Primary High School

ಸೂಚನೆ:— ತಂದೆ ತಾಯಿಗಳ ಅಥವಾ ಪಾಲಕರ ಕೋರಿಕೆಯ ಮೇಲೆ ಈ ಪ್ರಮಾಣ ಪತ್ರವನ್ನು ನೀಡತಕ್ಕದ್ದು ಹೆಸಿಲೇ ಕಡಿತವಿಲ್ಲದ ಎಂಟು ಕಾರಣದ ಮೇಲೆ ನಡಲು ಪ್ರಗತಿಗಾಗಿ ಕೋರಿಕೆಯನ್ನು ಸಲ್ಲಿಸಿದ ಸಂದರ್ಭದಲ್ಲಿ ಪ್ರೌಢ / ಮಾಧ್ಯಮಿಕ Gaudribideapu ಹೆಂಗಳಲ್ಲಿ ಒಂದೇ SA Dist. ಮಾಧ್ಯಮಿಕ ಮತ್ತು ಪ್ರಾಥಮಿಕ ಶಾಲೆಗಳಲ್ಲಿ ೨೫ ಪೈಸೆಗಳನ್ನು ದಂಡವಾಗಿ ಸಂಗ್ರಹಿಸತಕ್ಕದು (ನೋಡಿ ಶಿಕ್ಷಣ ನಿಯಮ ಸಂ.೪೬)
WD-P31. GT8Pm, 5ooo BKS X1OO SHEETS. 31-5-2000

| 1. | Name of the School | ZAINABIYA PRIMARY SCHOOL, ALIPUR |
|---|---|---|
| 2. | Admission No.      53/99-00 | 3.    Cumulative Record Nos. |
| 4. | Name of the Pupil | **MIR ALI RAZA** |
| 5. | Place of Birth    QIOM | 6.    District     -    QIOM City |
| 7. | Taluk | 8.    Country    -    Iran |
| 9. | Sex   - Boy         10. Nationality   Indian | 11.   Caste     -    Islam |
| 12. | Religion   - Muslim | 13.   Sub Caste   -    Shia |
| 14. | Name of the Father | MIR NABI RAZA |
| 15. | Whether the candidate belongs to Schedule Caste / Schedule Tribe <br> - No - | 16. Whether Qualified for promotion to Higher Studies <br> - Yes Promoted to IIIrd Standard - |
| 17. | Date of Birth [in figures and words] | 14-10-1994 [Fourteen – Ten- Nineteen Ninety Four] |
| 18. | Standard in which the Pupil was reading at the time of leaving the School. In words | II nd- Second Standard |
| 19. | In the case pupil of Higher Standard <br><br> a. Languages Studied - Urdu, English, Kannada, <br><br>     b. Electives Studied – Science, Social Science and Maths | 24.    Scholarship if any [Nature and Period to be specified]     ------ |
| | | 25.   Whether Medically Examined or Not <br> - Yes - |
| | | 26.   Date of pupil's last attendance at the School <br> 11-04-2002 |
| 20. | Medium of Instruction <br> Urdu | 27.    Date on which the application for the Transfer Certificate was made    03-04-2002 |
| 21. | Date of Admission or Promotion to the Class or Standard <br> 18-04-2002 | 28.    Date of issue of Transfer Certificate <br> 07-06-2004 |
| 22. | Whether the pupil had paid all the fees due to the School <br> - Yes - | 29.    No. of School days up to the date of leaving <br> 243 |
| | | 30.    No. of School days the pupil attended <br> 218.5 [219 days] |
| 23. | Fee concession if [Nature and Period to be specified]      - No - | 31.    Character and Conduct <br> G o o d |

Sd/-
Head Mistress,
Zainabiya Primary School,
Alipur – 561224,
Gauribidbur Taluk, Koalr District

Certified that the above is a true translation and transcription of the original in Kannada and English languages and the same is translated by me.

ATTESTED BY ME

NOTARY

S A RAZA

| ೧. | ಶಾಲೆಯ ಹೆಸರು | Govt. Urdu Higher Primary Boys School ALIPUR **22/5/04** |
| | | Bangarpet Taluk   Kolar Dist. |
| ೨. | ಪ್ರವೇಶ ಸಂಖ್ಯೆ | 58/ 2001-02 |
| ೩. | ಸಂಚಿತ ದಾಖಲೆ ಸಂಖ್ಯೆ | |
| ೪. | ವಿದ್ಯಾರ್ಥಿಯ ಪೂರ್ಣ ಹೆಸರು | MIR ALI RAZA |
| ೫. | ಲಿಂಗ | Male          ಧರ್ಮ Islam — Muslim |
| ೬. | ತಂದೆಯ ಹೆಸರು | MIR NABI RAZA |
| ೭. | ವಿದ್ಯಾರ್ಥಿಯು ಪರಿಶಿಷ್ಟ ಜಾತಿ ಅಥವಾ ಪರಿಶಿಷ್ಟ ವರ್ಗಕ್ಕೆ ಸೇರಿದವನಾಗಿದ್ದಾನೆಯೇ ? — No — | ೧೦. ಮುಂದಿನ ತರಗತಿಗೆ ಉತ್ತೀರ್ಣಗೊಳಿಸಲು ಅರ್ಹನಾಗಿದ್ದಾನೆಯೇ ? NOt Qualified. |
| ೧೧. | ಜನ್ಮ ದಿನಾಂಕ (ಅಕ್ಷರಗಳಲ್ಲಿ ಮತ್ತು ಅಂಕಿಗಳಲ್ಲಿ) | 14-10-1994 - (Fourteen - Ten - Nineteen Ninety Four) |
| ೧೨. | ಶಾಲೆಯನ್ನು ಬಿಡುವಾಗ ವಿದ್ಯಾರ್ಥಿಯು ಓದುತ್ತಿದ್ದ ದರ್ಜೆ : ತರಗತಿ (ಅಕ್ಷರಗಳಲ್ಲಿ) | II Second Standard. |
| ೧೩. | ಪ್ರೌಢ ತರಗತಿಯಲ್ಲಿ ವಿದ್ಯಾರ್ಥಿಗಳ ವಿಷಯದಲ್ಲಿ (ಎ) ಅಧ್ಯಯನ ಮಾಡಿ ಭಾಷೆ (ಬಿ) ಅಧ್ಯಯನ ಮಾಡಿದ ಐಚ್ಛಿಕ ವಿಷಯಗಳು | ೧೭. ವಿದ್ಯಾರ್ಥಿ ವೇತನ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟ ಪಡಿಸ್ಸೆದು) — No |
| | | ೧೮. ವೈದ್ಯಕೀಯ ಪರೀಕ್ಷೆ ಮಾಡಲಾಗಿದೆಯೇ ಇಲ್ಲವೇ — No |
| | | ೧೯. ಶಾಲೆಗೆ ವಿದ್ಯಾರ್ಥಿಯು ಕಡೆಯ ಬಾರಿ ಹಾಜರಿದ್ದ ದಿನಾಂಕ |
| ೧೪. | ಬೋಧನಾ ಮಾಧ್ಯಮ | urdu |
| ೧೫. | ಆ ವರ್ಗಕ್ಕೆ ಅಥವಾ ತರಗತಿಗೆ ಪ್ರವೇಶ ಪಡೆದ ಅಥವಾ ಬಡ್ತಿ ಪಡೆದ ದಿನಾಂಕ | 1-6-2001. |
| | | ೨೦. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರಕ್ಕಾಗಿ ಅರ್ಜಿಯನ್ನು ಸ್ವೀಕರಿಸಿದ ದಿನಾಂಕ 21-5-04 |
| | | ೨೧. ವರ್ಗಾವಣೆ ಪ್ರಮಾಣ ಪತ್ರ ನೀಡಿಕೆ ದಿನಾಂಕ 22-5-04 |
| ೧೬. | ಶಾಲೆಗೆ ಬಾಕಿಯಿರುವ ಎಲ್ಲಾ ಶುಲ್ಕಗಳನ್ನು ವಿದ್ಯಾರ್ಥಿಯು ಪಾವತಿ ಮಾಡಿದ್ದಾನೆಯೇ ? Yes | ೨೨. ಶಾಲೆ ಬಿಟ್ಟ ದಿನಾಂಕದವರೆಗಿನ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ |
| | | ೨೩. ವಿದ್ಯಾರ್ಥಿಯು ಹಾಜರಾಗಿದ್ದ ಶಾಲೆಯ ದಿನಗಳ ಸಂಖ್ಯೆ |
| ೧೭. | ಶುಲ್ಕ ಎನ್ನಾದರೂ ಯಾವುದಾದರೂ ಇದ್ದಲ್ಲಿ (ಸ್ವರೂಪ ಮತ್ತು ಅವಧಿಯನ್ನು ನಿರ್ದಿಷ್ಟ ಪಡಿಸತಕ್ಕದ್ದು) No | ೨೪. ಶೀಲ ಮತ್ತು ಚಾರಿತ್ರ್ಯ Good |

**HEADMASTER**
Govt. Urdu Higher Primary School

TC No. 67/03-04    22.5.2004

| | | | |
|---|---|---|---|
| 1. | Name of the School | | Govt. Urdu Higher Primary Boys School Alipur Gauribidanur Taluk, Kolar Dist. |
| 2. | Admission No. | | 58 / 2001 – 02 |
| 3. | C R Card No. | | ———————— |
| 4. | Name of the Pupil | | **MIR ALI RAZA** |
| 5. | Sex      6. Nationality Male        Indian | | 7.    Religion       Islam   Muslim |
| 8. | Name of the Father | | MIR NABI RAJA |
| 9. | Whether the candidate belongs to Schedule Caste / Schedule Tribe - No - | | 10. Whether Qualified for promotion to Higher Standard - Not Qualified - |
| 11. | Date of Birth [in figures and words] | | 14-10-1994 [Fourteen– Ten- Nineteen Ninety Four] |
| 12. | Standard in which the Pupil was reading at the time of leaving the School. In words | | II nd Second Standard |
| 13. | In the case pupil of Higher Standard a.  Languages Studied ———— b.  Elective Studied ———— | 18. | Scholarship if any [Nature and Period to be specified]       - No - |
| | | 19. | Whether Medically Examined or Not - No - |
| | | 20. | Date of pupil last attendance at the School ———————— |
| 14. | Medium of Instruction Urdu | 21. | Date on which the application for the Transfer Certificate was issued       21-05-2004 |
| 15. | Date of Admission or Promotion to the Class 01-06-2001 | 22. | Date of issued Transfer Certificate 22-05-2004 |
| 16. | Whether the pupil had paid all the fees due to the School - Yes - | 23. | No. of School days up to the date of leaving ———————— |
| | | 24. | No. of School days the pupil attended ———————— |
| 17. | Fee concession if [Nature and Period to be specified]       - No - | 25. | Character and Conduct Good |

Sd/-

**HEAD MASTER**
**GOVT. URDU HIGHER PRIMARY BOYS SCHOOL**
**ALIPUR - GAURIBIDANUR TALUK**
**KOLAR DIST.**

... that the above is a true translation and transcription of the original in Kannada and English languages and the same is translated by me.

ATTESTED

S. A. RAZA, B.Sc., LL.B.        N. NARAYANA SWAMY, B.A., LL.B.



इसके द्वारा, भारत गणराज्य के राष्ट्रपति के नाम पर, उन सब से जिनसे
सम्बन्ध है यह प्रार्थना एवं अपेक्षा की जाती है कि वे धारक को बिना किसी रोक-टोक,
आजादी से आने-जाने दें, और उसे हर तरह की ऐसी सहायता और सुरक्षा प्रदान करें
जिसकी उसे आवश्यकता हो ।

THESE ARE TO REQUEST AND ALLOW IN THE NAME OF THE
PRESIDENT OF THE REPUBLIC OF INDIA ALL THOSE WHOM IT MAY
CONCERN TO ALLOW THE BEARER TO PASS FREELY WITHOUT LET OR
HINDRANCE, AND TO AFFORD HIM OR HER EVERY ASSISTANCE AND
PROTECTION OF WHICH HE OR SHE MAY STAND IN NEED.

भारत गणराज्य के राष्ट्रपति के आदेश से तथा उन्हीं की ओर
BY ORDER OF THE PRESIDENT, OF THE
REPUBLIC OF INDIA

L.R. SASIKUMAR
एम.आर. ससिकुमार्
भति पारपत्र अधिकारी, बेंगलूर.
For Passport Officer, Bangalore.

---

भारत गणराज्य REPUBLIC OF INDIA



| प्रकार /Type | राष्ट्रीय कोड /Country Code | पासपोर्ट सं. /Passport No. |
|---|---|---|
| | IND | E 1053783 |

उपनाम /Surname
MIR

दिये गये नाम /Given Names
ALI RAZA

| राष्ट्रीयता /Nationality | लिंग /Sex | जन्मतिथि /Date of Birth |
|---|---|---|
| INDIAN | MALE | 14.10.1994 |

जन्म स्थान /Place of Birth
QUM IRAN

जारी करने का स्थान /Place of Issue
BANGALORE

| जारी करने की तिथि /Date of Issue | समाप्ति की तिथि /Date of Expiry |
|---|---|
| 27.02.2002 | 26.02.2007 |

**Do not write in this block.**

| Remarks | Action Block | Fee Stamp |
|---|---|---|
| A# | | |

Applicant is filing under §274a.12 _____

☐ Application Approved. Employment Authorized / Extended *(Circle One)*    until _____ (Date).
   _____ (Date).

Subject to the following conditions: _____

☐ Application Denied.
   ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
   ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c)(14), (18) and 8 CFR 214.2(f)

I am applying for:
☒ Permission to accept employment.
☐ Replacement *(of lost employment authorization document)*
☐ Renewal of my permission to accept employment *(attach previous employment authorization document).*

| | |
|---|---|
| **1. Name** (Family Name in CAPS) (First) (Middle)<br>MIR,    Ali    Raza | **11.** Have you ever before applied for employment authorization from USCIS?<br>☐ Yes (If yes, complete below)    ☒ No |
| **2.** Other Names Used (Include Maiden Name)<br>None | Which USCIS Office?     Date(s)<br>N/A |
| **3.** Address in the United States (Number and Street) (Apt. Number)<br>94 Southgate Ct. | Results (Granted or Denied - attach all documentation)<br>N/A |
| (Town or City) (State/Country) (ZIP Code)<br>San Jose,   California   95138 | **12.** Date of Last Entry into the U.S. (mm/dd/yyyy)<br>02/20/2004 |
| **4.** Country of Citizenship/Nationality<br>India | **13.** Place of Last Entry into the U.S.<br>San Francisco, California |
| **5.** Place of Birth (Town or City) (State/Province) (Country)<br>Qum     Iran | **14.** Manner of Last Entry (Visitor, Student, etc.)<br>R2 |
| **6.** Date of Birth (mm/dd/yyyy)    **7.** Gender<br>10/14/1994    ☒ Male ☐ Female | **15.** Current Immigration Status (Visitor, Student, etc.)<br>R2 (Dependent of R1)/Adjustment Applicant |
| **8.** Marital Status   ☐ Married ☒ Single<br>☐ Widowed ☐ Divorced | **16.** Go to **Part 2** of the Instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| **9.** Social Security Number (Include all numbers you have ever used) (if any)<br>-9095 | Eligibility under 8 CFR 274a.12 |
| **10.** Alien Registration Number (A-Number) or I-94 Number (if any)<br>07185972911 | ( C ) ( 9 ) ( ) |

## Certification.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information that the U.S. Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking. I have read the Instructions in **Part 2** and have identified the appropriate eligibility category in **Block 16.**

| Signature | Telephone Number | Date |
|---|---|---|
| *[signature]* | (408) 205-3055 | 04/25/2007 |

## Signature of Person Preparing Form, If Other Than Above: I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Zaheer Zaidi | 4423 Fortran Ct., Suite 200A<br>San Jose, CA 95134 | *[signature]* | 04/25/2007 |

| Remarks | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

Form I-765 (Rev. 02/08/07)N

# ELIA LAW FIRM

ZAHEER ZAIDI
ATTORNEY AT LAW

510 N. First Street, # 216
San Jose, CA 95112

Tel: (408) 287-0320
Fax: (408) 287-0516

October 22, 2004

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor, Room 2302
Laguna Niguel, CA 92677

        RE:  Shia Association of Bay Area's Petition for Non-Immigrant
           Worker for Nabi Raza Mir, Requesting an Extension of Mr.
           Nabi Raza Mir's R-1 status.

Dear sir/madam:

This office represents Petitioner, Shia Association of Bay Area and Beneficiary, Nabi
Raza Mir.

Please find enclosed Shia Association of Bay Area's I-129 Petition for Non-Immigrant
Worker for Mr. Nabi Raza Mir as the beneficiary and I-907 Request for Premium Processing
with two checks in the amount of $185.00 and $1,000.00.

Also, find the following in support of the petition:

1)   Letter in support of Shia Association of Bay Area's Petition Nonimmigrant
   Worker for the Beneficiary Nabi Raza Mir

2)   Copy of Constitution of Shia Association of Bay Area (SABA)

3)   Copy of Articles of Incorporation

4)   Names and Addresses of Board of Directors

5)   Copy of Internal Revenue Service Tax-Exemption Letter

6)   Copy of State of California Franchise Tax Board Tax-Exemption Letter

7)   Copy of Tax Form 990 SABA Tax Return 2003

8)   Copy of Sunday School Curriculum ("Unit Plans")

9)   Copy of Rental Agreement for Sunday School Premises between SABA and

Milpitas Unified School District

10) Copy of checks payment to Dr. Mir from SABA

11) Copy of Form 1040 for Dr. Mir's Tax Return for 2003

12) Copy of Form 1040 for Dr. Mir's Tax Return for 2002

13) Copy of Residential Sub-lease Agreement between SABA and Dr. Mir

14) Copy of Dr. Mir's Resume

15) Copy of Educational Documents and English Translations

16) Copy of Dr. Nabi Raza Mir's Indian Passport

17) Copy of SABA Newsletter "Baad-e-Saba"

18) Copies of Weekly SABA emails

19) Brochure of Madrasatul Ahlul'Bait Sunday Islamic School

An expedited processing of this petition is requested.

If you have any further questions, please feel free to contact this office.

Sincerely yours

Zaheer Zaidi

**4023**

**SHIA ASSOCIATION OF BA  AREA**
2725 S WHITE RD.  (408) 238-9496
SAN JOSE, CA  95148

Date 9/12/04

11-35
1210

Pay to the
order of   USCIS                                                    $ 185 00/100

One hundred eighty five —————————————————— Dollars

**BANK OF AMERICA**
SAN TOMAS INDUSTRIAL PARK BRANCH 1098  (408) 963-0588
2925 SCOTT BOULEVARD
SANTA CLARA, CA  95054

For I-129 fee for beneficiary NABI RAZA MIR

⑈004023⑈ ⑆121000358⑆ 10982⑈09530⑈

---

**4039**

**SHIA ASSOCIATION OF BAY AREA**
2725 S WHITE RD.  (408) 238-9496
SAN JOSE, CA  95148

Date 10/11/04

11-35
1210

Pay to the
order of   USCIS                                                    $ 1000 00/100

one thousand only —————————————————— Dollars

**BANK OF AMERICA**
SAN TOMAS INDUSTRIAL PARK BRANCH 1098  (408) 963-0588
2925 SCOTT BOULEVARD
SANTA CLARA, CA  95054

For I-907 fee for beneficiary NABI RAZA MIR

⑈004039⑈ ⑆121000358⑆ 10982⑈09530⑈

# Request for Premium Processing Service

| START HERE - Please Type or Print | FOR INS USE ONLY |
|---|---|

**Part 1. Information about you.** *(Person or business filing this request.)*

**If filed on your own behalf:** Individual Named in the Related Case

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| | | |

**If filed on behalf of a company:** Company or Business Named in the Related Case

SHIA ASSOCIATION OF BAY AREA

**Mailing Address:** Street Number and Name / P.O. Box Number

2725 SOUTH WHITE ROAD

| Name of Company Contact | Title/Position |
|---|---|
| SAJJAD MIR | PRESIDENT |

| City | State/Province | Zip/Postal Code |
|---|---|---|
| SAN JOSE | CA | 95148 |

IRS Tax # (if any)

77-0050810

You (the person submitting this request):

☐ Are the person named in the relating petition/application.
☐ Work for company/business named in the relating petition or application.
☒ Are an attorney/representative.

**Your Preferred Form of Communication:** ☐ Mail  ☐ Phone  ☒ Fax  ☐ e:Mail

| Phone Number (Area/Country Code) | Fax Number (Area/Country Code) | e:Mail Address |
|---|---|---|
| (408) 287-0320 | (408) 287-0516 | zaheer_z@pacbell.net |

**FOR INS USE ONLY**

Request Physically Received by INS

Date

Date

Returned

Date

Date

Resubmitted

Date

Date

Receipt

**To Be Completed By** *Attorney or Representative,* if any.
☒ Fill in box if G-28 is attached to represent the applicant.

ATTY State License
184749

**Part 2. Information about request.**

| 1. Form number of related petition or application. | 2. Classification type being requested |
|---|---|
| I-129 | R-1 |

| 3. Petitioner on the relating case | 4. Beneficiary on the relating case |
|---|---|
| SHIA ASSOCIATION OF BAY AREA | NABI RAZA MIR |

**Part 3. Signature.** *(Read the information on penalties in the instructions before completing this section)*

It is understood that if the Immigration and Naturalization Service (INS) does not issue a notice or make a request for additional evidence within 15 calendar days after this request has been physically received in the appropriate INS office, a full refund will be given to the addressee shown in Part 1 of this request.

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this request is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit being sought,

| Signature | Title (if applicable) |
|---|---|
| *[signature]* | |

| Print Your Name | Date (MM/DD/YYYY) |
|---|---|
| ZAHEER ZAIDI | 10/22/2004 |

**Part 4. Signature of person preparing form if other than above.** *(Sign below.)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|
| | ZAHEER ZAIDI | |

| Firm Name and Address | Daytime Phone Number (Area Code and Number) |
|---|---|
| ELIA LAW FIRM<br>510 N. FIRST STREET, SUITE 216, SAN JOSE, CA 95112 | (408) 287-0320 |

## START HERE - Please Type or Print

## Part 1.   Information about the employer filing this petition.
If the employer is an individual, use the top name line.   Organizations should use the second line.

| Family Name | Given Name | Middle |
|---|---|---|

Company or Organization Name   Shia Association of Bay Area

Address - Attn:   Sajjad Mir

| Street Number and Name   2725 South White Road | Apt. # |
|---|---|

| City   San Jose | State or Province   CA |
|---|---|

| Country   USA | Zip/Postal Code   95148 |
|---|---|

IRS Tax #   77-0050810

## Part 2.   Information about this Petition.
*(See instructions to determine the fee.)*

1. Requested Nonimmigrant Classification:
*(write  classification symbol at right)*  _____

2. Basis for Classification *(check one)*
   a. ☐ New employment
   b. ☒ Continuation of previously approved employment without change
   c. ☐ Change in previously approved employment
   d. ☐ New concurrent employment

3. Prior petition.   If you checked other than "New Employment" in item 2. (above) give the most recent prior petition number for the worker(s):  Visa issued at Embassy w/o a petition

4. Requested Action: *(check one)*
   a. ☐ Notify the office in Part 4 so the person(s) can obtain a visa or be admitted (NOTE: a petition is not required for an E-1, E-2, or R visa).
   b. ☐ Change the person(s) status and extend their stay since they are all now in the U.S. in another status (see instructions for limitations).  This is available only where you check "New Employment" in item 2, above:
   c. ☒ Extend or amend the stay of the person(s) since they now hold this status.

   Total number of workers in petition:
   *(See instructions for where more than one worker can be included.)*  ONE

## Part 3.   Information about the person(s) you are filing for.
Complete the blocks below.  Use the continuation sheet to name each person included in this petition.

If an entertainment group, give their group name.

| Family Name   MIR | Given Name   Nabi | Middle   Raza |
|---|---|---|

| Date of Birth *(Month/Day/Year)*   07/10/1970 | Country of Birth   India |
|---|---|

| Social Security #   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 | A #   None |
|---|---|

If in the United States, complete the following:

| Date of Arrival *(Month/Day/Year)*   02/15/2002 | I-94 #   07185970011 |
|---|---|

| __rrent Nonimmigrant Status   R-1 | Expires *(Month/Day/Year)*   01/01/2005 |
|---|---|

*Continued on back.*

### FOR INS USE ONLY

Returned

Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

Interviewed
☐ Petitioner
☐ Beneficiary

Class: _____
# of Workers: _____
Priority Number: _____
Validity Dates:   From _____
To _____

☐ Classification
☐ Consulate/POE/PFI Notified

At: _____
☐ Extension Granted
☐ COS/Extension Granted

Partial Approval (explain)

Action Block

| To Be Completed by ***Attorney or Representative***, if any |
|---|
| ☒ Fill in box if G-28 is attached to represent the applicant |

VOLAG # _____

ATTY State License #
184749

## Part 4. Processing Information

a. If the person named in Part 3 is outside the U.S. or a requested extension of stay or change of status cannot be granted, give the U.S. consulate or inspection facility you want notified if this petition is approved.

Type of Office *(check one):* ☒ Consulate ☐ Pre-flight inspection ☐ Port of Entry

Office Address *(City)* Chennai

U.S. State or Foreign Country India

Person's Foreign Address I-K Road, Alipur, Karnataka 561224, India

b. Does each person in this petition have a valid passport?
  ☐ Not required to have passport ☐ No - explain on separate paper ☒ Yes

c. Are you filing any other petitions with this one? ☒ No ☐ Yes - How many? _____

d. Are applications for replacement/Initial I-94's being filed with this petition? ☒ No ☐ Yes - How many? _____

e. Are applications by dependents being filed with this petition? ☐ No ☒ Yes - How many? _one_____

f. Is any person in this petition in exclusion or deportation proceedings? ☒ No ☐ Yes - explain on separate paper

g. Have you ever filed an immigrant petition for any person in this petition? ☒ No ☐ Yes - explain on separate paper

h. If you indicated you were filing a new petition in Part 2, within the past 7 years has any person in this petition:

  1) ever been given the classification you are now requesting? ☐ No ☐ Yes - explain on separate paper
  2) ever been denied the classification you are now requesting? ☐ No ☐ Yes - explain on separate paper

i. If you are filing for an entertainment group, has any person in this petition not been with the group for at least 1 year? ☐ No ☐ Yes - explain on separate paper

## Part 5. Basic Information about the proposed employment and employer. *Attach the supplement relating to the classification you are requesting.*

Job Title Resident Aalim/Head Priest

Nontechnical Description of Job Lead religious congregation, conduct religious ceremonies, provide religious leadership

Address where the person(s) will work Same as in Part 1 if different from the address in Part 1.

Is this a full-time position? ☐ No - Hours per week ☒ Yes

Wages per week Approximately $500.00

Other Compensation *(ain)* Housing and medical insurance benefits

Value per week or per year $450.00 (App.)

Dates of intended employment From: 01/01/2005 To: 01/01/2007

Type of Petitioner - *check one:* ☐ U.S. citizen or permanent resident ☒ Organization ☐ Other - explain on separate paper

Type of business: Non-profit religious organization.

Year established 1979

Current Number of Employees One

Gross Annual Income $127,459.00

Net Annual Income

## Part 6. Signature. *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition, and the evidence submitted with it, is all true and correct. If filing this on behalf of an organization, I certify that I am empowered to do so by that organization. If this petition is to extend a prior petition, I certify that the proposed employment is under the same terms and conditions as in the prior approved petition. I authorize the release of any information from my records, or from the petitioning organization's records, which the Immigration and Naturalization Service needs to determine eligibility for the benefit being sought.

Signature and Title

President

Print Name Sajjad Mir

Date

Please Note: If you do not completely fill out this form and the required supplement, or fail to submit required documents listed in the instructions, then the person(s) filed for may not be found eligible for the requested benefit, and this petition may be denied.

## Part 7. Signature of person preparing form if, other than above.

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have any knowledge.

Signature

Print Name Zaheer Zaidi

Date 10/10/2004

Firm Name and Address Elia Law Firm 510 N. First Street, Suite 216, San Jose, CA 95112

U.S. Department of Justice
Immigration and Naturalization Service

| Name of person or organization filing petition: | Name of person you are filing for: | |
|---|---|---|
| ..hia Association of Bay Area | Nabi | MIR |

**Section 1.** Complete this section if you are filing for a Q international cultural exchange alien.

I hereby certify that the participant(s) in this international cultural exchange program:
- is at least 18 years of age,
- has the ability to communicate effectively about the cultural attributes of his or her country of nationality to the American public, and
  has not previously been in the United States as a Q nonimmigrant unless he/she has resided and been physically present outside the U.S.
- for the immediate prior year.

I also certify that the same wages and working conditions are accorded the participants as are provided to similarly employed U.S. workers.

Petitioner's signature                                              Date

**Section 2.** Complete this section if you are filing for an R religious worker.

List the alien's, and any dependent family members, prior periods of stay in R classification in the U.S. for the last six years, Be sure to list only those periods in which the alien and/or family members were actually in the U.S. in an R classification.

| | |
|---|---|
| Mir Nabi Raza Abedi | 02/15/2002 to 01/01/2005 |
| Syeda Gulshan Zehera | 02/27/2003 to 01/01/2005 |
| Mir Ahmed Raza | 02/27/2003 to 01/01/2005 |
| Mir Ali Raza | 02/27/2003 to 01/01/2005 |

Describe the alien's proposed duties in the U.S.

Provide religious leadership; Act as the Spiritual Adviser of the Sunday School; Lead prayers and conduct other Islamic services, including conducting marriage and funeral ceremonies; Spread teachings of Islam according to Fiqh-e-Jafria; Be available to give speeches at all the religious gathering and functions of SABA; Provide interpretation of Islamic laws to the Board of Directors and members of SABA and the general public; Provide his opinion on adherence of all SABA corporate matters and activities to Islamic jurisprudence; Work closely with SABA Inc. Board of Directors to implement and uphold the constitution of SABA Inc.; Contribute articles in our monthly newsletter called Ba'ad-e-Saba;

Describe the alien's qualifications for the vocation or occupation.

Dr. Mir earned both his Bachelor's and Master's degrees from Qum Islamic Sciences Seminary Complex, Qum, Iran from 1986 to 1993 with Theology and Islamic Sciences as the main subjects. He also earned his Ph.D from University of Tehran, Imam-e-Sadiq Institute, Tehran, Iran, in 1995, with Islamic Theology and Philosophy as the subjects of his thesis. Besides being Resident Aalim (Head Priest) for SABA since February 2002, Dr. Mir has also served as a Resident Scholar for the Islamic Community of Tokyo, Japan, on voluntary basis from March 2000 to December 2001, while he worked there as import manager. During 1995-1998 he was the principal of the Imam Bagher Center, in Alipur, India, responsible for the overall academic performance of the seminary.

Description of the relationship between the U.S. religious organization and the organization abroad of which the alien was a member.

The U.S. religious organization, Shia Association of Bay Area is not related in any way to any of the organizations Mr. Mir has worked for other than just sharing the Shiite faith with those organizations.