

ANS-1-2348483

UNITED STATES OF AMERICA

Issuing Post Name
TOKYO

Control Number
20013331692001

Surname
MIR

Given Name
NABIRAZA

Passport Number          Sex       Visa Type /Class      Nationality
A8367129                  M         R    R1               IND

Birth Date
10JUL1970

Issue Date               Expiration Date
03JAN2002                01JAN2005

Entries
M

Annotation
SHIA ASSOCIATION OF BAY AREA
SAN JOSE CA
VISAS SIX STATE 222312          JAN 02        44936872         0100

VNUFMIR<<NABIRAZA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
A8367129<3IND7007101M0201036R11044692081720D6

---

T1 00L958LT1

Immigration and
Naturalization Service

I-94
Departure Record

Departure Number

14 Family Name
M I R

15 First (Given) Name
N A B I R A Z A

16 Country of Citizenship
I N D I A

17 Birth Date (Day/Mo/Yr)
1 0 0 7 7 0

See Other Side

STAPLE HERE

Departure Number

071859700 11 ₁₂₀ U.S. IMMIGRATION
SFR 3127
ADMITTED

Immigration and
Naturalization Service

FEB 2 0 2004

I-94
Departure Record

CLASS $R$ (
UNTIL

01-01-2005

14. Family Name

M I R

15. First (Given) Name

N A B I , R A Z A

16. Birth Date (Day/Mo/Yr)

1 0 0 7 7 0

17. Country of Citizenship

I N D I A

**See Other Side**        **STAPLE HERE**

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.

You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

**Port:**                                                    **Departure Record**

**Date:**

**Carrier:**

**Flight #/Ship Name:**

CZ-2150



**Bismillah-hir-Rehman-nir-Raheem**
**In the name of Allah (God) the Beneficent and Merciful**

November 30, 2004

Department of Homeland Security
U.S. Citizenship and Immigration Services
24000 Avila Road, 2nd Floor, Room 2302
Laguna Niguel, CA 92677

> RE: Letter in Response to Request for Evidence Received Regarding Shia Association of San Francisco Bay Area's Petition for Special Immigrant for the Beneficiary, Nabi Raza Mir.

Dear Sir/Madam:

I, the undersigned, Syed M. Haider Ali, am the Secretary of the Board of Directors of Shia Association of San Francisco Bay Area (SABA). I am an authorized official of SABA having the authority to speak on behalf of SABA and to respond to any questions or issues raised by Citizenship and Immigration Services in Request for Evidence, dated November 4, 2004.

## EVIDENCE PERTAINING TO THE PETITIONER

- ### Congregation:

What is the size of the petitioner's congregation?

The size of congregation varies depending upon the occasion of the congregation and other factors like weekend or other holidays.

Following is the best estimate of the size of congregation at SABA:

| | |
|---|---|
| Every Thursday Evening | About 70 to 130 congregants |
| Every Friday (Midday) Prayers | About 45 to 65 congregants |
| Every Evening During Whole Month of Ramadan | About 200 to 300 congregants |
| Ramadan Eid and Eid Al Adha Prayers | More than 500 congregants |
| During the First ten days of Moharram | About 500 to 700 congregants |
| 10th Day of Moharram | About 700 congregants |
| Every four days of every week of Moharram, Safar and ten days of Rabbi-Al Awwal | About 150 to 200 congregants |
| Death Anniversary and Birthdays of the Fourteen Masoomeen | About 200 to 300 congregants |

Submit a current church directory verifying the number of actual congregation containing their names, addresses, and telephone numbers.

Please find enclosed SABA's current mailing list containing congregants' names, addresses, and telephone numbers. **Please see Exhibit A.** Please be advised that this list is SABA's confidential information and we request you to protect the same from public dissemination in view of members' privacy concerns. SABA's newsletter, *Baad-e-Saba*, is mailed to all the names and addresses on the mailing list.

- **Employees:**

  Provide a list of the current number of paid individuals within the petitioner's denomination including full name(s), position title(s) and description(s), amount of salary, and date(s) of hire.

  Dr. Nabi Raza Mir is the only paid individual with SABA's denomination. SABA has no other paid employees.

  | | |
  |---|---|
  | Employee's Name: | Dr. Nabi Raza Mir |
  | Position/Title: | Resident Aalim (Minister/Head Priest/Religious Preacher) |
  | Amount of Salary: | $2,000.00 per month, plus benefits and accommodation |
  | Date of Hire: | February 15, 2002 |

- **Petitioner Location:**

  Submit documentary evidence to prove religious activity at 2725 South White Road, San Jose, CA 95148. Include the following:

- A copy of the city or county fire department occupancy permit for the petitioner's location;
- Copies of utility bills and telephone bills for the last three months;
- Color photographs of the petitioner's location, both inside and outside the building.

Please find enclosed a sampling of weekly program e-mailed to the members of SABA, demonstrating the fact that religious activity has been conducted at 2725 South White Road, San Jose, CA 95148. **Please see Exhibit B.**

Please find enclosed two water bills payable to City of San Jose covering the periods between
03-24-04 to 05-20-04 and 05-20-04 to 07-19-04. **Please see Exhibit C.**

Please find enclosed three telephone bills payable to SBC covering the periods between June 26 - July 25, 2004; July 26 -August 25, 2004; and August 26 - September 25, 2004. **Please see Exhibit D.**

Please find enclosed PG&E bills July, August, September, and October 2004. **Please see Exhibit E.**

Please find enclosed color photographs of the location (2725 S. White Road., San Jose, CA 95148. **Please see Exhibit F.**

Please be advised that SABA, Inc. is in the process of buying a more spacious building in Sunnyvale, California, not far from San Jose, California. As an incentive to SABA, Inc. the seller has temporarily made available to SABA, Inc. a location in Santa Clara, California, to be specific the premises at 851 Martin Ave., Santa Clara, CA 95050 on a temporary lease valid until June 1, 2005.

Thus, effective from October 15, 2004, the location of SABA operations or religious activity organized and conducted by SABA *has changed from 2725 S. White Road, San Jose, CA 95148* to *851 Martin Ave., Santa Clara, CA 95050.*

In this regard, please find enclosed the Occupancy Agreement between SABA, Inc. and property owners James S. Lindsey and Kalil Jenab, relating to the temporary use of premises at 851 Martin Ave., Santa Clara, CA 95050. **Please see Exhibit G.**

Please find enclosed Business Licence issued by the City of Santa Clara. **(Please see Exhibit H.)**

Please find enclosed the Fire and Life Safety Inspection Report issued by the Santa Clara Fire Department for the premises at 851 Martin Ave., Santa Clara, CA 95050. **(Please see Exhibit I.)**

Please find enclosed color photographs of the location (851 Martin Ave., Santa Clara, CA 95050). **(Please see Exhibit J.)**

Please find photographs of Dr. Nabi Raza Mir addressing the congregation and leading prayers at the congregation on various occasions. **(Please see Exhibit K.)**

Please find enclosed a sampling of weekly program e-mailed to the members of SABA, demonstrating the fact that religious activity is now being conducted at 851 Martin Ave., Santa Clara, CA 95050. **(Please see Exhibit L.)**

### EVIDENCE PERTAINING TO RELIGIOUS DENOMINATION

* **Religion**: What does the petitioner consider to be its religion? If it is a non-denominational, multi-denominational or inter-denominational religious organization, please indicate such.

The petitioner considers Islam to be our religion. Islam is multi-denominational. Examples are Shia, Sunni, Sunni-Hambali, Sunni-Hanafi, Sunni-Shafa'ie, Sunni-Wahabi, etc.

* **Petitioner's Religious Organization:** What does the petitioner consider to be its religious denomination?

Petitioner considers its religious denomination as Shia Ithna-Ashari Jafari Muslim. Sometimes, this denomination is just referred as Shia Muslims or Shia Imamiya Muslims, Ithna-Ashari Muslims, or Shia Ithna-Ashari, or Jafari Muslims or Shia Jafari Muslims.

- **Petitioner's Religious Organization:** <u>What is the petitioner's form of ecclesiastical government?</u>

There is no ecclesiastical government in Islam. There is no comparable positions in Islamic clergy as archbishops and bishops, deans and chapters, archdeacons, rural deans, parsons and vicars, and curates, etc.

- <u>What is the petitioner's creed or statement of faith?</u>

Islam is the religion that Allah (The One God, the Merciful, the Beneficent, the One who is not the child of anyone or Who has no children, the All-knowing, the All-powerful) has chosen for all humans. Through numerous prophets, 1,24,000 in number, Allah has sent guidance to humans. Prophet Adam, Noah, Ibrahim, Moses, Jesus Christ and Prophet Muhammad (Peace be upon them) have all brought messages to mankind from Allah. Prophet Muhammad (Peace be upon him) is the last of the prophets that Allah has sent to Earth to guide the mankind.

After a series of prophets, Allah created a chain of 12 Imams, The Right Guides, The Innocents (*Ma'soomeen*). Imam Ali (peace be upon him) is our First Imam. Imam Mahdi (our salutations unto him) is the last imam. Imam Mahdi is in occultation and we wait for his return.

Petitioner has attempted to come up with a statement of faith, but it is very difficult to explain in few words our statement of faith.

Please find enclosed two books, which will explain in detail our religious denomination. **(Please see Exhibit M.)**

<u>What is the form of worship utilized?</u>

The followers of our religious denomination are obligated to offer prayers five times a day and fast during the month of Ramadan, and offer a pilgrimage to the city of Makkah (Haj), strive and make progress in all aspects of one's life, enjoining good and forbidding evil.

<u>What is the formal or informal code of doctrine and discipline?</u>

**Please see Exhibit M.**

When and where are religious services held?

A sampling of the weekly program e-mailed to the members of SABA, is a good example of religious activity conducted and organized by SABA, Inc. **(Please see Exhibit B and L.)**

- **Foreign Religious Organization:** <u>What is the name of the religious organization abroad?</u>

There is no religious organization abroad that SABA, Inc. has any affiliation with.

> Explain how the affiliation exists between the religious denomination abroad and the petitioner's religious organization.

The only affiliation or commonality that exists between the religious denomination abroad (Shia Ithana-Ashari Jafari Muslims) and SABA, Inc. is the religious denomination itself.

> Provide proof in the form of a corresponding registry, directory or association showing the connection between the churches.

No such connection exists.

> Submit a letter from a Principal or Superior of the governing body of the denomination in the United States verifying such commonalities as the ecclesiastical government, a recognized creed and form of worship, a formal code of doctrine and discipline; religious services and ceremonies; established places of religious worship, and religious congregations.

There is no ecclesiastical government in petitioner's religious denomination and there is no official connection between SABA, Inc. and any other church or mosque abroad. Spiritually, The Grand Mosque in Makkah and the Mosque in Madinah Munawwarah are the holiest.

### EVIDENCE PERTAINING TO THE BENEFICIARY'S MEMBERSHIP

- **Beneficiary's Membership**: Provide evidence that the beneficiary has the two-year membership in the religious denomination. Evidence may include a baptismal records, evidence of conformation, certificates of participation, awards given, titles conferred, attendance records, etc.

I, the undersigned, as a Secretary of the Board of Directors of SABA, Inc. hereby certify that Dr. Nabi Raza Mir is member of our religious denomination, Shia Ithna-Ashari Jafari Muslim. I, along with other members of our organization have observed Dr. Mir not only practice the practices of our religious denomination, but lead the practices of our religious denomination for more than 2 years.

Please find enclosed the Declaration of Muzaffar Ali Khan, Declaration of Seyed Mojtaba Beheshti and Declaration of Dr. Nabi Raza Mir, establishing beneficiary's two-year membership in the petitioner's religious denomination. **(Please see Exhibit N.)**

- **Religious Participation History:** Provide a listing of the beneficiary's religious participation history from the time he or she became a member of your religious organization. Include the position titles, detailed job descriptions, and dates the beneficiary held those positions.

Most of the times, since Dr. Mir arrived in San Jose, California on February 15, 2002, Dr. Mir has led the prayers of the congregation, addressed the congregation, provided religious leadership and has acted as the head priest or minister since he arrived in San Jose, California. The job description of Resident Aalim as described in SABA, Inc.'s letter, dated October 11, 2004, is hereby incorporated in reference.

The history of religious participation is fairly represented in the weekly e-mail messages sent to SABA, Inc. members. **(Please see Exhibits B and L)**

Finally, I hope that all the issues raised by your Request for Evidence have been addressed, and thus I request that SABA, Inc.'s I-129 Petition for Special Immigrant for the Beneficiary, Nabi Raza Mir be approved.

If you have any questions, please feel free to contact us.

Sincerely

Syed Muhammad Haider Ali
Secretary of the Board of Directors

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 |
| --- | --- |
| WAC-05-021-52820 | PETITION FOR A NONIMMIGRANT WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| --- | --- | --- |
| November 1, 2004 | | SHIA ASSN OF BAY AREA |

| NOTICE DATE | PAGE | BENEFICIARY |
| --- | --- | --- |
| December 15, 2004 | 1 of 1 | MIR, NABI R. |

ZAHEER ZAIDI
ELIA LAW FIRM
RE: SHIA ASSN OF BAY AREA
510 N FIRST ST STE 216
SAN JOSE CA 95112

Notice Type: Approval Notice
Class: R1
Valid from 01/02/2005 to 01/01/2007

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) may work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 09/07/93)N

---

Detach This Half for Personal Records

Receipt # WAC-05-021-52820
I-94# 071859700 11
NAME MIR, NABI R.
CLASS R1

VALID FROM 01/02/2005 UNTIL 01/01/2007

PETITIONER: SHIA ASSN OF BAY AREA
2725 S WHITE RD
SAN JOSE CA 95148

Form I797A (Rev. 09/07/93)N

---

**071859700 11**

Receipt Number WAC-05-021-52820
Immigration and
Naturalization Service

I-94
Departure Record

Petitioner: SHIA ASSN OF

| 14. Family Name |
| --- |
| MIR |

| 15. First (Given) Name | 16. Date of Birth |
| --- | --- |
| NABI | 07/10/1970 |

| 17. Country of Citizenship |
| --- |
| INDIA |

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I360 PETITION FOR AMERASIAN, WIDOWER, |
|---|---|---|
| WAC-05-134-52734 | | OR SPECIAL IMMIGRANT |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| April 11, 2005 | | SHIA ASSOCIATION OF BAY AREA INC |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| April 12, 2005 | 1 of 1 | MIR, NABI R. |

ZAHEER ZAIDI
ELIA LAW FIRM
RE: SHIA ASSO OF BAY AREA INC
510 N FIRST ST STE 216
SAN JOSE CA 95112

Notice Type: Receipt Notice

Amount received: $ 185.00

Section: Special Immigrant Religious
Worker, Sec.101(a)(27)(C)(ii)

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111



# U. S. Citizenship and Immigration Services

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
## Posted November 04, 2005

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Service Center is processing and the date the cases were received by the Service Center.

**How do I use this chart?**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Service Center.

**When Can I Call The National Customer Service Center?**

If you filed your case 30 days or more before the date shown under the heading "Processing Cases with Receipt Date of" and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and you responded more than 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

If you have filed any of the following forms and the indicated times have passed, please call our National Customer Service Center at 1-800-375-5283.

> Form EOIR-29: If you filed more than 60 days ago and you need to confirm that your case was sent to the Board of Immigration Appeals.
>
> Form I-290A, Motion to Reopen or Reconsider: If you filed more than 6 months ago and you have not received a reply.
>
> Form I-290B, Notice of Appeal to the Administrative Appeals Unit:
>
> > Initial receipt and preliminary processing: If you filed more than 60 days ago (from the date of receipt by the Service Center), and you need to confirm that your case was sent to the Administrative Appeals Office.
> >
> > Remands and sustained decisions: If it has been more than 60 days since the date the Administrative Appeals Office notified you in writing that it remanded (sent your case back) to the Service Center or sustained the decision (decided in your favor), and you have not received a response from the Service Center.

√aiver of the 2-Year Foreign Residence Requirement (For waiver applications that DO NOT require Form I 12). This includes waivers based on No Objection Statements, Interested Government Agency requests, and tate Health Department requests. If the Department of State's Waiver Review Division sent the favorable ⸍aiver recommendation to the Service Center more than 60 days ago, and you have not received a response ·om the Service Center.

Service Center Processing Dates for **California** Posted November 04, 2005

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|------|-------|-----------------------------------|--------------------------------------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | September 21, 2005 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | September 27, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | October 27, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | August 18, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | October 30, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | October 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | October 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | October 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | September 02, 2005 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | September 02, 2005 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | July 07, 2005 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | May 05, 2005 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| | | | |

| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
|---|---|---|---|
| I-131 | Application for Travel Document | All other applicants for advance parole | October 01, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | June 16, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | June 16, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | June 16, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | June 16, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | July 29, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | June 02, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | July 18, 2005 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | August 03, 2005 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | October 01, 2005 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | Religious workers | June 16, 2005 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | June 16, 2005 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 02, 2005 |
| I-526 | Immigrant Petition By Alien Entrepreneur | . | September 21, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | August 03, 2005 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | August 03, 2005 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | August 08, 2005 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | June 11, 2005 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | August 17, 2005 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | August 18, 2005 |
|  | Application for Employment | Based on a pending asylum application [(c) |  |

| I-765 | Authorization | (8)] | September 02, 2005 |
|-------|---------------|------|---------------------|
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | October 01, 2005 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | August 03, 2005 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | August 03, 2005 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | August 17, 2005 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | July 19, 2005 |
| I-821 | Application for Temporary Protected Status | El Salvador initial or late filing | August 03, 2005 |
| I-821 | Application for Temporary Protected Status | El Salvador extension | August 03, 2005 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua initial or late filing | August 03, 2005 |
| I-821 | Application for Temporary Protected Status | Honduras and Nicaragua extension | August 03, 2005 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | August 17, 2005 |
| I-829 | Petition by Entrepreneur to Remove Conditions | Removal of lawful permanent resident conditions (immigrant investors) based on PL107-273 | September 10, 1997 |

Print This Page       Back

11-17-2005 05:52 PM EST

## CALIFORNIA SERVICE CENTER
## FAX INQUIRY SHEET
Effective 10/22/01

INDICATE DATE OF EACH INQUIRY

(SIGNATURE OF ATTORNEY/APPLICANT REQUIRED)

Respond to: Zaheer Zaidi

Address: 510 N. First St., #216

San Jose, CA 95112

E-mail: zaheer_z@pacbell.net

Fax (required): (408) 287-0516

Phone: (408) 287-0320

1st INQUIRY: 07/18/2005
Div I:    (949) 389-3055
(I-131, I-140, I-360, I-485, I-526, I-829)
Div II:   (949) 389-3197
(I-102, I-129, I-539)
**Premium Processing** (949) 389-3460
Div III:  (949) 389-3482
(I-130, I-751, I-129F)

Div IV:   (949) 389-3484
(I-90SAW, I-765, I-821TPS, I-817, N-400)
          (949) 389-3483 (Legalization)
DIV V:    (949) 389-3485(I-90, Waivers (I-212/612), I-824, I-881, NACARA)
2nd INQUIRY: 09/06/2005
(ACD)  Div I:      (949) 389-3486
       Div II:     (949) 389-3402
       Div III:    (949) 389-3219
       Div IV:     (949) 389-3198
3rd INQUIRY:
(Ombudsman):    (949) 643-1538

WAC # and/or A #: WAC-05-134-52734

Date of Filing: April 11, 2005

Type of Application/Petition: I-360

Name of Applicant/Petitioner (only): Shia Association of Bay Area INC

(For Motion-to-Reopen/Reconsider include original petition WAC #)

(For I-485 Cases, provide the following:)

Principal Name: _____    Country of Citizenship: _____
Principal WAC#: _____    Principal A#: _____
Principal Visa Category: _____    Principal Priority Date: _____
Principal Approved I-360, I-140, I-526 WAC#: _____

## NATURE OF INQUIRY
X___  Case pending beyond JIT processing time frame.
_____  Notice which is clearly erroneous.

**Explanation/Emergency Request:**
As per the Visa Bulletin for July 2005, the current processing date for I-360 (Religious Workers) is April 25, 2005, which is byond April 11, 2005, the date when the above petition was filed.

*** INS RESPONSE**INS RESPONSE **INS RESPONSE**INS RESPONSE***

In response to your fax inquiry, please note the item(s) checked below:

_____  The application/petition is not outside current processing time. Cases are adjudicated in the order received. Currently, we are adjudicating cases with receipt dates of _____. Do not call or send additional inquiries until 30 days after the date published on the JIT report. Your cooperation and assistance are appreciated.

_____  The application/petition was transferred to NVC. Please contact them directly.

_____  The application/petition was transferred to the INS office in _____.

_____  The application/petition was approved on _____ and a notice was mailed.

_____  If you want a duplicate approval notice, please file Form I-824.

_____  The application/petition was adjudicated correctly.

_____  The application/petition was denied on _____ and a decision was mailed. Contact us again if you have not received a notice within 30 days.

_____  Your Form G-28 Notice of Appearance is not on file; you must submit an original.

Comments: _____

_____

CSC Inquiry Form, Updated 10/18/01



**U.S. Citizenship
and Immigration
Services**

ZAHEER ZAIDI
510 N FIRST STREET # 216
SAN JOSE, CA 95112

Dear Sir or Madam:

You recently submitted an inquiry to the California Service Center (CSC) via fax or letter. However, USCIS has launched a new referral tracking system through our 1-800 number. To ensure that customer inquiries are handled as effectively and quickly as possible, we are no longer accepting inquiries via fax or letter. Instead, we ask that you call our National Customer Service Center, which is available Monday through Friday, 8:00 AM – 5:00 PM, PST at *1-800-375-5283*. The National Customer Service Center will forward and track your inquiry with us to resolution.

Please note that we will continue to accept expedite requests via fax at 949-389-3441. Expedite requests must meet the strict criteria noted on our website at www.uscis.gov.

Finally, please note that USCIS provides a case-status on-line inquiry service on our website at www.uscis.gov.

Thank you.

California Service Center
Congressional & Customer Relations Division XII

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS

JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494–1388

PETEMAIL@MAIL.HOUSE.GOV

# CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515

November 16, 2005

Semin Balkhi
39567 Ross Common, #K
Fremont, CA 94538

Dear Mr. Balkhi:                    Ref: WAC-05-134-52734

Enclosed is the reply I received to my inquiry on your behalf. Although discouraging, I hope this information is helpful.

Sincerely,

Pete Stark
Member of Congress

FHS/gh

510-552-1895
Sufiq-

3

U.˙ ˙partment of Homeland Security
24 ˙vila Road
Laguna Niguel, CA 92677



**U.S. Citizenship
and Immigration
Services**

# Facsimile Transmission

To:
The Honorable Congressman Stak   Attention: **Gaye Hyde**                    Fax Number: **510-494-5852**

From:
California Service Center, Congressional Liaison Unit                         Fax Number:

Date: **NOV 1 5 2005**

Number of pages including cover:
1

Subject: I-360, WAC 05-134-52734
      Shia Association of Bay Area Inc, Petitioner
   .  Nabi Mir, Benficiary

**Comments**:

· The above referenced petition is currently pending. The case has been selected for detail review. This process will take longer than normal processing time. If additional information is needed, your constituent will be notified. USCIS will make every effort to complete the pending petition. Your assistance and cooperation in helping us ensure the integrity of our immigration system is appreciated.

This response concludes the Congressional Liaison Unit's action on your inquiry. We hope this information will assist you in responding to your constituent. If we can be of further assistance, please feel free to contact us.

Sent by:            Congressional Liaison Specialist, File # 05-5094

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication may be strictly prohibited. If you received this communication in error, please notify the sender immediately by telephone and return the communication at this address above via the United States Postal Service. Thank you.

Y                      **www.uscis.gov**

# ELIA LAW FIRM

ZAHEER ZAIDI
ATTORNEY AT LAW

510 N. First Street, # 216
San Jose, CA 95112

Tel: (408) 287-0320
Fax: (408) 287-0516

December 16, 2005

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor, Room 2302
Laguna Niguel, CA 92677

> RE: Emergency Request to Expedite the approval of SABA
> Inc.'s I-360 Petition for Nabi Raza Mir

Dear sir/madam:

This is an emergency request to approve Shia Association of Bay Area's I-360 Petition for Nabi Raza Mir, who is serving as the Shia Association of Bay Area as the main priest or Resident Aalim since January 2002. His R-1 renewal application was approved on December 15, 2004.

This request is being filed due to an emergency. Mr. Mir's mother, Ms. Syedunnisa, is seriously ill and needs heart surgery immediately. It is paramount that he be with her at this crucial time. On approval of the I-360, he can then file the I-485 application with the request for advance parole.

An I-360 Petition was filed by Shia Association of Bay Area on April 12, 2005. [WAC-05-134-52734] According the U.S.C.I.S. web site it is processing petitions filed on or before July 5, 2005.

Since he is leaving the United States at this time, he may decide to join the annual pilgrimage in Saudi Arabia if circumstances so permit.

It is requested that the pending petition's approval be expedited.

Sincerely yours

Zaheer Zaidi

Please Note the Change of Address for the Petitioner Shia Association of Bay Area as follows:

4415 Fortran Ct., San Jose, CA 95134

5



*Associate Hospital of*
HARVARD MEDICAL
INTERNATIONAL

November 22, 2005

## TO WHOMSOEVER IT MAY CONCERN

This is in reference to Mrs. Syedunissa, who was seen by me. She is a known case of chronic stable angina with single vessel disease. She will require a repeat Coronary Angiogram followed by revascularization, preferably Coronary Artery Bypass Graft Surgery.

Dr. Sunil Dwivedi
Consultant Cardiologist

WOCKHARDT HOSPITAL & HEART INSTITUTE
14, CUNNINGHAM ROAD
BANGALORE-560 052



**Wockhardt Hospital & Heart Institute**
14, Cunningham Road, Bangalore - 560 052, India.
Tel : 91-80-51994444, 22261037, Fax : 91-80-22281149, Email : whhi@vsnl.com website : www.wockhardthospitals.com



6



ಶ್ರೀ ಜಯದೇವ ಹೃದ್ರೋಗ ಚಿಕಿತ್ಸಾ ಕೇಂದ್ರ

# SRI JAYADEVA INSTITUTE OF CARDIOLOGY
(Regd. Autonomous Institute)

**Dr. B. Kumar**
Prof of Cardiology

Bannerghatta Road, Bangalore - 560 069. Phone No. : 6534600
**Extn. No. 1300**

Date :

Cath No. :

Angio No. :



LM

LAD → 90% lesion of D₁

S1 → 70%

RCA → Normal

CX → Normal

D₁

OM R1

OM II
OM III
OM IV

D₂

PDA

1-NORMAL
2-HYPO KINESIA
3-AKINESIA
4-DYSKINESIA
5-ANEURYSM

LV ANGIOGRAM

Normal



ಶ್ರೀ ಜಯದೇವ ಹೃದ್ರೋಗ ಚಿಕಿತ್ಸಾ ಕೇಂದ್ರ,

SRI **JAYADEVA** **C**ARDIOLOGY
**INSTITUTE** OF
(Deed Autonomous Institute)

**Dr. B Kumar**   Bannerghatta Road, Bangalore - 560 069. Phone No. : 6534600
Prof of Cardiology                                   Extn. No. 1300

Jayadev m'c

Cath lab

21/11/05

CAD. Stable angina Class II        c/o Retrosternal
            DOE class II                burning · TC food
                                            Intake.
Ess HTN/Dyslipidaemia:
Normal Lv - function
CAG (April '05): SVG — LAD long segment
                                       lesion.
                              (Adv · PTCA+stent L LAD)
                                            DES.

Vitals : HR: 84/min
         Bp: 140/80 mmHg
In view of Ongoing anginal pain, need of revascularization
at the earliest, is explained to attender.
         (5) PCI PTCA+stent L LAD (at the earliest)
Ready for PTCA (Need Estimation for financial
                              preparation).

To meet Dr Poobhavathi
       Dr K.H Srinivas    Adv

Cap Angispan TR  6 5 0  1-o-r
T. Clavix. 75g  1-o-o
T Dilcontin XL 120g 1-o-o
T Tonad 10g o-o-1

Cap. Nexpra 1-o-o . x10 days.
Seroflow 1 Puff ——— 1 Puff.

For Dr C N Manjunath

8

Dear Mir Nabi Raza

ealamun AliKum

I hope you are all safe health long

the grace of god.

I inform you that your mother

health is bad. I admitted her in cerdiology

Hospital. After examination the process.

Angiogram take place. Again she is suffering

chest pain. today I again admitted in the

Hospital. Doctor Advise to again angiogram

and Heart surgary as early as posible

your mother wants to see you. without our

prisems she is not willing to don heart

Sinfany. wealing you to attend in this operation

we are wealing you to attend in this operation

es early as posible with out fail

thary

(Satir) Mir Nader Ali.

9



ಶ್ರೀ ಜಯದೇವ ಹೃದ್ರೋಗ ಚಿಕಿತ್ಸಾ ಕೇಂದ್ರ

# SRI JAYADEVA INSTITUTE OF CARDIOLOGY

(Regd. Autonomous Institute)

**Dr. B. Kumar**
Prof of Cardiology

Bannerghatta Road, Bangalore - 560 069.  Phone No. : 6534600
Extn. No. 1300

## CATH REPORT

Name : SYed Unnisa          Age 68 Sex: F   IP. No: 151145    Date : 26|04|05

Angio No. | 10414/3          Cath No. :
Angio done by : Dr. B.KUMAR

**Brief History:**
          CAD: Stable angina class II
                    dysparoxysm Ess HTN/Dyslipidaemia.

**Procedure Details:** LHC done by right femoral artery approach. Coronary Angiogram
done by using Right & Left Judkins catheter.

**Hemodynamic Data:**

| | | | |
|---|---|---|---|
| LV Pressure: | mmHg | Aortic Pressure: | mmHg |
| LVEDP: | mmHg | Mean: | mmHg |

**Angio Findings:**
**Calcification of Coronaries :**

**LMCA:** Normal.

**LAD:** Type III Vessel.
          At the Junction of proximal & mid Portion, LAD Shows a
          lesion of 70%.  D₁ Shows a lesion of 90% at origin.

**LCX:** Normal

**RCA:** Normal

**LV Angio:** Normal.

**Impression:** CAD Involving LAD & D₁

**Advice:** PTCA + Stents to LAD / CABG

Dr. B.KUMAR MD DM
Prof. of Cardiology

10

# ELIA LAW FIRM

ZAHEER ZAIDI
ATTORNEY AT LAW

510 N. First Street, # 216
San Jose, CA 95112
Tel: (408) 287-0320
Fax: (408) 287-0516

November 17, 2005

Bureau of Citizenship and Immigration Services
California Service Center
24000 Avila Road,
2nd Floor, Room 2302
Laguna Niguel, CA 92677

> RE: Inquiry into the Status of SABA's I-360 Petition for
> Beneficiary Dr. Nabi Raza Mir, WAC-05-134-52734

Dear sir/madam:

Please find enclosed the receipt for Shia Association of Bay Area, Inc.'s I-360 Petition for Dr. Nabi Raza Mir [WAC-05-134-52734] which was filed on April 12, 2005.

Also find enclosed a print out of the latest processing times from U.S.C.I.S.'s web site. According the print out, the CIS is now processing petitions filed on or before June 16, 2005.

This office has sent fax inquiries and tried to contact your department through telephone with no success.

This is a request to expedite the processing of the said petition.

If you have any questions, please contact us at: (408) 287-0320 or through email at: zaheer_z@pacbell.net.

Sincerely yours

Zaheer Zaidi

/(



4415/4423 Fortran Court
San Jose, CA 95134
408.492.1601

A non-profit religious corporation
U.S. Federal EIN: 77-0050810
State of California Corp: 2080477

saba@saba-igc.org, www.saba-igc.org

November 28, 2005

**To: Congresswoman Zoe Lofgren
635 N. First St Suite B
San Jose, CA 95112**

**Subject: SABA's I-360 Petition for Beneficiary Dr. Nabi Raza Mir,
WAC-05-134-52734**

Dear Congresswoman Zoe Lofgren,

I Ali Abbas am a Board of Director of SABA Inc. I am writing to you in reference to the above petition we have filed for Dr. Nabi Raza Mir. We have been waiting patiently for the processing of the above petition by INS and so far we have not heard anything from them.

Dr. Nabi Raza Mir's mother who lives in India is undergoing a coronary bypass surgery and it has been over 4 years since Dr. Nabi Raza Mir has visited her. He would like to visit her and the family back home especially in these difficult times.

I ask that you please help us to:
1. Secure permission for Mr. Nabi Raza Mir to visit his mother and return back to US And
2. Help Expedite his visa processing

SABA is a community of over 450 families living mostly in the Santa Clara County and we will be very appreciative and thankful to you and your office for this favor.

Thank you for your consideration in this regard.

Sincerely

**Ali Abbas**
Board of Director
SABA, Inc.

/2

U.S. Department of Homeland Security

California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Saturday, January 21, 2006

NABI RAZA MIR
94 SOUTHGATE CT
SAN JOSE CA 95138

Dear NABI RAZA MIR:

On 12/05/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | ZAIDI, ZAHEER |
| **Caller indicated they are:** | An attorney |
| **Attorney Name:** | ZAHEER ZAIDI |
| **Case type:** | I360 |
| **Filing date:** | 04/12/2005 |
| **Receipt #:** | WAC-05-134-52734 |
| **Beneficiary (if you filed for someone else):** | MIR, NABI, RAZA |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

WAC-05-134-52734

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

*13*

# U. S. Citizenship and Immigration Services

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

   Call Scripts and
Information

Case Status Online

   Case Status
Search

   Logout

   My Account

   My Portfolio

   Change Password

**Case Status**

Receipt Number: WAC0513452734

Application Type: I360, PETITION FOR AMERASIAN, WIDOWER, OR
SPECIAL IMMIGRANT

Current Status:

On January 4, 2006, the document we made based on the approval or
registration of this case was mailed directly to the person to whom
issued.

You can choose to receive automatic case status updates, which will be
sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and
Petitions, click here.

Note: Case Status is available for Applications and Petitions which were
filed at USCIS Service Centers. If you filed at a USCIS Local Office, your
case status may not be reviewable online but for processing times on
forms filed at that Office please, click here.

If you have a question about case status information provided via this
site, or if you have not received a decision or advice from the USCIS
within the projected processing time frame, please contact the National
Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

Return to Portfolio List

New Search

Printer Friendly Case Status

Get Acrobat
Reader

**05-17-2006 12:32 AM EDT**

/4

# U. S. Citizenship and Immigration Services

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

   Call Scripts and
Information

Case Status Online

   Case Status
Search

   Register

   Login

   Case Status
FAQ's

**Case Status**

Receipt Number: wac0513452734

Application Type: I360, PETITION FOR AMERASIAN, WIDOWER, OR
SPECIAL IMMIGRANT

Current Status:

On January 4, 2006, the document we made based on the approval or
registration of this case was mailed directly to the person to whom
issued.

You can choose to receive automatic case status updates, which will be
sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and
Petitions, click here.

Note: Case Status is available for Applications and Petitions which were
filed at USCIS Service Centers. If you filed at a USCIS Local Office, your
case status may not be reviewable online but for processing times on
forms filed at that Office please, click here.

If you have a question about case status information provided via this
site, or if you have not received a decision or advice from the USCIS
within the projected processing time frame, please contact the National
Customer Service Center at (800) 375 - 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]



07-06-2006 10:59 PM EDT

https://egov.immigration.gov/cris/caseStatusSearch.do                                    7/6/2006

**YAHOO! MAIL**                                                    Print - Close Window

| | |
|---|---|
| **Date:** | Wed, 26 Jul 2006 21:57:38 -0700 (PDT) |
| **From:** | "Zaheer Zaidi Attorney At Law Zaidi" <zaheer_z@pacbell.net> |
| **Subject:** | Inquiry into Shia Association of Bay Area, Inc.'s I-360 Petition [WAC-05-134-52734] |
| **To:** | CSC-XII.360@dhs.gov |

Dear Immigration Officer

This is an enquiry into the status of the I-360 Petition filed by Shia Association of Bay Area, Inc for the beneficiary Nabi Raza Mir [WAC-05-134-52734], on April 11, 2005. Currently, the processing date for I-360 is January 16, 2006.

The case status on line shows the following message:
On January 4, 2006, the document we made based on the approval or registration of this case was mailed directly to the person to whom issued.

However, no approval was ever received.

Several enquiries have been made in the past.

The response to our last enquiry was dated January 21, 2006. It said that the case is not yet ready for decision as the required investigation into your background remain open. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

However, the customer service rep simply reads the computer screen and mutters what is on the screen and has not been any helpful in the past.

Please note that 6 months have passed with no progress since the January 21, 2006 response.

The beneficiary is currently on R-1 which expires on January 1, 2007. It cannot be reviewed for any further period.

You must have definitely done the necessary background check before approving the R-1 extension and you may take further time to check the background when I-485 is eventually filed.

However delay in the adjudication of the I-360 is getting to a point where the Shia Association of Bay Area, Inc. will lose their priest next January.

Please let us know what I, Petitioner or the Beneficiary can do to help you in quickly adjudicating this petition.

Please get back to us immediately.

Zaheer Zaidi
Attorney for Petitioner
Shia Assoication of Bay Area, Inc.
[408] 287-0320

*1b*



Search: [                    ]   **Web Search**

Welcome, zaheer_z@pacbell....          Mail Home  Tutorials  Help
[Sign Out, My Account]

| Mail | Addresses ▽ | Calendar ▽ | Notepad ▽ | Mail For Mobile - Upgrades - Options |

**Check Mail**   **Compose**          [                ]   **Search Mail**   **Search the Web**

**Folders**        [Add - Edit]

**Inbox (110)**
Draft
Sent
**Bulk (361)**     [Empty]
Trash              [Empty]

**My Folders**     [Hide]

**AILA (476)**
**Airlines (33)**
**CLARANET (9837)**
**CRIMIMM (2195)**
**DOCSZ (11)**
**DVasylum (535)**
**FAMVISA (312)**
**Important (7)**
**NatImmProj (3049)**
**SABA (175)**
**Santa Clara Lib...
(28)**
**US SEARCH (28)**
**WEEKSCASES (57)**
**YAHOO JUNK (6)**

**Search Shortcuts**
My Photos
My Attachments

Previous | Next | Back to Messages

**Delete**   **Reply** ▽   **Forward** ▽   **Spam**   **Move...** ▽

This message is not flagged. [ Flag Message - Mark as Unread ]      Printable View

**Subject:**  RE: Inquiry into Shia Association of Bay Area, Inc.'s I-360 Petition [WAC-05-134-52734]

**Date:**  Thu, 27 Jul 2006 06:35:49 -0700

**From:**  "CSC XII 360" <CSC-XII.360@dhs.gov>  📷 View Contact Details  📇 Add
Mobile Alert

**To:**  "Zaheer Zaidi Attorney At Law Zaidi" <zaheer_z@pacbell.net>

Zaheer Zaidi, Esq.

The case remains open and no decision has been made.    You will be notified
by mail when a decision has been made.  Thank you, Rodriguez – CAO.

---

**From:** Zaheer Zaidi Attorney At Law Zaidi [mailto:zaheer_z@pacbell.net]
**Sent:** Wednesday, July 26, 2006 9:58 PM
**To:** 360, Csc-XII
**Subject:** Inquiry into Shia Association of Bay Area, Inc.'s I-360 Petition [WAC-05-134-52734]

Dear Immigration Officer

This is an enquiry into the status of the I-360 Petition filed by Shia
Association of Bay Area, Inc for the beneficiary Nabi Raza Mir [WAC-
05-134-52734], on April 11, 2005. Currently, the processing date for I-
360 is January 16, 2006.

The case status on line shows the following message:
On January 4, 2006, the document we made based on the approval or
registration of this case was mailed directly to the person to whom
issued.

However, no approval was ever received.

Several enquiries have been made in the past.

The response to our last enquiry was dated January 21, 2006. It said that
the case is not yet ready for decision as the required investigation into

17

A T & T  Yahoo! Mail - zaheer_z@pacbell.net

Page 2 of 2

your background remain open. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

However, the customer service rep simply reads the computer screen and mutters what is on the screen and has not been any helpful in the past.

Please note that 6 months have passed with no progress since the January 21, 2006 response.

The beneficiary is currently on R-1 which expires on January 1, 2007. It cannot be reviewed for any further period.

You must have definitely done the necessary background check before approving the R-1 extension and you may take further time to check the background when I-485 is eventually filed.

However delay in the adjudication of the I-360 is getting to a point where the Shia Association of Bay Area, Inc. will lose their priest next January.

Please let us know what I, Petitioner or the Beneficiary can do to help you in quickly adjudicating this petition.

Please get back to us immediately.

Zaheer Zaidi
Attorney for Petitioner
Shia Assoication of Bay Area, Inc.
[408] 287-0320

Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages        Save Message Text | Full Headers

Check Mail | Compose                        Search Mail | Search the Web

Copyright 2006 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

/8

AT&T Yahoo! Mail



Welcome, zaheer_z@pacbell....          Mail Home  Tutorials  Help
[Sign Out, My Account]

Search: [                    ]          **Web Search**

| Mail | Addresses ▾ | Calendar ▾ | Notepad ▾ | Mail For Mobile - Upgrades - Options |

**Check Mail**   **Compose**   [                    ]   **Search Mail**   **Search the Web**

**Folders** [Add - Edit]

**Inbox (110)**
Draft
Sent
**Bulk (361)** [Empty]
Trash [Empty]

**My Folders** [Hide]

**AILA (476)**
**Airlines (33)**
**CLARANET (9837)**
**CRIMIMM (2195)**
**DOCSZ (11)**
**DVasylum (535)**
**FAMVISA (312)**
**important (7)**
**NatImmProj (3049)**
**SABA (175)**
**Santa Clara Lib... (28)**
**US SEARCH (28)**
**WEEKSCASES (57)**
**YAHOO JUNK (6)**

**Search Shortcuts**

My Photos
My Attachments

Previous | Next | Back to Messages

**Delete**   **Reply** ▾   **Forward** ▾   **Spam**   **Move...** ▾

This message is not flagged. [ Flag Message - Mark as Unread ]                    F

**Date:**    Thu, 05 Oct 2006 19:15:36 -0400 (EDT)
**From:**    "CRIS" <USCIS-SRMT@dhs.gov>  🖎 Add to Address Book  🖾 Add Mobile Alert
**Subject:** Case Status Information for Receipt Number: WAC0513452734
**To:**      zaheer_z@pacbell.net

```
*** DO NOT RESPOND TO THIS E-MAIL ***

The following is the latest information on your case status

Receipt Number: WAC0513452734

Application Type: I360 , PETITION FOR AMERASIAN, WIDOWER, OR
IMMIGRANT

Current Status:

On October 5, 2006, we responded to your request for more inf
concerning your case.  If you have not received our response
days from this date, please call customer service at 1-800-37

If you have questions or concerns about your application or t
status results listed above, or if you have not received a de
advice from USCIS within the projected processing time frame*
contact the National Customer Service Center.

National Customer Service Center (800) 375-5283.

*The projected processing time frame can be found on the rece
that you received from the USCIS.
*** Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)
```

**Delete**   **Reply** ▾   **Forward** ▾   **Spam**   **Move...** ▾

Previous | Next | Back to Messages                    Save Message Text

*19*

AT&T Yahoo! Mail

**at&t YAHOO! MAIL**

Search: [ ]  **Web Search**

Welcome, **zaheer_z@pacbell....**
[Sign Out, My Account]

Mail Home  Tutorials  Help

| **Mail** | Addresses ▾ | Calendar ▾ | Notepad ▾ | **Mail For Mobile - Upgrades - Options** |

**Check Mail**   **Compose**   [ ]   **Search Mail**   **Search the Web**

**Folders**   [Add - Edit]

**Inbox (110)**
Draft
Sent
**Bulk (361)**  [Empty]
Trash  [Empty]

**My Folders**   [Hide]

**AILA (476)**
**Airlines (33)**
**CLARANET (9837)**
**CRIMIMM (2195)**
**DOCSZ (11)**
**DVasylum (535)**
**FAMVISA (312)**
Important (7)
**NatImmProj (3049)**
**SABA (175)**
**Santa Clara Lib... (28)**
**US SEARCH (28)**
**WEEKSCASES (57)**
**YAHOO JUNK (6)**

**Search Shortcuts**

My Photos
My Attachments

Previous | Next | Back to Messages

**Delete**   **Reply** ▾   **Forward** ▾   **Spam**   **Move...** ▾

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:**   Tue, 31 Oct 2006 13:33:59 -0500 (EST)
**From:**   "CRIS" <USCIS-SRMT@dhs.gov> 📇Add to Address Book 📱 Add Mobile Alert
**Subject:**  Case Status Information for Receipt Number: WAC0513452734
**To:**    zaheer_z@pacbell.net

*** DO NOT RESPOND TO THIS E-MAIL ***

The following is the latest information on your case status

Receipt Number: WAC0513452734

Application Type: I360 , PETITION FOR AMERASIAN, WIDOWER, OR
IMMIGRANT

Current Status:

On January 4, 2006, the document we made based on the approva
registration of this case was mailed directly to the person t

If you have questions or concerns about your application or t
status results listed above, or if you have not received a de
advice from USCIS within the projected processing time frame*
contact the National Customer Service Center.

National Customer Service Center (800) 375-5283.

*The projected processing time frame can be found on the rece
that you received from the USCIS.
*** Please do not respond to this e-mail message.


Sincerely,


The U.S. Citizenship and Immigration Services (USCIS)

**Delete**   **Reply** ▾   **Forward** ▾   **Spam**   **Move...** ▾

Previous | Next | Back to Messages

Save Message

20