```
 1  Mary Beth Kaufman, Esq. (SBN 228570)
    Jill Stanton, Esq. (SBN 121084)
 2  Law Offices of Jill Stanton
    400 Montgomery Street, Suite 810
 3  San Francisco, CA 94104
    Phone: (415) 392-6161
 4  Fax: (415) 392-8208
    lawstan@pacbell.net
 5
 6  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE, CALIFORNIA

| | |
|---|---|
| SHI'A ASSOCIATION OF THE BAY AREA; DR. NABI RAZA MIR; SYEDA ZAHERA; AHMED MIR; ALI MIR, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; <br><br> ALBERTO GONZALES, Attorney General, United States; <br><br> EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services; <br><br> CHRISTINA POULOS, Director, California Service Center; <br><br> GERARD HEINAUER, Director, Nebraska Service Center, <br><br> Defendants. | No. _____ <br><br> [Proposed] Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction <br><br> Date: <br> Time: <br> Courtroom: _____ |

[PROPOSED] TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE    - 1 -

After considering the moving papers filed in this action, the Court finds:

(1) that this is a proper case for issuance of an order to show cause; and

(2) that, unless the Court issues a temporary restraining order, Plaintiffs will suffer irreparable injury before the matter can be heard on formal notice.

**IT IS ORDERED that:**

1. Defendants appear before this Court on _____, at _____, to show cause why a preliminary injunction should not be issued, enjoining them from calculating Plaintiffs' continued presence in the United States towards their "unlawful presence" or their periods of unauthorized employment in the United States.

2. Pending the hearing on the order to show cause, Defendants, their agents, officers, employees, and representatives, and all persons acting in concert or participating with them, be enjoined from calculating Plaintiffs' continued stay in the United States towards their "unlawful status," periods of unauthorized employment, or "unlawful presence" pursuant to INA

§§ 245(k) and 212(a)(9), 8 U.S.C. §§ 1255(k), 1182(a)(9).

3.  A copy of the complaint, declaration(s), and memorandum of points and authorities, together with a copy of this order to show cause and temporary restraining order, be served on defendant no later than _____.

**SO ORDERED.**

DATE:_____        _____
                                 UNITED STATES DISTRICT JUDGE

[PROPOSED] TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE    - 3 -