```
Mary Beth Kaufman, Esq. (SBN 228570)
Jill Stanton, Esq. (SBN 121084)
Law Offices of Jill Stanton
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Phone: (415) 392-6161
Fax: (415) 392-8208

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE, CALIFORNIA

| | |
|---|---|
| SHIA ASSOCIATION OF THE BAY AREA; DR. NABI RAZA MIR; SYEDA ZAHERA; AHMED MIR; ALI MIR,<br><br>    Plaintiffs,<br><br>        vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br><br>ALBERTO GONZALES, Attorney General, United States;<br><br>EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services;<br><br>CHRISTINA POULOS, Director, California Service Center;<br><br>GERARD HEINAUER, Director, Nebraska Service Center,<br><br>    Defendants. | No. _____<br><br>[Proposed] Order Granting Injunctive Relief<br><br>Date:<br>Time:<br>Courtroom: _____ |

[PROPOSED] ORDER                    - 1 -

After considering the moving papers filed in this action, the Court declares that:

Defendants' acts and omissions complained of in Plaintiffs' Complaint violate the Immigration and Nationality Act, the Administrative Procedure Act, the Due Process and Equal Protection Clauses of the Fifth Amendment of the U.S. Constitution, and the Free Exercise of Religion Clause of the First Amendment of the U.S. Constitution.

**IT IS ORDERED that:**

1. Defendants accept the adjustment of status applications and applications for employment authorization of Plaintiffs Dr. Nabi Raza Mir, Ms. Syeda Zahera, Ahmed Mir, and Ali Mir as of the original date of receipt, June 1, 2007;

2. Defendants refrain from determining that the above-mentioned Plaintiffs accrued unlawful presence, worked without authorization, or that they failed to maintain lawful status, for more than 180 days prior to filing their applications for adjustment of status;

3. Defendants refrain from otherwise determining that the above-mentioned Plaintiffs violated the terms and conditions of their non-immigrant visas prior to the filing of their adjustment of status applications;

4. Defendants refrain from calculating any unlawful presence accrued by the above-mentioned Plaintiffs until there is a final decision on their I-360 petitions;

5. Defendants expeditiously adjudicate the above-named Plaintiffs' requests for employment authorization.

**SO ORDERED.**

DATE:_____         _____
                                     UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                     - 2 -