Mary Beth Kaufman, Esq. (SBN 228570)
Jill Stanton, Esq. (SBN 121084)
Law Offices of Jill Stanton
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Phone: (415) 392-6161
Fax: (415) 392-8208
Cell: (510) 409-8928
lawstan@pacbell.net

Attorneys for Plaintiffs

ORIGINAL FILED

07 JUN 27 PM 1: 26

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE, CALIFORNIA

| | |
|---|---|
| SHI'A ASSOCIATION OF THE BAY AREA; DR. NABI RAZA MIR; SYEDA ZAHERA; AHMED MIR; ALI MIR,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br><br>ALBERTO GONZALES, Attorney General, United States;<br><br>EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services;<br><br>CHRISTINA POULOS, Director, California Service Center;<br><br>GERARD HEINAUER, Director, Nebraska Service Center,<br><br>Defendants. | No. C 07-03328 JW<br><br>Renewed Application for Temporary Restraining Order And Request to Correct Factual Error |

Renewed Application for
Temporary Restraining Order

- 1 -

1. Plaintiffs, through under-signed Counsel, renew their request for a temporary restraining order and respectfully request the Court to reverse its denial of Plaintiffs' previous request, since that finding was based on a mistake of fact, as the plaintiffs Dr. Mir and his family members will begin to accrue over 180 days of unlawful presence/unlawful employment after **June 30, 2007**.

2. On June 25, 2007, Plaintiffs filed a Memorandum of Points and Authorities in Support of Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction, which argued that Plaintiff Dr. Nabi Raza Mir and his family are at imminent risk of accruing over 180 days of unlawful presence in the United States. The Memorandum outlined the factual background of Plaintiffs' immigration status, noting that Dr. Mir and his family fell out of lawful status on January 1, 2007. The Plaintiffs argued that after 180 days of remaining in unlawful status, they would suffer irreparable harm, namely, inability to adjust status to lawful permanent residence and inability to re-enter the United States for a period of 3 to 10 years. The 180th day of Plaintiffs' unlawful status, calculated from January 1, 2007, is **June 30, 2007** (Saturday).

3. Along with the Application and Memorandum in support of their request for a temporary restraining order, Plaintiffs'

Renewed Application for
Temporary Restraining Order

- 2 -

counsel submitted a Certification by Attorney Re: Service of TRO to Defendants, which mistakenly stated that Plaintiffs will accrue 180 days of unlawful presence on *July* 30, 2007. This was a typographic error, since Plaintiffs will accrue 180 days of unlawful presence on *June* 30, 2007, not July 30, 2007.

    4.    On June 26, 2007, this Court issued an order denying Plaintiffs' request for a temporary restraining order, but granting Plaintiffs' motion for an Order to Show Cause. The Court noted that "[t]here is sufficient time for a hearing on an Order to Show Cause . . . before Plaintiffs are at imminent risk of accruing over 180 days of 'unlawful presence' in the United States." The Court then scheduled a hearing for July 23, 2007 at 9 a.m., for Defendants to show cause why a preliminary injunction should not be granted.

    5.    The Court's order appears to be based on the typographic error in Counsel's certification. However, Plaintiffs fell out of lawful status on January 1, 2007, making <u>June 30, 2007</u> the 180th day of their unlawful presence.

    6.    In the interest of justice and judicial efficiency, the Court should reconsider and reverse its denial of Plaintiffs' request for a temporary restraining order, since it was based on a mistake of fact. The Court's June 26, 2007 order would unduly prejudice Plaintiffs, due to no fault of their own. Counsel accepts full responsibility for the typographic error

Renewed Application for
Temporary Restraining Order

- 3 -

and respectfully requests the Court to reverse the factual error and grant Plaintiffs' request for a temporary restraining order based upon Plaintiffs' previously-filed Complaint and the Application and Memorandum in support of their request for a temporary restraining order.

Dated: June 27, 2007

Respectfully Submitted,

Mary Beth Kaufman, Esq.
Jill Stanton, Esq.
Law Offices of Jill Stanton
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Phone: (415) 392-6161
Fax: (415) 392-8208

Renewed Application for
Temporary Restraining Order

- 4 -

```
1  Mary Beth Kaufman, Esq. (SBN 228570)
   Jill Stanton, Esq. (SBN 121084)
2  Law Offices of Jill Stanton
   400 Montgomery Street, Suite 810
3  San Francisco, CA 94104
4  Phone: (415) 392-6161
   Fax: (415) 392-8208
5
   Attorneys for Plaintiffs
6
7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE, CALIFORNIA

10                                    )  No. C 07-03328 JW
11 SHI'A ASSOCIATION OF THE BAY AREA; )
   DR. NABI RAZA MIR; SYEDA ZAHERA;   )
12 AHMED MIR; ALI MIR,                )
                                      )  [Proposed] Temporary
13                                    )  Restraining Order and Order
        Plaintiffs,                   )  to Show Cause re: Preliminary
14                                    )  Injunction
                vs.                   )
15                                    )
                                      )
16 MICHAEL CHERTOFF, Secretary,       )
   Department of Homeland Security;   )
17                                    )
   ALBERTO GONZALES, Attorney General,)
18 United States;                     )
                                      )
19                                    )
   EMILIO GONZALEZ, Director, United  )
20 States Citizenship & Immigration   )
   Services;                          )
21                                    )
                                      )
22 CHRISTINA POULOS, Director,        )
   California Service Center;         )
23                                    )
   GERARD HEINAUER, Director, Nebraska)
24 Service Center,                    )
                                      )
25                                    )
                                      )
26      Defendants.                   )
                                      )
27                                    )
28
```

[Proposed] Order                - 1 -

After considering the moving papers filed in this action, the Court finds:

(1) that this is a proper case for issuance of an order to show cause; and

(2) that, unless the Court issues a temporary restraining order, Plaintiffs will suffer irreparable injury before the matter can be heard on formal notice.

**IT IS ORDERED that:**

1. Defendants appear before this Court on _____ at _____, to show cause why a preliminary injunction should not be issued, enjoining them from calculating Plaintiffs' continued presence in the United States towards their "unlawful presence" or their periods of unauthorized employment in the United States.

2. Pending the hearing on the order to show cause, Defendants, their agents, officers, employees, and representatives, and all persons acting in concert or participating with them, be enjoined from calculating Plaintiffs Dr. Nabi Raza Mir's, Syeda Zahera's, Ahmed Mir's, and Ali Mir's continued stay in the United States towards their "unlawful status," periods of unauthorized employment, or "unlawful presence" pursuant to INA

§§ 245(k) and 212(a)(9), 8 U.S.C. §§ 1255(k), 1182(a)(9).

3. A copy of the complaint, declaration(s), and memorandum of points and authorities, together with a copy of this order to show cause and temporary restraining order, be served on Defendants no later than _____.

**SO ORDERED.**

DATE:_____        _____
                              JAMES WARE
                              United States District Judge

[Proposed] Order            - 3 -

Mary Beth Kaufman, Esq. (SBN 228570)
Jill Stanton, Esq. (SBN 121084)
Law Offices of Jill Stanton
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Phone: (415) 392-6161
Fax: (415) 392-8208
lawstan@pacbell.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE, CALIFORNIA

| | |
|---|---|
| SHI'A ASSOCIATION OF THE BAY AREA; DR. NABI RAZA MIR; SYEDA ZAHERA; AHMED MIR; ALI MIR, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; <br><br> ALBERTO GONZALES, Attorney General, United States; <br><br> EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services; <br><br> CHRISTINA POULOS, Director, California Service Center; <br><br> GERARD HEINAUER, Director, Nebraska Service Center, <br><br> Defendants. | No. C 07-03328 JW <br><br> Certification by Attorney Re: Service of "Renewed Application for Temporary Restraining Order And Request to Correct Factual Error" to Defendants |

Certification by Attorney        -1-

1. My name is Mary Beth Kaufman and I am an attorney representing Plaintiffs in the above-titled action.

2. Under L.R. 65(b), I certify that I have made best efforts to serve the U.S. Attorney's Office and all defendants named in the action, with Plaintiffs' Renewed Application for Temporary Restraining Order And Request to Reverse Factual Error ("Renewed Application").

3. I am concurrently serving the U.S. Attorney's Office with the Renewed Application on June 27, 2007.

4. On **June 30, 2007** (Saturday), Plaintiffs will accrue 180 days of unlawful presence, which will bar them from adjustment of status or re-entry into the United States for a period of 3 to 10 years, if the Court does not grant their request.

5. I practice law in San Francisco, CA and have traveled to San Jose, only in order to file Plaintiffs' Renewed Application. It would be difficult for me to return to the Court later this week in order to be heard on the matter after Defendants receive actual notice of the request.

I certify under penalty of perjury that the above statements are true and correct.

_____   _____
Date                      Mary Beth Kaufman

Certification by Attorney        -2-