UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge:** James Ware      **Courtroom Deputy:** Elizabeth Garcia
**Date:**  6/28/2007     **Court Reporter:** Not Reported
**Case No:** C- 07-03328 JW     **Interpreter:** N/A

## TITLE

Shi'A Association of the Bay Area, et al. v. Michael Chertoff et al

**Attorney(s) for Plaintiff(s)**: Marybeth Kaufman
**Attorney(s) for Defendant(s)**: Ida Deiss

## PROCEEDINGS

**Telephonic Conference re: TRO**

## ORDER AFTER HEARING

Telephonic Conference Held.  The Court to issue further order re: TRO.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: