UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHI'A ASSOCIATION OF THE BAY AREA, ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> MICHAEL CHERTOFF, ET AL, <br><br> Defendant(s). <br> _____/ | No. C 07-03328 JW <br><br> CLERK'S NOTICE: CONTINUING ORDER TO SHOW CAUSE HEARING RE PRELIMINARY INJUNCTION |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Order to Show Cause re: Preliminary Injunction before Judge James Ware previously noticed for July 23, 2007 at 9:00 AM, has been reset to **July 30, 2007 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: July 5, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy