SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHI'A ASSOCIATION OF THE BAY AREA, ) <br> DR. NABI RAZA MIR; SYEDA ZAHERA; ) <br> AHMED MIR; ALI MIR, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary, ) <br> Department of Homeland Security; ) <br> ALBERTO GONZALES, Attorney General, ) <br> United States; ) <br> EMILIO T. GONZALEZ, Director, United States ) <br> Citizenship and Immigration Services, ) <br> CHRISTINA POULOS, Director, ) <br> California Service Center; ) <br> GERARD HEINAUER, Director, ) <br> Nebraska Service Center, ) <br> ) <br> Defendants. ) | No. C 07-3328 JW <br><br> **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be by Ila C. Deiss, Assistant United States Attorney.

Dated: July 18, 2007                    Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                            /s/
                                      ILA C. DEISS
                                      Assistant United States Attorney