UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 7/30/2007
**Case No:** C-07-3328 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

Shi'a Association of the Bay Area v. Michael Chertoff et al

**Attorney(s) for Plaintiff(s):** Marybeth Kaufman
**Attorney(s) for Defendant(s):** Edward Olsen for Ila Deiss

## PROCEEDINGS

Order to Show Cause re Preliminary Injunction

## ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral arguments. The Court to issue further order re OSC re Preliminary Injunction.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: