Mary Beth Kaufman, Esq. (SBN 228570)
Jill Stanton, Esq. (SBN 121084)
Law Offices of Jill Stanton
400 Montgomery Street, Suite 810
Phone: (415) 392-6161
Fax (415) 392-8208
lawstan@pacbell.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE, CALIFORNIA

SHI'A ASSOCIATION OF THE BAY AREA, et al.,

Plaintiffs,

v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,

Defendants.

) No. C 07-03328 JW
)
) **UNOPPOSED MOTION**
) **TO ACCEPT PLAINTIFFS'**
) **RESPONSE TO DEFENDANTS'**
) **OPPOSITION TO PRELIMINARY**
) **INJUNCTION MOTION**

    Plaintiffs respectfully request that the Court consider the attached written Response to Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs recognize that this Court has taken the matter under submission following oral argument. However, Because Defendants' opposition was filed one business day before oral argument, Plaintiffs were unable to submit a written response before the scheduled hearing. Plaintiffs also seek to briefly clarify several issues under consideration by the Court. On August 2, 2007, Plaintiffs counsel spoke with Assistant United States Attorney Ila Deiss, who stated that she was unopposed to Plaintiffs' submission of a written response.

///

///

///

Unopposed Motion to Accept Plaintiffs' Response to Defendants' Opposition to Injunction

1 | Whereby, Plaintiffs request that the Court accept the attached Response to Defendant's
2 | Opposition to Plaintiffs' Motion for Preliminary Injunction.

4 | Dated: August 3, 2007

Respectfully Submitted

*Mary Beth Kaufman*
Mary Beth Kaufman
Law Offices of Jill Stanton
400 Montgomery Street
San Francisco, CA 94104
Phone (415) 392-1616
Fax (415) 392-8208

Unopposed Motion to Accept Plaintiffs' Response to Defendants' Opposition to Injunction    - 2 -